## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**FEDERAL COURT**                          Docket No. 05-40170FDS

| | |
|---|---|
| STEPHANIE HOFER | ) |
| and | ) |
| DOUGLAS HOFER, | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| OLD NAVY, EXPEDIA, INC., and | ) |
| TURTLE BEACH TOWERS, | ) |
| Defendants. | ) |

### MOTION FOR LETTERS ROGATORY

Now comes the undersigned counsel on behalf of the Plaintiffs, Stephanie Hofer and

Douglas Hofer, and hereby moves this Honorable Court to issue letters rogatory to the

appropriate judicial authority in Jamaica requesting that service of process be issued upon Turtle

Beach Towers, Ochos Rios, St. Ann, Jamaica.  As reasons the Plaintiffs state:

1.  Turtle Beach Towers is a resort located in Ocho Rios, St. Ann, Jamaica.

2.  As Turtle Beach Towers is not an entity within the Commonwealth of Massachusetts or

    the United States, it is necessary to seek letters rogatory in order to secure service of

    process of the Plaintiff's Complaint upon the Defendant, Turtle Beach Towers.

3.  A proposed order is attached.

November 29, 2005                          Plaintiffs,
                                           By their attorney,


                                           India L. Minchoff, Esq. (652456)
                                           Law Offices of Russo & Minchoff
                                           123 Boston Street, 1st Floor
                                           Boston, MA 02125
                                           Tel. 617/740-7340
                                           Fax. 617/740-7310

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby state that I have served a copy of the within document upon the registered agent of the Defendant's Expedia, Inc. and Old Navy, Inc.

Signed under the pains and penalties of perjury this 29th day of November 2005.

India L. Minchoff