## LETTER ROGATORY

To: The Appropriate Judicial Authority In Jamaica

From: The United States District Court, District of Massachusetts.

Re: Stephanie Hofer and Douglas Hofer
v.
Old Navy, Expedia, Inc. and Turtle Beach Towers

UNITED STATES FEDERAL COURT- DISTRICT OF MASSACHUSETTS
DOCKET NO.: 05-CV-40170

Dear Sir or Madam,

The above-captioned civil action is pending before the undersigned Justice of the United States District Court, District of Massachusetts. The Plaintiffs in the action, Stephanie Hofer and Douglas Hofer, seeks to effectuate service of the Plaintiffs' Complaint upon the Defendant, Turtle Beach Towers at Ochos Rios, St. Ann, Jamaica.

This Letter Rogatory is directed to you pursuant to Chapter 223A, Section 10(b) of the Massachusetts General Laws, as a formal request for your approval of service of the Plaintiffs' Complaint on the Defendant, Turtle Beach Towers. This Letter Rogatory is also directed to you so that you might issue, or permit to be issued, and or serve, or permit to be served, the Plaintiffs' Complaint upon the Defendant, Turtle Beach Towers. If counsel in your jurisdiction ordinarily handles this task, please so advise Stephanie Hofer and Douglas Hofer's counsel, namely India L. Minchoff, of the Law Offices of Russo & Minchoff, 123 Boston St., 1st Floor, Boston, MA 02125, telephone number 617-740-7340 at your earliest convenience. If there are any costs or fees in connection with this request, or the issuance of the service of process, they shall be borne by the Plaintiff.

Thank you for your courtesy.

November _____, 2005

_____
Justice
United States District Court
District of Massachusetts