AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

FILED
IN CLERK'S OFFICE
2005 DEC 22 P 12: 16
DISTRICT COURT

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER:

**05-40170 FDS**

TO: (Name and address of defendant)

Old Navy, Inc.
c/o Corporation Service Co.
84 State St.
Boston, MA 02109

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

India L. ,Minchoff, Esq.
Law Offices of Russo and Minchoff
123 Boston St.
Boston, MA 02125

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                 9-27-05

CLERK                                              DATE

*Sherry Jones*

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                         Signature of Server

                                         _____
                                         Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
Suffolk, ss.

December 2, 2005
I hereby certify and return that on 12/2/2005 at 3:40PM I served a true and attested copy of the Summons, Complaint, Cover Sheet, Letter, Notice in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, Process Clerk, agent, and person in charge at the time of service for New Barry Corp., at 53 State Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter                                 _____
                                                            Deputy Sheriff