AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

FILED
IN CLERK'S OFFICE
2005 DEC 22 P 12:

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER:

**05-40170 FDS**

TO: (Name and address of defendant)

Expedia, Inc.
c/o National Registered Agents, Inc.
303 Congress St.
2nd Floor
Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

India L. Minchoff, Esq.
Law Offices of Russo and Minchoff
123 Boston Street
Boston, MA 02125

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                           9-27-05
CLERK                                        DATE

_Sherry Jones_
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

dockets.Justia.com

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                          *Signature of Server*

                                       _____
                                                *Address of Server*



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

December 16, 2005
I hereby certify and return that on 12/12/2005 at 1:35PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Lisa Mogan, agent and person in charge at the time of service for Expedia, Inc., at , 303 Congress Street, 2nd Floor Boston, MA 02210. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

                                                   _____
Deputy Sheriff    George Slyva                                 Deputy Sheriff