UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE HOFER AND DOUGLAS HOFER | ) ) ) |
| Plaintiffs, | ) |
| v. | ) DOCKET NO: 05-40170 FDS |
| | ) |
| OLD NAVY, EXPEDIA, INC., and TURTLE BEACH TOWERS | ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for defendant, The GAP, Inc., improperly identified as Old Navy, in the above-captioned action.

/s/ Sean J. Milano
Sean J. Milano, BBO# 551996
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
617-439-7500

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. this 29th day of December, 2005.

/s/ Sean J. Milano
Sean J. Milano

Dockets.Justia.com