Hofer et al v. Old Navy Inc. et al  
Case 4:05-cv-40170-FDS   Document 7   Filed 12/29/2005   Page 1 of 2  
Doc. 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FEDERAL COURT

| | |
|---|---|
| STEPHANIE HOFER  )  | |
| And  ) | CASE NO. 05-40170 FDS |
| DOUGLAS HOFER,  ) | |
|     Plaintiffs,  ) | |
| v.  ) | |
|   ) | |
| OLD NAVY, EXPEDIA, Inc., and  ) | |
| TURTLE BEACH TOWERS,  ) | |
|     Defendants.  ) | |

**MOTION TO APPEAR PRO HAC VICE AND INCORPORATED MEMORANDUM OF LAW**

NOW COMES the Defendant, THE GAP, INC., improperly named by the Plaintiffs in their Complaint as Old Navy, Inc., pursuant to Local Rule 2.02, and hereby requests that Scott D. Feringa, Esquire, of the law firm of Sullivan, Ward, Asher & Patton, P.C., 1000 Maccabees Center, 25800 Northwestern Highway, Post Office Box 222, Southfield, Michigan, be admitted pro hac vice in the above captioned matter. Mr. Feringa seeks to appear pro hac vice for the purpose of representing Defendant as co-counsel in the above-styled civil action. In support of this Motion Defendant would show:

    1.    Scott D. Feringa is an attorney in good standing in Michigan, where he is, and has been admitted to practice before the United States District Court for the District of Michigan since November 3, 1978, as evidenced by the Certificate of Good Standing attached hereto as Attachment "A".

    2.    In addition, Mr. Feringa was admitted to the following courts and remains in good standing in each of these courts:

        a)    United States District Court for Eastern District in Michigan

    b)  United Stated District Court for Western District in Michigan

  3.  Mr. Feringa is not subject to pending disciplinary proceedings as a member of any bar, and has not been disciplined in any manner in any jurisdiction.  See Affidavit of Scott D. Feringa attached hereto as Attachment "B".

  4.  Mr. Feringa has read all applicable provisions of the Local Rules for the United States District Court for the District of Massachusetts.

  5.  Sean J. Milano is an active member in good standing of the United States District Court for the District of Massachusetts and Massachusetts Bar and is serving as local counsel in this case.  Mr. Milano is a member of the law firm of Morrison Mahoney, LLP, 250 Summer Street, Boston, MA 02210.

  6.  Undersigned counsel certifies he has conferred with counsel for the Plaintiff and is authorized to represent and that the Plaintiff has no objection to the granting of this Motion.

  Respectfully submitted this 29th day of December, 2005.

                /s/ Sean J. Milano
                SEAN J. MILANO, BBO# 551996
                MORRISON MAHONEY LLP
                250 Summer Street
                Boston, MA 02210
                (617) 439-7500

                SCOTT D. FERINGA, ESQUIRE
**CERTIFICATE OF SERVICE**    Michigan Bar No.: P28977
                Sullivan, Ward, Asher & Patton, P.C.
I certify that this document has been  1000 Maccabees Center
served upon all counsel of record in   25800 Northwestern Highway, Post Office Box 222
compliance with F.R.C.P. this 29th day of Southfield, Michigan 84037-0222
December, 2005.         (248) 746-0700 - telephone
                (248) 746-2760 - facsimile
                sferinga@swappc.com
/s/ Sean J. Milano
Sean J. Milano          Attorneys for Defendant
                THE GAP, INC.