

# State Bar of Michigan
# Certificate
## of Good Standing

This certifies that Scott D. Feringa, P28977 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 3, 1978 in Oakland County.

Chad Sluss
Member Services
August 24, 2005

Dockets.Justia.com