### AFFIDAVIT OF SCOTT D. FERINGA
### IN SUPPORT OF MOTION FOR
### ADMISSION OF COUNSEL PRO HAC VICE

STATE OF MICHIGAN   )
                    )  SS.
COUNTY OF OAKLAND   )

SCOTT D. FERINGA, being first duly sworn, deposes and states as follows:

1. My full legal name is Scott Douglas Feringa.

2. I am a resident of Michigan and employed with the law firm of Sullivan, Ward, Asher & Patton, P.C., 1000 Maccabees Center, 25800 Northwestern Highway, Post Office Box 222, Southfield, Michigan 84037-0222; telephone number (248) 746-0700; email address sferinga@swappc.com;

3. I am a senior shareholder in Sullivan, Ward, Asher & Patton, P.C., which has been retained to represent The Gap, Inc.. in the above-captioned matter.

4. I obtained my J.D. degree from the University of Detroit School of Law on May 20, 1978;

5. I was admitted to the Michigan State Bar in 1978 and have been a member in good standing of that Bar continuously since my admission;

6. I am admitted to practice in the United States District Court for the Eastern and Western Districts of Michigan;

7. I have been appeared in and practiced in the United States District Court for the Eastern District of Pennsylvania, the Western District of Pennsylvania, the United States District Court for District of Connecticut, the United States District Court for the Southern District of New York; the United States District Court for the District of South Carolina - Greenville Division; the United States District Court for the Northern Division of Oklahoma, United States District Court, Middle District of Florida, Orlando Division;

8. I have also appeared and practice before the Franklin County Common Pleas Court in Franklin County, Ohio; the District Court in and for Tulsa County, State of Oklahoma, the District Court of Harris County, Texas; and the 15th Judicial District Court, Lafayette Parish, Louisiana; Santa Barbara County Superior Court, Anacapa Division, County of Santa Barbara, State of California; Superior Court for the State of California, County of Los Angeles.

9. I have not been the subject of any disciplinary action in any of the jurisdictions described above within the last five years. I have not been denied admission to the Court of any State or to any Federal Court within the last five years.

10. I make this Affidavit in order to be admitted to practice before this Court in the above-captioned case.

11. Any Appearance I make in this case will be in association with Sean J. Milano of Morrison Mahoney LLP, who is a member of the Massachusetts Bar and who is admitted to practice before this Court;

12. On information and belief, it is the desire of Defendant, The Gap, Inc. that I assist with the defense of this matter;

13. I have obtained a copy of the Court's Local Civil Rules and I agree to abide by the ethical standards governing the practice of law in this Court;

**FURTHER, AFFIANT SAITH NOT.**

_____
SCOTT D. FERINGA

Subscribed and sworn to before me
this 29th day of December, 2005.

_C. Mary Rasmussen_
C. MARY RASMUSSEN
Notary Public, State of Michigan
County of Macomb
My Commission Expires Jan. 25, 2011
Acting in the County of OAKLAND

SULLIVAN, WARD, ASHER & PATTON, P.C.

2