UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worcester)

|  |  |
|---|---|
| STEPHANIE HOFER and DOUGLAS HOFER, ) ) Plaintiffs, ) ) v. ) ) OLD NAVY, EXPEDIA, INC., and ) TURTLE BEACH TOWERS, ) ) Defendants, ) ) | Civil Action Docket No. 05-40170 FDS |

ASSENTED-TO MOTION FOR EXTENSION TO FILE
RESPONSIVE PLEADING TO COMPLAINT

Now comes Defendant Expedia, Inc. ("Expedia"), with the assent of the Plaintiffs, and hereby moves for an extension of time within which to file its responsive pleading to the Complaint. In support of its present request, Expedia states that it needs more time to prepare a proper response and the Plaintiffs have agreed that Expedia shall have until January 17, 2006 to file same.

WHEREFORE, Expedia respectfully requests that this Court allow it until January 17, 2006 to file its responsive pleading to the Complaint.

                    Respectfully submitted,

                    EXPEDIA, INC.,
                    By its attorneys,


                    /s/ Thomas T. Reith
                    Lawrence G. Green, BBO #209060
                    Thomas T. Reith, BBO #648671
                    Burns & Levinson LLP
                    One Beacon Street, 30th Floor
                    Boston, MA  02108
                    (617) 854-4000

ASSENTED TO:


STEPHANIE HOFER and
DOUGLAS HOFER,
By their attorney,


/s/ India L. Minchoff [by permission/TTR]
India L. Minchoff, BBO #652456
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA  02125
(617) 740-7340


Dated: January 10, 2006

31983-2Assented-to Motion Extension.doc