## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**FEDERAL COURT**
**DOCKET NO.: 05-40170 FDS**

|  |  |
|---|---|
| STEPHANIE HOFER and DOUGLAS HOFER, | ) ) ) ) |
| Plaintiffs | ) |
| v. | ) ) |
| OLD NAVY, EXPEDIA, INC., and TURTLE BEACH TOWERS, | ) ) ) |
| Defendants. | ) ) |

### ASSENTED TO MOTION FOR LEAVE TO AMEND THE COMPLAINT PURSUANT TO FED.R.CIV.PRO 15(a) AND AMEND PROCESS OR PROOF OF SERVICE ON DEFENDANTS PURSUANT TO FED.R.CIV.P. 4(h)

Now comes the Plaintiffs, Stephanie Hofer and Douglas Hofer, and the Defendant, Old Navy, and move this Honorable Court to amend the Complaint as follows and to amend process or proof of process on Defendants pursuant to Fed.R.Civ.P. 4(h):

1) To correct a misnomer of defendant's name, from Old Navy to The Gap, Inc. which is a corporation that conducts business throughout the United States and has a principal office address of P.O. Box 60, 900 Cherry Avenue, San Bruno, CA 94066.

WHEREFORE, the parties respectfully request that this Honorable Court allow the instant motion.

| | |
|---|---|
| **ASSENTED TO**: | Respectfully submitted, |
| Defendant, The Gap, Inc. | Plaintiff |
| By its attorney, | By their attorney, |
| /s/ Sean J. Milan | /s/ India L. Minchoff |
| Sean J. Milano, Esq. (551996) | India L. Minchoff, Esq. (652456) |
| Morrison Mahoney, LLP | Law Offices of Russo & Minchoff |
| 250 Summer Street | 123 Boston Street, 1st Floor |
| Boston, MA 02210 | Boston, MA 02125 |
| 617-737-8807- telephone | 617-740-7340- telephone |
| 617-342-4938- facsimile | 617-740-7310- facsimile |

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be to those indicated as non-registered participants on this 24th day of January 2006.

                                  /s/ India L. Minchoff
                                  India L. Minchoff, Esq.