# United States District Court

DISTRICT OF

## SUMMONS IN A CIVIL CASE

Hofer    V.    Old Navy, et al

CASE NUMBER: 05-40170 FDS

TO: (Name and address of defendant)

Turtle Beach Towers, Ltd.
Main Street
Ochos, Rops, Jamaica

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

India L. Minchoff, Esq.
Law Offices of Russo and Minchoff
123 Boston St., 1st Floor
Boston, MA 02125

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

*Sherry Jones*
(BY) DEPUTY CLERK

DATE  9-27-05