AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

NAME OF SERVER (PRINT) | TITLE

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
 Date

_____
Signature of Server

_____
Address of Server

**January 13, 2006**

I hereby certify and return that on the 13th January, 2006 at 10:15 a.m. I served a True and Attested Copy of the Summons, complaint and cover sheet in this action in the following manner: To wit, by delivering in hand to Dalkeith Lonsdale, Agent and person in charge at Turtle Beach Towers Limited at Main Street, Ocho Rios, Jamaica. Service Fee (US$50.00), Travel (US$10.00), Postage and Handling (US$10.00), Attest/Copies (US$5.00) Total Charges US$75.00.

District Constable of Police

District Constable Lionel Naye
20-01-06.