UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE HOFER And DOUGLAS HOFER<br>    Plaintiffs,<br>v.<br><br>THE GAP, INC., EXPEDIA, Inc., and TURTLE BEACH TOWERS<br>    Defendants. | DOCKET NO: 05-40170 FDS |

## CERTIFICATION OF DEFENDANT, THE GAP, INC., CLIENT CONFERENCE

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, The Gap, Inc., certify that it and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The Gap, Inc.

_____
Fiona Williams for The Gap, Inc.

_____
Sean J. Milano, BBO# 551996
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
617-439-7500

AND

SCOTT D. FERINGA (P28977)
SULLIVAN, WARD, ASHER & PATTON, P.C.
1000 Maccabees Center
25800 Northwestern Highway

987343v1

Southfield, MI 48075-1000
(248) 746-0700

### Certificate of Service

I certify that this document has been served upon all counsel of records in compliance with the F.R.C.P. this __7TH__ day of __February__, 2006.

_____
Sean J. Milano, BBO# 551996

2

987343v1