UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

    Plaintiffs,

vs.

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

    Defendants.
_____/

FEDERAL COURT

Case No. 05-40170 FDS

### NOTICE OF COMPLIANCE AND PROOF OF SERVICE

On Monday, February 13, 2006, Scott D. Feringa, counsel for Gap, Inc., provided Gap, Inc.'s Initial Disclosure Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure to India L. Minchoff of Russo & Minchoff; Thomas T. Reith of Burns & Levinson and Sean J. Milano of Morrison Mahoney, LLP.

I, Scott D. Feringa, hereby certify that on February 14, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and I further certify that I mailed the foregoing document via First Class Mail to the following CM/ECF participants:  India L. Minchoff, Russo & Minchoff, 123 Boston Street, Boston, MA 02125; Thomas T. Reith, Burns & Levinson, LLP, One Beacon Street, 30th Floor, Boston, MA 02108; and Sean J. Milano, Morrison, Mahoney, LLP, 250 Summer Street, Boston, MA 02210-1181.

        s/Scott D. Feringa
    SCOTT D. FERINGA (P28977)
    Sullivan, Ward, Asher & Patton, P.C.
    Attorney for Gap, Inc.
    1000 Maccabees Center
    25800 Northwestern Highway
    P. O. Box 222
    Southfield, MI  48037-0222
    (248) 746-0700

Dated: 2/14/06
W0451566

SULLIVAN, WARD, ASHER & PATTON, P.C.