UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 05-40170 FDS

Stephanie Hofer and Douglas Hofer, )
    Plaintiffs, )
)
v. )
)
The Gap Inc., Expedia, Inc., and )
Turtle Beach Towers, )
    Defendants. )

### CERTIFICATION OF PLAINTIFFS, STEPHANIE HOFER AND DOUGLAS HOFER, CLIENT CONFERENCE

Pursuant to Rule 16.1 (D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiffs, Stephanie Hofer and Douglas Hofer, certify that they and their counsel have conferred regarding the establishment of a budget for costs of conducting litigation in the full course and various alternative courses, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff,

_____   _____
Stephanie Hofer           Douglas Hofer

_____
India L. Minchoff, Esq. (652456)
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125
617/740-7340 telephone
617/740-7310 facsimile