UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHANIE HOFER and DOUGLAS HOFER, ) | |
| Plaintiffs, ) | |
| ) | Civil Action |
| v. ) | Docket No. 05-40170 FDS |
| ) | |
| THE GAP, INC., EXPEDIA, INC. and ) | |
| TURTLE BEACH TOWERS, ) | |
| Defendants. ) | |

### DEFENDANT EXPEDIA, INC.'S AUTOMATIC DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)

Defendant Expedia, Inc. ("Expedia") provides the following automatic disclosures ("Disclosure Statement") pursuant to Fed. R. Civ. P. 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2 of the Local Rules of the United States District Court for the District of Massachusetts.

In preparing this Disclosure Statement, Expedia has consulted all sources reasonably available to it and has drawn on all of its pretrial research, investigation, and analysis completed to date. Expedia reserves the right to identify additional persons and documents. This Disclosure Statement is made without prejudice to Expedia's right to utilize subsequently discovered evidence at trial or in connection with pretrial proceedings.

A. **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

The following individuals are or have been associated with Expedia and are likely to have knowledge of discoverable information:

1. Jill Knaack (Lead Specialist), Customer Advisory Department, Expedia, Inc., Tacoma, Washington, (253) 284-8869 (P): Ms. Knaack possesses knowledge of facts relevant as to how Expedia's customer-facing website works.

Note, Expedia does not consent to the Plaintiffs or any other named Defendant contacting or corresponding with any present or past employee of Expedia.

The following individuals are or have been associated with the Plaintiffs, and are likely to have knowledge of discoverable information relevant to the disputed facts alleged against Expedia with particularity in the Complaint:

1. Stephanie Hofer.

2. Douglas Hofer.

3. Carrie LaBelle: In addition to knowledge of the averments alleged against Expedia with particularity in the Complaint, Ms. LaBelle is likely to have knowledge of: (a) facts relevant to the usage of the Expedia.com website; and (b) the booking of the travel package, which is the subject of the above-captioned suit.

Expedia reserves the right to supplement these lists as additional persons are identified.

B. **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

1. Screen notes concerning, among other things, the subject travel package and conversation(s) with Carrie LaBelle;

2. Electronic history as to purchase of subject travel package;

2

3. Electronic itinerary concerning the subject travel package;

4. "Expedia, Inc's. *Web Site Terms, Conditions, and Notices*."

The documents listed above that are in the possession, custody, or control of Expedia are, or will be located at Expedia's counsel, Burns & Levinson LLP's office, located at One Beacon Street, Boston, Massachusetts, or at Expedia's offices in Tacoma, Washington and/or Dallas, Texas, and will be made available for inspection. Expedia anticipates that the majority of the above-listed documents will be produced directly to the other parties to the above-captioned matter, via their respective counsel of record.

Expedia reserves the right to supplement this list.

**C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Expedia is entitled to reimbursement of its costs and attorneys fees from Plaintiff Stephanie Hofer pursuant to the governing agreement, "Expedia, Inc.'s *Website Terms, Conditions and Notices*." Expedia has yet to determine how much costs and attorneys fees it will incur in defending the above-captioned matter. Expedia reserves its right to supplement this response.

**D.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

E.   **Expert Witnesses.**

Expedia has not as yet determined what experts, if any, it may call to testify at trial. Expedia reserves its right to produce its expert's report, if any, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

F.   **Continuing Disclosure Obligation.**

Expedia recognizes that its disclosure obligation under Rule 26(a) of the Federal Rules of Civil Procedure continues throughout this case.  As such, Expedia will disclose, subject to any applicable objections or privileges which may attach to such discoverable information, all such information and documents, data compilations, and/or tangible things that are relevant to the disputed facts alleged with particularity in the Complaint and that Expedia may learn or acquire subsequent to the date of this Disclosure Statement.

Respectfully submitted,
EXPEDIA, INC.,
By its attorneys,

/s/ Thomas T. Reith
Lawrence G. Green, BBO #209060
Thomas T. Reith, BBO #648671
Burns & Levinson LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106
(617) 854-4000

Dated: February 15, 2006

**CERTIFICATE OF SERVICE**

I, Thomas T. Reith, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2006.

/s/ Thomas T. Reith

5