UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.: 05-40170-FDS

STEPHANIE HOFER )
and )
DOUGLAS HOFER )
    Plaintiffs, )
)
v. )
)
THE GAP, INC., EXPEDIA, INC., )
and TURTLE BEACH TOWERS, )
    Defendants. )
)

## NOTICE OF APPEARANCE

The Plaintiffs, Stephanie Hofer and Douglas Hofer, by and through their attorney hereby notices the appearance of Stephen J. Kuzma, as their attorney.

Hofer et al v. Old Navy Inc. et al    Doc. 22

The Plaintiffs,
Stephanie Hofer and Douglas Hofer,
By Their Attorney

*[signature]*

Stephen J. Kuzma (547522)
75 Federal Street, 17th Floor
Boston, MA 02110
(617) 338-3020