UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

    Plaintiffs,                                    FEDERAL COURT

vs.                                            Case No. 05-40170 FDS

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

    Defendants.
_____/

**NOTICE OF COMPLIANCE AND PROOF OF SERVICE**

On Wednesday, March 8, 2006, Scott D. Feringa, counsel for Gap, Inc., provided Gap, Inc.'s First Request for Production of Documents and Things Pursuant to Fed. R. Civ. P. 34 to India L. Minchoff of Russo & Minchoff; Thomas T. Reith of Burns & Levinson, Sean J. Milano of Morrison Mahoney, LLP and Stephen J. Kuzma, Esq.

I, Scott D. Feringa, hereby certify that on March 8, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and I further certify that I mailed the foregoing document via First Class Mail to the following CM/ECF participants: India L. Minchoff, Russo & Minchoff, 123 Boston Street, Boston, MA 02125; Thomas T. Reith, Burns & Levinson, LLP, One Beacon Street, 30th Floor, Boston, MA 02108; Sean J. Milano, Morrison, Mahoney, LLP, 250 Summer Street, Boston, MA 02210-1181; and Stephen J. Kuzma, 75 Federal Street, 17th Floor, Boston, MA 02110.

                                              **s/Scott D. Feringa**
                                              SCOTT D. FERINGA (P28977)
                                              Sullivan, Ward, Asher & Patton, P.C.
                                              Attorney for Gap, Inc.
                                              1000 Maccabees Center
                                              25800 Northwestern Highway
                                              P. O. Box 222
                                              Southfield, MI 48037-0222
                                              (248) 746-0700

Dated: 3/8/06
W0451566

SULLIVAN, WARD, ASHER & PATTON, P.C.