UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

      Plaintiffs,                                    FEDERAL COURT

vs.                                                        Case No. 05-40170 FDS

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

      Defendants.

_____/

### NOTICE OF COMPLIANCE AND PROOF OF SERVICE

On _May 23, 2006_____, Scott D. Feringa, counsel for GAP, Inc., provided GAP, Inc.'s Supplemental Disclosure Pursuant to Rule 26(a)(1) of the Federal rules of Civil Procedure to India L. Minchoff of Russo & Minchoff; Thomas T. Reith of Burns & Levinson, Sean J. Milano of Morrison Mahoney, LLP and Stephen J. Kuzma, Esq.

I, Scott D. Feringa, hereby certify that on _May 23 2006_ I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and I further certify that I mailed the foregoing document via First Class Mail to the following CM/ECF participants:  India L. Minchoff, Russo & Minchoff, 123 Boston Street, Boston, MA 02125; Thomas T. Reith, Burns & Levinson, LLP, One Beacon Street, 30th Floor, Boston, MA 02108; Sean J. Milano, Morrison, Mahoney, LLP, 250 Summer Street, Boston, MA 02210-1181; and Stephen J. Kuzma, 75 Federal Street, 17th Floor, Boston, MA  02110.

      **s/Scott D. Feringa**
      SCOTT D. FERINGA (P28977)
      Sullivan, Ward, Asher & Patton, P.C.
      Attorney for Gap, Inc.
      1000 Maccabees Center
      25800 Northwestern Highway
      P. O. Box 222
      Southfield, MI  48037-0222
      (248) 746-0700

Dated: _May 23, 2006_
W0451566.6

SULLIVAN, WARD, ASHER & PATTON, P.C.