# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 05-40170 FDS

Stephanie Hofer and Douglas Hofer, )
    Plaintiffs, )
)
v. )
)
The Gap Inc., Expedia, Inc., and )
Turtle Beach Towers, )
    Defendants. )

## STEPHANIE HOFER'S ANSWERS TO DEFENDANT, EXPEDIA, INC.'S, FIRST REQUESTS FOR ADMISSIONS

### REQUEST TO ADMIT NO. 1:

Stephanie reserved the Trip herself via Expedia.com.

**RESPONSE**
Denied.

### REQUEST TO ADMIT NO.2:

Carrie is the "friend" referred to in Paragraph 7 of the Complaint.

**RESPONSE**
Admitted.

### REQUEST TO ADMIT NO.3:

Carrie reserved the Trip for herself and Stephanie via Expedia.com.

**RESPONSE**
Admitted that Carrie reserved the Trip for herself and Stephanie through Expedia. Plaintiff is unable to admit or deny whether Carrie utilized Expedia.com.

### REQUEST TO ADMIT NO.4:

Stephanie was present when the Trip was reserved via Expedia.com.

**RESPONSE**
Denied.

### REQUEST TO ADMIT NO.5:

Stephanie was aware as of the time the Trip was reserved of websites other than Expedia.com through which substantially similar travel packages could be reserved.

**RESPONSE**
Denied.

### REQUEST TO ADMIT NO.6:

Stephanie browsed other travel related websites before reserving the Trip via Expedia.com.

**RESPONSE**
Denied.

### REQUEST TO ADMIT NO.7:

The Agreement is displayed on Expedia.com.

**RESPONSE**
Stephanie is without sufficient knowledge to answer.

### REQUEST TO ADMIT NO.8:

Stephanie read the "Liability Disclaimer" section of the Agreement before reserving the Trip.

**RESPONSE**
Denied

### REQUEST TO ADMIT NO.9:

Carrie read the "Liability Disclaimer" section of the Agreement before reserving the Trip.

**RESPONSE**
Stephanie is without sufficient knowledge to answer as she cannot answer for someone else.

### REQUEST TO ADMIT NO. 10:

Stephanie clicked "I Agree" after reading the Agreement on Expedia.com, but before reserving the Trip.

**RESPONSE**
Denied.

**REQUEST TO ADMIT NO. 11:**

Carrie clicked "I Agree" after reading the Agreement on Expedia.com, but before reserving the Trip.

**RESPONSE**
Stephanie is without sufficient knowledge to answer.

**REQUEST TO ADMIT NO. 12:**

Any actions of Carrie in connection with the booking of the Trip via Expedia.com were with the permission and authority of Stephanie.

**RESPONSE**
**OBJECTION**
Plaintiff objects to this admission in that the term "any" is overly broad. Plaintiff cannot possibly state whether "any" action taken by Carrie was with her permission and authority without knowing the identification or description of the alleged action.


Signed under the pains and penalties of perjury this 13th day of April, 2006.

_____
Stephanie Hofer


Objections by,

_____
India L. Minchoff, Esq. (652456)
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125
617/740-7340 telephone
617/740-7310 facsimile