# EXHIBIT 1

# Ocho Rios, Jamaica



Back to itinerary page

Proof of citizenship is required for international travel. When children are traveling, additional documentation may also be necessary. **It is your responsibility to meet entry requirements for the countries you are traveling to and connecting through.** To learn more, or to purchase a passport or visa, visit the Express Visa Service Web site.

## Vacation package: Boston to Jamaica-Ocho Rios          back to top

Expedia.com itinerary number: **19109078145**
Expedia.com booking ID (flight): **ML7720 (1)**
Expedia.com booking ID (hotel): **16073392**
Airline ticket number(s): **E0377545077613-614**
US Airways confirmation code: **JSEGNC**

Main contact: Carrie LaBelle
E-mail: carrielabelle@aol.com
Home phone: (860) 779-7881
Work phone: (860) 774-4128

### Cost and traveler summary

| | | |
|---|---|---|
| **Carrie LaBelle** | Adult | $1,049.00 |
| **Stephanie Hofer** | Adult | |
| | Hotel taxes, Flight taxes/fees | $168.02 |
| | Total amount charged to credit card (American Express) | **$1,217.02** |

(Note: The flight portion of your vacation package is charged directly by the airline. This will result in you receiving two separate credit card charges, but the total charges on your credit card will be equal to the vacation package price: $1,217.02.)

### Flight summary 

Please confirm your flight at least 24 hours prior to scheduled departure (72 hours prior for flights to Hawaii and international destinations). You may check your flight status online, or contact the airline directly.

**Thu 18-Mar-04**

**Boston** (BOS) to **Philadelphia** (PHL)   280 mile(s) (451 km)   **US AIRWAYS**
Depart 7:30 am   Arrive 8:59 am   Duration: 1hr 29mn   Flight: **481**
Terminal B   Terminal B

Economy/Coach Class (Seat assignments upon check-in), Airbus A321, 90% on time

**Philadelphia** (PHL) to **Montego Bay** (MBJ)   1485 mile(s) (2390 km)   **US AIRWAYS**
Depart 10:30 am   Arrive 2:09 pm   Duration: 3hr 39mn   Flight: **1463**
Terminal A

Economy/Coach Class (Seat assignments upon check-in), Airbus A320

Total miles: 1765 mile(s) (2840 km)                Total duration: 5hr 8mn (6hr 39mn with connections)

**Sun 21-Mar-04**

**Montego Bay** (MBJ) to **Boston** (BOS)   1697 mile(s) (2731 km)   **US AIRWAYS**
Depart 4:30 pm   Arrive 8:25 pm   Duration: 3hr 55mn   Flight: **222**
   Terminal B

Economy/Coach Class (Seat assignments upon check-in), Airbus A319

Total miles: 1697 mile(s) (2731 km)                Total duration: 3hr 55mn

*Tip:* **Flight terminals may change.** Please confirm the terminal with the airline before leaving for the airport.

## Hotel summary
### Thu 18-Mar-04 (3 nights)
**Turtle Beach Towers**

| | |
|---|---|
| Main Street | **Check in:** Thu 18-Mar-04 |
| Ocho Rios | **Check out:** Sun 21-Mar-04 |
| Jamaica | |

**Reservation questions:** +1 (800) EXPEDIA
**For other information contact the hotel:** Tel: 1 (876) 974-2801   Fax: 1 (876) 953-9766

**Hotel class:** ★★★☆    More lodging info
**Room description:** Studio

Contact:
**Carrie LaBelle**              2 adults / seniors

Unless specified otherwise, **rates are quoted in US dollars**.

**The price you selected DOES NOT include any applicable service fees, charges for optional incidentals (such as minibar snacks or telephone calls) or regulatory surcharges. The lodging facility will assess these fees, charges and surcharges upon check-out.**

## Attractions & services summary
**IMPORTANT:** Be sure to bring all vouchers with you on your trip. We cannot guarantee access to your purchased attractions and services without your voucher(s). View and print all vouchers.

| Description | Date | Quantity |
|---|---|---|
| Return Ground Transportation to Ocho Rios hotels Details | Thu 18-Mar-04 -- Sun 21-Mar-04 | 2 Travelers |

## Vacation package rules and restrictions

**Type of your package:**
Your package includes published airfare. The rules and regulations that apply to your airfare vary depending on the airline and the fare purchased. See the fare rules as well as the airline's own rules and regulations that apply to your airfare.
Please also read important information governing Airline Liability Limitations.

Your credit card will be charged in the amount indicated at the time of booking.

**Cancellations & refunds:**
- Vacation packages can be cancelled, however, you will have to pay an Expedia cancellation penalty. The amount of the cancellation penalty depends on when you cancel your package. Please refer to the Detailed Rules and Regulations for cancellation penalty details.
- Expedia offers Cancellation Penalty Waivers for many vacation destinations. If you purchased a Cancellation Penalty Waiver, Expedia will waive your cancellation penalties should you decide to cancel your trip. **This waiver excludes airline change fees, charter airfare, and nonrefundable published airfares which are reusable.** Purchasers of the waiver can read its complete details under the Attractions & services summary.

**Changes:**
- All travelers must travel on the same itinerary.
- Changes to vacation packages incur the following penalties:
    - If you change your vacation package, you will have to pay an Expedia revision fee. You will also have to pay for any increase in price resulting from a change to your package. Please refer to the Detailed Rules and Regulations for revision fee and price increase details.

- Some airline tickets cannot be changed. Some published fare tickets may be eligible for use by the original ticket holder on the same airline at a later date, subject to certain restrictions. Please refer to the Detailed Rules and Regulations for these restrictions.
- Rental cars, sightseeing tours, and other attractions and services cannot be transferred from the person for whom they were originally purchased to any other person.
- Changes are subject to availability and the restrictions of the airlines, hotels, rental car agencies, and attraction and service providers.
- To make any changes to your vacation package itinerary, call 1 (800) EXPEDIA [1 (800) 397-3342] or 1 (404) 728-8787. To determine the cost of your changes, please refer to the Detailed Rules and Regulations.
- By purchasing this package, you agree to the Detailed Rules and Regulations.

## Customer Support

**Itinerary number: 19109078145**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours: For immediate assistance call Expedia.com at 1-800-EXPEDIA or 1-404-728-8787 and have the itinerary number ready.



# Print Attractions and Services Vouchers

**Important: Print these vouchers. THESE ARE YOUR TICKETS.** You must bring these vouchers with you to redeem the attractions and services you've purchased.

Expedia.com vouchers are only required for the attractions and services shown below. (Vouchers are NOT required for flight, lodging, car, or cruise reservations.) If you do not have access to a printer at this time, these vouchers will be stored in your online itinerary for printing at a later time. You can access your itinerary at any time by going to the **My Trips** page.

| Printing instructions | [Expedia Travel / File Edit View] | [Page Setup… / Print… / Print Preview…] | Note: If you do not have access to a printer at this time, read the help page instructions on how to get your vouchers later. |
|---|---|---|---|
| | 1. Choose the **File** menu. | 2. Choose **Print** in the menu. | |

- - -✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Jamaica-Ocho Rios

 Welcome - Already a member? Sign in

     

 Site Map |  My Trips |  My Profile |  Customer Support

## Turtle Beach Towers

Hotel class: ☆☆☆

| Overview | Location | Hotel features | Room features | Photos |



- Turtle Beach offers the very best of Ocho Rios, Jamaica.
- Enjoy beachfront access from the privacy of you own studio, one or two bedroom condominium.
- Nestled in the spectacular tropical setting of Ocho Rios, this oceanfront resort offers a perfect vacation paradise.
- Prior to arrival, contact the property directly for final check-in procedures; a 24-hour front desk may not be available.

Click on thumbnails to see large photos

    

**Property amenities**

- Spa or sauna
- Bar/lounge
- Restaurant(s) in hotel
- Babysitting or child care

See this hotel on a map

Back to referring page

| Overview | Location | Hotel features | Room features | Photos |

about Expedia, Inc.   site map   become an affiliate   advertising   international sites   jobs   Expedia, Inc. terms of use   privacy policy
Expedia, Inc., not responsible for content on external Web sites. ©2004 Expedia, Inc. All rights reserved.

 Welcome, **Carrie**. Sign in / sign out

 

Site Map | My Trips | My Profile | Customer Support

## Turtle Beach Towers

Hotel class: ★★★

| Overview | Location | Hotel features | Room features | Photos |



Small - 296x240

**Nearby Points of Interest**

Golf - nearby

**Sangster International Airport (MBJ):** Approximate driving time 90 minutes.



Main Street
Ocho Rios,
Jamaica

**Nearest major airport:**
Ocho Rios, Jamaica (OCJ-Boscobel)

**Area:**
Ocho Rios (Jamaica)
The central north coast offers spectacular waterfalls, huge cruise facilities, and all-inclusive resorts on sandy beaches between rocky outcrops. Tour historic plantations, raft on lazy rivers, or visit the scenic mountainous interior. Region includes Runaway Bay and colorful coastal fishing villages. It's a two-

hour drive to Montego Bay.

⊕ Back to referring page

| Overview | Location | Hotel features | Room features | Photos |
|---|---|---|---|---|

about Expedia, Inc.   site map   become an affiliate   advertising   international sites   jobs   Expedia, Inc. terms of use   privacy policy
Expedia, Inc., not responsible for content on external Web sites. ©2004 Expedia, Inc. All rights reserved.

http://www.expedia.com/pub/agent.dll?qscr=cmhi&itid=91090781&itdy=&itty=&ecid=28    3/15/2004

Subj: **Fwd: Expedia.com Vacation package Purchased - 19109078145**
Date: 3/15/2004 6:10:12 PM Eastern Daylight Time
From: CarrieLaBelle
To: DSH 93

here we go............http://www.expedia.com/pub/agent.dll?qscr=open&itid=91090781&updt=1    or check out the email forwarded to you.......looks good to me!

---

Forwarded Message:
Subj: **Expedia.com Vacation package Purchased - 19109078145**
Date: 3/15/2004 5:58:50 PM Eastern Daylight Time
From: travel@expedia.com
To: carrielabelle@aol.com
*Sent from the Internet (Details)*


Thank you for booking your reservation with Expedia.com.

You can view your itinerary online at http://www.expedia.com/pub/agent.dll?qscr=open&itid=91090781&updt=1



---
VACATION PACKAGE SUMMARY
---

E-Ticket purchase has been confirmed by the airline. No tickets will be mailed.
Airline check-in locations require a government-issued photo ID and may request
proof of current date travel (such as a printed copy of this itinerary or a
printed receipt) to issue a boarding pass. Airport security checkpoints may
require you to display both your boarding pass and photo ID before proceeding
to the gate, so we recommend that you obtain your boarding pass before
proceeding to the security checkpoint.

Your hotel reservation is confirmed.
Your attractions & services reservation is confirmed.
***You must print your Expedia.com voucher(s) to take advantage of any attractions or services you have purchased.
To print your vouchers, go to your itinerary in the My Trips folder.

Expedia.com itinerary name: Ocho Rios, Jamaica
Expedia.com itinerary number: 19109078145
Expedia.com booking ID (flight): ML772O
Expedia.com booking ID (hotel): 16073392



Travelers: Carrie LaBelle, Stephanie Hofer


---
FLIGHT SUMMARY
---

Please confirm your flight at least 24 hours prior to scheduled
departure (72 hours prior for flights to Hawaii and international destinations).
You may check your flight status online at http://www.expedia.com/pub/agent.dll?qscr=flin
or contact your airline directly at http://www.expedia.com/daily/service/airlines.asp.

**Round Trip**

Flight: from Boston, MA (BOS-Logan Intl.) to Montego Bay, Jamaica (MBJ-Sangster Intl.)
Depart: 18-Mar-04 at 7:30 AM
Arrive: 18-Mar-04 at 2:09 PM

    Depart: Boston (BOS), 18-Mar-04 at 7:30 AM Terminal B
    Arrive: Philadelphia (Philadelphia Intl.), 18-Mar-04 at 8:59 AM Terminal B
    Flight: US Airways 481
    Aircraft: Airbus A321
    Meal Service: n/a
    Duration: 1hr 29mn
    Distance: 280 mile(s) (451 km)
    Economy/Coach Class

    Depart: Philadelphia (Philadelphia Intl.), 18-Mar-04 at 10:30 AM Terminal A
    Arrive: Montego Bay (MBJ), 18-Mar-04 at 2:09 PM
    Flight: US Airways 1463
    Aircraft: Airbus A320
    Meal Service: n/a
    Duration: 3hr 39mn
    Distance: 1485 mile(s) (2390 km)
    Economy/Coach Class

Flight: from Montego Bay, Jamaica (MBJ-Sangster Intl.) to Boston, MA (BOS-Logan Intl.)
Depart: 21-Mar-04 at 4:30 PM
Arrive: 21-Mar-04 at 8:25 PM

    Depart: Montego Bay (MBJ), 21-Mar-04 at 4:30 PM
    Arrive: Boston (BOS), 21-Mar-04 at 8:25 PM Terminal B
    Flight: US Airways 222
    Aircraft: Airbus A319
    Meal Service: n/a
    Duration: 3hr 55mn
    Distance: 1697 mile(s) (2731 km)
    Economy/Coach Class

---

## HOTEL SUMMARY

Turtle Beach Towers

Address:   Main Street
           Ocho Rios
           Jamaica
Telephone: 1 (876) 974-2801
Fax: 1 (876) 953-9766

Check-in: Thu 18-Mar-04
Check-out: Sun 21-Mar-04

Room description: Studio

The price you selected DOES NOT include any applicable service fees,
charges for optional incidentals (such as minibar snacks or telephone calls)
or regulatory surcharges. The lodging facility will assess these fees,
charges and surcharges upon check-out.

---

ATTRACTIONS & SERVICES SUMMARY

Return Ground Transportation to Ocho Rios hotels   Thu 18-Mar-04   – Sun 21-Mar-04 2 Travelers

VIEW and PRINT your vouchers: http://www.expedia.com/pub/agent.dll?qscr=tsss&cmnd=0&itid=91090781
The Attractions & Services you've purchased require Expedia.com vouchers. In order to use these attractions & services, you MUST print your Expedia.com vouchers and bring them with you on your trip.

## COST SUMMARY

Base price: $1,049.00
Hotel taxes, Flight taxes/fees: $168.02
Total charge: $1,217.02

Note: The flight portion of your package is charged directly by the airline.
    This will result in you receiving two separate credit card charges,
    but the total charges on your credit card will be equal to the package price: $1,217.02.

TIP: Flight terminals may change. Please confirm the terminal with the airline
before leaving for the airport.

2 adults

## ADDITIONAL INFORMATION ABOUT YOUR VACATION PACKAGE

Please read important information governing Airline Liability Limitations:
http://www.expedia.com/pub/agent.dll?qscr=hgen&hfnm=warsaw.htx

Your package includes published airfare. The rules and regulations that apply to your airfare vary depending on the airline and the fare purchased. See the fare rules as well as the airline's own rules and regulations that apply to your airfare.
Consult the fare rules at
http://www.expedia.com/pub/agent.dll?qscr=cmdr&itid=91090781&ecid=28&flag=i
for fees and restrictions

Your credit card will be charged in the amount indicated at the time of booking.   Cancellations & refunds:
-Vacation packages can be cancelled, however, you will have to pay an Expedia cancellation penalty.  The amount of the cancellation penalty depends on when you cancel your package. Please refer to the Detailed Rules and Regulations for cancellation penalty details.
-Expedia offers Cancellation Penalty Waivers for many vacation destinations. If you purchased a Cancellation Penalty Waiver, Expedia will waive your cancellation penalties should you decide to cancel your trip.  This waiver excludes airline change fees, charter airfare, and nonrefundable published airfares which are reusable.
Purchasers of the waiver can read its complete details under the Attractions & services summary.   Changes:
-All travelers must travel on the same itinerary.
-Changes to vacation packages incur the following penalties:
-If you change your vacation package, you will have to pay an Expedia revision fee.  You will also have to pay for any increase in price resulting from a change to your package.  Please refer to the Detailed Rules and Regulations for revision fee and price increase details.
-Some airline tickets cannot be changed.  Some published fare tickets may be eligible for use by the original ticket holder on the same airline at a later date, subject to certain restrictions.  Please refer to the Detailed Rules and Regulations for these restrictions.
-Rental cars, sightseeing tours, and other attractions and services cannot be transferred from the person for whom they were originally purchased to any other person.
-Changes are subject to availability and the restrictions of the airlines, hotels, rental car agencies, and attraction and service providers.
-To make any changes to your vacation package itinerary, call 1 (800) EXPEDIA [1 (800) 397-3342] or 1 (404) 728-8787. To determine the cost of your changes, please refer to the Detailed Rules and Regulations.
http://www.expedia.com/pub/agent.dll?qscr=cmdr&itid=91090781&ecid=28&flag=i

Saturday, April 10, 2004 America Online: DSH 93

---

INTERNATIONAL TRAVEL
---

Proof of citizenship is required for international travel.
Most countries require a valid passport, though some require only
a birth certificate and photo ID. Some countries also require visas.
When children are traveling, additional documentation may also be necessary.
It is your responsibility to meet entry requirements for the countries you are
traveling to and connecting through.

To learn more, or to purchase a
passport or visa, visit the Express Visa Service Web site:
http://www.expedia.com/pubspec/scripts/evs.asp

---
CUSTOMER SUPPORT
---

If you have questions about your reservation, fill out our itinerary assistance form.
We'll respond within 24 hours:
http://www.expedia.com/pub/agent.dll?qscr=itin&itid=91090781

ITINERARY NUMBER: 19109078145
For immediate assistance, call our customer support center at 1-800-EXPEDIA or 1-404-728-8787.

Thank you for choosing Expedia.com
Don't Just Travel. Travel Right.

Use the American Express Card online, and you won't be held responsible for any unauthorized charges. Period.
No fine print, no deductible, just ironclad protection, so you can shop with confidence.