# EXHIBIT 2

Pat: **HOFER, STEPHANIE**  MRN: **4169857**  DOB: **07/18/1972**  32y
Registration Date/Time: **04/26/2005 03:21 PM**  Provider: **Dana Stearns**  ** Sign

ED Note

## ROS

| | |
|---|---|
| **General:** | Negative |
| **Constitutional:** | No major weight loss or gain, fatigue, fever, chills. |
| **Head/Eyes:** | No visual changes, lesions, headaches |
| **ENT/Neck:** | No hearing loss, tinnitus, vertigo, rhinorrhea, hoarseness, difficulty swallowing, oral lesions, stiffness |
| **Chest/Respiratory:** | No coughing, wheezing, dyspnea |
| **Cardiovascular:** | No chest pain, palpitations, PND, orthopnea |
| **GI/Abdominal:** | No pain, nausea, vomiting, diarrhea, melena, bleeding, heartburn |
| **Musculoskeletal/Extr/Back:** | See HPI |
| **Skin:** | See HPI |
| **Neuro:** | No loss of awareness, seizures, paralysis, paraesthesias, no syncope, tremors |
| **Psych:** | No depression, anxiety, unusual stress |

## ED ATTENDING PHYSICIAN NOTE

| | |
|---|---|
| **Date/Time of Encounter:** | 4/26 |
| **HPI:** | 32 f arrives c/o r index finger lac dominant hand occurred 7d pta with sig bleeding and since then noted numbness sensaory loss from lacon lat aspect of digit extending to tip ipsilateral side bleeding occurring now only when she manipulates the wound no redness red streaking fron the wound no fc |
| **ROS:** | see above |
| **Vitals:** | See Nursing Notes |
| **PE:** | r index finger lac with min bleeding distal subjective and objective decreased discrimination and numbness lateral aspect distal phalanx compared to medial aspect |
| **Medical Decision Making ED Course:** | old wound likely damaging neurovascular bunble ipsilaterally unablw to repai primarily but will refer to hand svc for possible need for nerve repair attempt but less likely possible given length of time out from injury'; defer to hand svc td booster prn local wound care second intention and po abx rx |
| **Condition on Discharge:** | Stable |
| **Diagnoses:** | Right Index Finger Lac , Digital Nerve Injury |

This note has been electronically signed by Dana Stearns, MD 5/2/2005 12:33:10 PM

---

Printed on 05/03/2005  by KAREN SMITH
Confidential Patient Information

Page: 1 of 2

Massachusetts General Hospital
Emergency Department Record

**Pat: HOFER, STEPHANIE**          **MRN: 4169857**    **DOB: 07/18/1972**   32y
**Registration Date/Time:   04/26/2005 03:21 PM**    **Provider: Dana Stearns**          ** Sign

Clinical staff documenting in the ED note include:

**Attending/Nurse Practitioner(s):**          Dana Stearns, MD

**Pat: HOFER, STEPHANIE**         MRN: 4169857   DOB: 07/18/1972   32y          Sex: F
**Registration Date/Time:**  04/26/2005 03:21 PM    **Provider:** JOHN,M.D. KWON

| | |
|---|---|
| **CP notified by MD:** | No - Other explanation |
| **Benefits Assigned:** | Y |
| **Discharge Note Date/Time:** | 04/26/2005 16:36 |
| **Discharge Status:** | Discharged |
| **Condition on Discharge:** | Stable |
| **Patient States Complaint:** | R INDEX FINGER LAC ✓ |
| **Diagnosis:** | right index finger laceration ✓ |
| **Standardized Discharge Instructions:** | The patient was given printed instructions for wound care (English). |
| **Treatment Rendered:** | examination, tetanus up to date |
| **Discharge Medications:** | keflex x 3 days |
| **Follow Up Service:** | It is recommended that you receive follow-up care in the Plastic Surgery Hand Clinic if your wound does not improve. To schedule an appt., please call (617)726-2760 between 8a.m. & 4:30p.m. Monday- Friday. If you have a managed care plan, check with your PCP before making this appt. |
| **Disposition, Follow up & Instruction to Patient:** | Please call your PCP or report to EW if you have any nausea, vomiting, fever, increased pain/redness/drainage from wound, you can take Advil or Tylenol as needed, please take entire course of antibiotics, please keep the wound clean and dry |
| | Please call your primary care physician during normal business hours to report this Emergency Department visit. |

*I hereby acknowledge receipt of patient instructions. I understand that further diagnosis and treatment may be required and I have had emergency treatment only and I may be released before all medical problems are known and treated. I will arrange for any follow-up care as instructed.*

**Patient Signature:** _SHofer_         **Date:** 4/26/05
**Provider Signature:** _____          **Date:** 4/26/05

                                                                5:17 pm

*This report was created by JOHN,M.D. KWON, MD*
*For additional information regarding this visit please call 617-724-4100.*

PCP Name: FRASER, ROBERT   PCP #: 45463   PCP Phone: 978-534-4241   PCP Fax: 978-534-3705

## MASSACHUSETTS GENERAL HOSPITAL
### EMERGENCY SERVICES NURSING NOTE

7/18/1972    04/26/2005
ACCT #020707882006
416 98 57
HOFER, STEPHANIE
MIMP
NAME
PCP — FRASER, ROBERT
DATE _____
WEIGHT _____

| Time | Initials | BP | HR | Rhythm | PVC | RR | Temp | Pupils R | Pupils L | Eye Opening | Verbal Response | Motor | R Arm | R Leg | L Arm | L Leg |
|------|----------|----|----|--------|-----|----|------|----------|----------|-------------|-----------------|-------|-------|-------|-------|-------|
| 1670 | cut (R) index finger c̄ knife 4/19 1½ cm + deep, swollen, sore – MH | | | | | | | | | | | | | | | |
| 1715 | d/c home by MD only – MH | | | | | | | | | | | | | | | |

DV? Y _____ N _____
IF YES, REFERRALS MADE: _____

### NSG INTERVENTIONS

- ___ EKG
- ___ IMMOBILIZATION
- ___ COLD PACK
- ___ SLING
- ___ ELEVATION
- ___ DRESSING
- ___ ICE
- ___ CRUTCHES/CANE
- ___ WOUND PREP
- ___ SPONGE BATH
- ___ PELVIC EXAM
- ___ UA
- ___ C & S

- ___ UA DIP _____
- ___ PHLEBOTOMY
- ___ IV: SITE _____ Ga _____
- ___ PSYCH CNS REFERRAL
- ___ SW REFERRAL
- ___ VISITING NURSE REF.

**TEACHING**
- ___ WOUND CARE
- ___ HEAD INJURY
- ___ SPRAINS/STRAINS
- ___ CAST CARE

- ___ CRUTCH WALKING
- ___ BACK PAIN
- ___ BURN CARE
- ___ PNEUMONIA
- ___ URI
- ___ HYPERTENSION
- ___ THERMOMETER USE
- ___ FEVER
- ___ UTI
- ___ GASTROENTERITIS
- ___ PO HYDRATION
- ___ OTITIS

- ___ BRONCHIOLITIS
- ___ CROUP
- ___ ASTHMA
- ___ CONJUNCTIVITIS
- ___ MEDICATION USE
- ___ SEE POST-HOSP PLAN

**EVALUATION**
- ___ RETURN DEMONSTRATION
- ___ RETURN VERBALIZATION

☐ MD ONLY

| TIME | TREATMENT / MEDICATION ORDERS | MD ORDERED BY | ADMINISTRATION RECORD |
|------|-------------------------------|---------------|------------------------|
|      | Td 0.5 cc IM | | Time / Init / Dose / Site |

ALLERGIES:

**Injection Site**
- B - Right Deltoid    C - Left Deltoid
- D - Right Gluteal    E - Left Gluteal
- R - Right Thigh      G - Left Thigh
- A - Abdomen

**Reason medication not given**
- N - Nauseated    NPO
- V - Vomiting     H - Hold
- R - Refused      T - Off Unit

DISPOSITION: ☑ DISCHARGED  ☐ HEP LOCK DC'D
☐ TRANSFERRED TO _____
TIME: 1715
VIA: ☐ W/C  ☐ STRETCHER  ☑ AMBULATORY
ACCOMPANIED BY: ☐ TRANSPORT  ☐ FAMILY  ☐ SELF
☐ HOUSE OFFICER  ☐ RN  ☐ EMTS  ☐ _____

CONDITION ON DISPOSITION: Stable
DISCHARGE NURSE: Mary Hamel

SIGNATURES - Include Full Name and Licensure

# MASSACHUSETTS GENERAL HOSPITAL

## EMERGENCY DEPARTMENT TRIAGE/DISCHARGE RECORD

ESI 3

Unit Number: 4169857 ☐ MGH Staff
Last Name: Hofer
First Name: Stephanie

| Date | Triage Time | Treatment Area | Service | Date of Birth | Age |
|---|---|---|---|---|---|
| 8/6/05 | 1506 | MIMP | EMS | 7/18/72 | 32 |

**Chief Complaint:** ® index finger lac

**Arrived via:** 
**Accompanying Individuals:** ☐Y ☐N
**Allergies:** NKDA ☐
**PCP/Referring MD:** ☐ Referral Attached

### TRIAGE/PREHOSPITAL NOTES
☐ See Trauma Sheet

S - Sustained lac to ® index finger ī knife last week. M.D. today referred to MW1 → ED. Reports ↓ sensation bilateral aspect and dorsal tip of finger. Motor is intact. O - old lac, swelling around site
A - old index finger lac c parathesia
P - EMS eval

Signature: [illegible] RN

PMFH/Meds with patient ☐Y ☐N
Last Td 2004
LMP

Anticoagulated ☐Y ☐N
NS/ANP Consult ☐Y ☐N
Radiology ☐Y ☐N

| TIME | BP 1 | PULSE 1 | BP 2 | PULSE 2 | RESP | TEMP | PUPILS | WEIGHT |
|---|---|---|---|---|---|---|---|---|
|  |  | A/R |  | A/R |  |  |  |  |
|  | 120/71 | A/R 93 |  | A/R | 16 | 97.2/TA |  |  |
|  |  | A/R |  | A/R |  |  |  |  |
|  |  | A/R |  | A/R |  |  |  |  |

MASSACHUSETTS GENERAL HOSPITAL EMERGENCY DEPARTMENT 617-724-4100    Date _____

**INSTRUCTIONS TO PATIENT:** _____

**Medications:** _____

**Diagnosis & Follow-Up:** _____

I hereby acknowledge receipt of patient instructions. I understand that further diagnosis and treatment may be required and I have had emergency treatment only and I may be released before all medical problems are known and treated. I will arrange for any follow-up care as instructed.

SIGNATURE _____    PRINT/SIGNATURE _____



Partners HealthCare System, Inc.
MASSACHUSETTS GENERAL HOSPITAL
A Teaching Affiliate of Harvard Medical School
55 Fruit Street, Boston, Massachusetts 02114

## DISCHARGE REPORTS

From 01/01/1995 through 04/11/2006

HOFER, STEPHANIE
MRN: 4169857                              Sex: F        DOB: 7/18/1972   Age: 33y

| 4/26/2005 | ED Discharge Summary | Accession # 492120 | Unsigned |

ED DISCHARGE NOTIFICATION/SUMMARY

    HOFER,STEPHANIE MRN: 4169857 Age: 32y
    REGISTRATION DATE: 04/26/2005 03:21 PM     Provider: JOHN,M.D. KWON

    PRELIMINARY REPORT

    PCP notified by MD: No - Other explanation

    Benefits Assigned: Y

    Discharge Note Date/Time: 04/26/2005 16:36

    Discharge Status: Discharged

    Condition on Discharge: Stable

    Patient States Complaint: R INDEX FINGER LAC

    Standardized Discharge Instructions: The patient was given printed
    instructions for wound care (English).

    Diagnosis: right index finger laceration

    Treatment Rendered: examination, tetanus up to date

    Discharge Medications: keflex x 3 days

    Follow up Service: It is recommended that you receive follow-up care in the
    Plastic Surgery Hand Clinic if your wound does not improve.  To schedule an
    appt., please call (617)726-2760 between 8a.m. & 4:30p.m. Monday- Friday. If
    you have a managed care plan, check with your PCP before making this appt.

    Disposition, Follow up and Instructions to Patient: Please call your PCP or
    report to EW if you have any nausea, vomiting, fever, increased
    pain/redness/drainage from wound, you can take Advil or Tylenol as needed,
    please take entire course of antibiotics, please keep the wound clean and dry

    PCP Name: FRASER, ROBERT  Provider Number: 45463


    This report was created by KWON,JOHN,M.D. 04/26/2005 05:15 PM

| 3/20/2004 | ED Discharge Summary | Accession # 408298 | Unsigned |

ED DISCHARGE NOTIFICATION

    HOFER,STEPHANIE MRN: 4169857 Age: 31y
    REGISTRATION DATE: 03/20/2004 01:00 AM

    PRELIMINARY REPORT

    This is to notify you that your patient, HOFER,STEPHANIE arrived in the
    Emergency Department at Massachusetts General Hospital on 03/20/2004 01:00 AM.
    The patient presented with a chief complaint of LEG INJURY.