# EXHIBIT H

Dockets.Justia.com

# BURNS & LEVINSON LLP

THOMAS T. REITH
617-854-4243
TREITH@PSCBOSTON.COM

ONE BEACON STREET · 30th FLOOR
BOSTON, MA 02108
T 617.854.4000  F 617.854.4040
WWW.BURNSLEV.COM

May 22, 2006

**VIA FIRST CLASS MAIL AND FACSIMILE**

India L. Minchoff, Esq.
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125

Stephen J. Kuzma, Esq.
75 Federal Street, 17th Floor
Boston, MA 02110

   Re: *Stephanie Hofer and Douglas Hofer v. Old Navy, Expedia, Inc., and Turtle Beach Towers*, C.A. 05-40170

Dear Attorneys Minchoff and Kuzma:

  This follows our May 15, 2006 L.R. 37.1 teleconference and confirms the following:

1.  The Plaintiffs refuse to supplement their responses to Request to Admit Nos. 3, 7, 9, 11 and 12.[1]

2.  The Plaintiffs refuse to supplement their answers to Interrogatories Nos. 5, 6, 7, 8, 20 and 21.

  The Plaintiffs, however, agreed to supplement their answers to Interrogatories Nos. 2(c), 9 and 22.

3.  The Plaintiffs refuse to supplement their responses to Document Requests Nos. 1, 3, 7, 8, 9, 10, 11 and 12, and to organize the document productions corresponding to said responses.[2]

  The Plaintiffs, however, agreed to supplement their response to Document Request No. 5, and to organize the corresponding document production.

---

[1] Although Expedia initially requested supplementation to Request to Admit No. 10 as well, it has withdrawn that request.
[2] During our teleconference Attorney Minchoff stated she would consider supplementing the Plaintiffs' responses to Document Request No. 3, and contact me regarding her decision. Attorney Minchoff has not called me back. I assume that the Plaintiffs will not supplement their response to Document Request No. 3.

Plaintiffs' counsel
May 22, 2006
Page 2

**BURNS & LEVINSON LLP**

    The Plaintiffs have had one week since our L.R. 37.1 teleconference to supplement the four discovery responses they agreed to supplement. To date, the Plaintiffs have not served said supplementation. The Plaintiffs have until the close of business Thursday, May 25, 2006, to deliver their supplemental discovery responses. If Expedia, Inc. does not receive the Plaintiffs' responses by that time, it will move to compel supplementation to Interrogatories Nos. 2(c), 9 and 22 and Document Request No. 5, along with supplementation to the remaining discovery requests identified above and in my May 4, 2006 letter to Attorney Minchoff's office.

    I await the Plaintiffs' discovery supplementation.

                                                                       Very truly yours,

                                                                       Thomas T. Reith

cc:    Lawrence G. Green, Esq.
        Scott D. Feringa, Esq.
        Sean J. Milano, Esq.
31983-2-LR37.1followup.doc