# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 05-40170 FDS

Stephanie Hofer and Douglas Hofer, )
    Plaintiffs, )
    )
    )
v. )
    )
The Gap Inc., Expedia, Inc., and )
Turtle Beach Towers, )
    Defendants. )

### STEPHANIE HOFER'S FIRST SUPPLEMENTAL ANSWERS TO DEFENDANT, EXPEDIA, INC.'S, FIRST REQUESTS FOR ADMISSIONS

### REQUEST TO ADMIT NO.3:

Carrie reserved the Trip for herself and Stephanie via Expedia.com.

### RESPONSE

Admitted that Carrie reserved the Trip for herself and Stephanie through Expedia. Plaintiff is unable to admit or deny whether Carrie utilized Expedia.com.

### SUPPLEMENTAL RESPONSE
Admitted.

Signed under the pains and penalties of perjury this 7th day of June, 2006.

_____
Stephanie Hofer

Objections by,

_____
India L. Minchoff, Esq. (652456)
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125
617/740-7340 telephone
617/740-7310 facsimile