UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
STEPHANIE HOFER and DOUGLAS HOFER, )
)
    Plaintiffs, )
) Civil Action
v. ) Docket No. 05-40170 FDS
)
OLD NAVY, EXPEDIA, INC., and )
TURTLE BEACH TOWERS, )
)
    Defendants, )
)
_____)

## NOTICE OF CHANGE OF FIRM ADDRESS

    On behalf of the Defendant, Expedia, Inc., the undersigned counsel hereby notifies the Court, the Plaintiffs, and the Defendants, Old Navy and Turtle Beach Towers, of a change in firm address to 125 Summer Street, Boston, MA 02110. This change of firm address is effective immediately.

    Respectfully submitted,

    EXPEDIA, INC.,
    By its attorneys,

    /s/ Thomas T. Reith
    Lawrence G. Green, BBO #209060
    Thomas T. Reith, BBO #648671
    Burns & Levinson LLP
    One Beacon Street, 30th Floor
    Boston, MA 02108
    (617) 854-4000

Dated: July 13, 2006

J:\Docs\82148\00004\01032325.DOC