# EXHIBIT 1

Dockets.Justia.com

**Thomas T. Reith**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Thursday, July 13, 2006 3:47 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 4:05-cv-40170-FDS Hofer et al v. Old Navy Inc. et al "Order on Motion to Compel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Jones, Sherry entered on 7/13/2006 at 3:47 PM EDT and filed on 7/13/2006

**Case Name:**     Hofer et al v. Old Navy Inc. et al
**Case Number:**   4:05-cv-40170
**Filer:**
**Document Number:**

**Docket Text:**
Judge F. Dennis Saylor IV: Electronic ORDER entered granting [28] Motion to Compel. "No opposition having been filed, the motion is GRANTED as to prayers for relief 1, 2, and 3. Plaintiffs shall serve supplemental responses on or before July 28, 2006. Defendant Expedia, Inc. shall file a supplemental memorandum and affidavit(s) concerning its expenses and costs incurred in compelling relief on or before July 28, 2006. Plaintiffs shall file any opposing materials on or before August 11, 2006. So ordered." (Jones, Sherry)

The following document(s) are associated with this transaction:

**4:05-cv-40170 Notice will be electronically mailed to:**

Scott D. Feringa      sferinga@swappc.com

Stephen J. Kuzma      koozlaw@juno.com

Sean J. Milano     smilano@morrisonmahoney.com

India L. Minchoff     india@russominchofflaw.com

Thomas T. Reith , III     treith@burnslev.com

**4:05-cv-40170 Notice will not be electronically mailed to:**

7/25/2006