# EXHIBIT 2

# STEPHEN J. KUZMA
LAW OFFICE

75 FEDERAL STREET 17th Floor

BOSTON, MASSACHUSETTS 02110

---

TELEPHONE (617) 338-3020
FACSIMILE (617) 426-2102

April 6, 2006

Thomas T. Reith, Esq.  
Burns & Levinson, LLP  
One Beacon Street, 30th Floor  
Boston, MA 02108

Scott D. Feringa, Esq.  
Sullivan, Ward, Asher & Patton, P.C  
1000 MacCabees Center  
25800 Northwestern Highway  
Southfield, MI 48075-1000

Re: Hofer, Stephanie/Douglas v. The Gap, Inc., et al.  
Civil Action No.: 05-40170-FDS

Dear Counselors,

Pursuant to our agreement, the Plaintiff will have an additional seven days to provide answers to the Defendant's Interrogatories, Admissions as well as a response to the Production of Documents requests. The Plaintiff's responsive pleadings will be due on or before April 14th, 2006.

Thank you for your courtesy herein.

Very Truly Yours,

Stephen J. Kuzma

Cc: India L. Minchoff, Esq.

SJK/ch