# EXHIBIT 3

# LAW OFFICES OF RUSSO & MINCHOFF

123 BOSTON STREET 1ST FLOOR  
BOSTON, MA 02125

INDIA@RUSSOMINCHOFFLAW.COM  
WWW.RUSSOMINCHOFFLAW.COM

PHONE 617.740.7340

INDIA L. MINCHOFF  
ATTORNEY AT LAW

FAX 617.740.7310

May 30, 2006

**_By First Class Mail and By Facsimile_**  
**_(617 854 4040) & (248 746 2760)_**

Thomas T. Reith, Esq.  
Burns & Levinson  
One Beacon Street, 30th Floor  
Boston, MA 02108

Scott D. Feringa, Esq.  
Sullivan, Ward, Asher & Patton, P.C.  
1000 MacCabees Center  
25800 Northwestern Highway  
Southfield, Michigan 48075

**RE:   Hofer, et al v. Gap, et. al, C.A. 05-40170**

Dear Attorneys Reith and Feringa,

    Please be advised that I am in trial through June 6, 2006 and intend to complete Plaintiffs' Supplementation by June 9, 2006 in response to my telephone conference with Attorney Reith. I will also be prepared to address Attorney Feringa's inquiries regarding discovery after June 6, 2006. To that end, I am available anytime on June 7, 2006 or after 2:00 pm on June 9, 2006. I ask that Attorney Feringa contact my office with his availability.

    Please also be advised that I have made contact with Ms. LaBelle. She has informed me that she will be on her honeymoon on July 11, 2006 and therefore is not available for deposition on that date. Ms. LaBelle also informed me that she would prefer her deposition to occur in the summer months as she is a schoolteacher. She is agreeable to traveling to Boston but would like her deposition to commence at 11:00 am so that she may avoid the city traffic. It is my suggestion that counsel circulate dates of availability and I will then submit same to Ms. LaBelle. Since Attorney Feringa will be coming from out of state, I will await his schedule and attempt to accommodate same.

Very truly yours,

India L. Minchoff

cc:   Attorney Feringa  
       Attorney Kuzma