# EXHIBIT 4

Dockets.Justia.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 31983 | .000 | Expedia.com | 1088 | 6/07/2006 | 1 2 | (84.00) | (.20) | 00001 A101 20000 | objections and responses. Follow-up with T. Reith re: motions to compel | 14804 00016 |
| 31983 | .000 | Expedia.com | 1088 | 6/14/2006 | 1 2 | (336.00) | (.80) | 00001 A101 20000 | Review and revision of T. Reith's draft of motion to compel. | 14881 00006 |
| 31983 | .000 | Expedia.com | 1088 | 6/15/2006 | 1 2 | (84.00) | (.20) | 00001 A101 20000 | Conference with T. Reith regarding finalizing motion to compel and regarding agency issue. | 14895 00004 |

Timekeeper: Lawrence G. Green, Esq.

2148 THOMAS T. REITH

| Client#/ Matter # | SubC/ SubM | Client Name/ Matter Desc/ SubM Desc | Work Atty | Tran Date | Rate | Trans. Time Amt | Hours | Off/ Dept | Srvc Code | Narrative | Group | Item# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31983 2 | 000 | Expedia.com Hofer | 2148 | 6/05/2006 | 1 | 864.00 *456.00* | 3.60 *1.9* | 00001 20000 | A101 | File review regarding discovery issues; ████████, continue drafting motion to compel | 14773 | 00020 |
| 31983 2 | 000 | Expedia.com Hofer | 2148 | 6/06/2006 | 1 | 768.00 *384.00* | 3.20 *1.6* | 00001 20000 | A101 | ████████████ continue drafting motion to compel discovery | 14785 | 00005 |
| 31983 2 | 000 | Expedia.com Hofer | 2148 | 6/07/2006 | 1 | 720.00 *648.00* | 3.00 *2.7* | 00001 20000 | A101 | Continue drafting of motion to compel (as to admissions, interrogatories and document requests); ████████ | 14804 | 00006 |
| 31983 2 | 000 | Expedia.com Hofer | 2148 | 6/08/2006 | 1 | 648.00 *528.00* | 2.70 *2.2* | 00001 20000 | A101 | ████████, continue drafting motion to compel. | 14835 | 00002 |
| 31983 2 | 000 | Expedia.com Hofer | 2148 | 6/12/2006 | 1 | 1224.00 *504.00* | 5.10 *2.1* | 00001 20000 | A101 | ████ revise motion to compel based upon plaintiff's supplemental discovery; ████ reorganize motion exhibits | 14865 | 00002 |
| 31983 2 | 000 | Expedia.com Hofer | 2148 | 6/14/2006 | 1 | *768.00* | *3.20* | 00001 20000 | A101 | Review and revise motion; status with L. Green regarding same; redraft per L. Green; prepare for paralegal cite/source check project; additional legal research and analysis regarding reliance on agent for discovery purposes. | 14882 | 00004 |
| 31983 2 | 000 | Expedia.com Hofer | 2148 | 6/15/2006 | 1 | *864.00* | *3.60* | 00001 20000 | A101 | Continued legal research and analysis re: statute with paralegal re: cite/source checking; status with L. Green re: filing; final revisions to papers; attend to ECF filing | 14896 | 00024 |

```
REPORT ID: REG139                          Burns & Levinson LLP                    Page .......... 7
TIME REGISTER                     REPRINT OF DAILY TOTALS BY TIMEKEEPER            Date .......... 7/14/06
REPORT NAME: REPRINT                WORKING ATT/DATE/CLIENT/MATTER                 Time .......... 9:04:53
                                    Group......... 00000 Through 99999            User .......... JBM
                                    5/01/2006  Through  6/30/2006
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
          2148 THOMAS T. REITH
```

| Client#/ Matter # | SubC/ SubM | Client Name/ Matter Desc/ SubM Desc | Work Atty | Tran | Date | Rate | Trans. Time Amt | Hours | Off/ Dept | Srvc Code | Narrative issues/1 |
|---|---|---|---|---|---|---|---|---|---|---|---|

```
  31983  000  Expedia.com  4012  6/15/2006 1      445.50      3.30  00001 A101  Cite checking Motion to Compel   14896 00020
      2        Hofer                                                 20000      Discovery from Plaintiffs

  31983  000  Expedia.com  4012  6/15/2006 1       40.50       .30  00001 A101  Lexis - cases found; edits made to  14896 00023
      2        Hofer                                                 20000      Motion to Compel.
```

```
  4012 TENILLE J. CARLEVAL          ----------  ---------
  *********************** R1====>      $486.00       3.60    BILLABLE HRS...    3.60    BILLABLE$..    486.00
  *  W/A TOTALS          *                                   NON BILL HRS...     .00    NON BILL$..       .00
  ***********************                                    NON CHARGE HRS.     .00    NON CHRG$..       .00
```

```
    THIS LISTING CONTAINS TIME ENTRIES FOR THESE CLIENT/MATTERS:

  CLIENT NAME                          MATTER DESCRIPTION                     HOURS     AMOUNT
```

```
REPORT ID: REG239                    Burns & Levinson LLP                    Page ..........    3
COST REGISTER                        COSTS BY CLIENT - DATES
REPORT NAME: CLNTCOSTS               SRVC CODE /DATE/CLIENT/MATTER            Date .........  7/14/06
                                       Group.......... 00000 Through 99999   Time .........  9:07:41
                                       5/01/2006   THROUGH   6/30/2006       User .........  JEM

* * * * * * *  * - * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                 Client Name/     Trans
Client#/   SubC  Matter Desc/ Work  Date  Srvc    Trans Amt Vchr Grp/   Check #/   Payee/          Group Item#
Matter #   SubM  SubM Desc    Atty CHR Number Code  Quantity Voucher #   User ID   Group Desc/
                                                                                   Narrative
```

| Client#/ Matter # | SubC SubM | Client Name/ Matter Desc/ SubM Desc | Work Atty | CHR Number | Trans Date | Srvc Code | Trans Amt Quantity | Vchr Grp/ Voucher # | Check #/ User ID | Payee/ Group Desc/ Narrative | Group Item# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31983 000 | | Expedia.com | COST | | 6/16/2006 | 007 | 45.00 | | | | 06978 00122 |
| 2 | | Hofer | COST | | | | 225.00 | | FSC | UPLOADED GROUP FROM 06977 Photocopying, Qty: 225 copies | |