## INDEX TO EXHIBITS FOR
## DEFENDANT THE GAP, INC.'S
## MOTION TO ALLOW THE TAKING OF DEPOSITIONS IN JAMAICA
## WITHOUT CONSULAR AUTHORITY OR PARTICIPATION

EX A:    Notices of Taking Videotape Depositions for Ms. Faye Miller, Mr. Denray Scarlett and Ms. Shian Nelson

EX B:    July 27, 2006 correspondence from Bienenstock Court Reporting & Video to Attorney Scott D. Feringa

EX C:    July 26, 2006 correspondence from Attorney Scott D. Feringa to all counsel with Stipulation for Taking Depositions in a Foreign Country

EX D:    July 27, 2006 correspondence from Cyeth Denton, First Secretary/Consul, Embassy of Jamaica to Attorney Jennifer R. Moran

EX E:    February 3, 2006 Scheduling Order in Case No.: 05-40170-FDS, Hofer v. The Gap, Inc., et al.