UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

      Plaintiffs,                             FEDERAL COURT

vs.                                         Case No. 05-40170 FDS

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

      Defendants.
_____/

## NOTICE OF TAKING VIDEOTAPE DEPOSITION

TO:    COUNSEL OF RECORD

      **PLEASE TAKE NOTICE** that the Defendant, The GAP, Inc., through its attorney, Scott D. Feringa, will take the oral deposition of **Ms. Faye Miller, Manager, Turtle Beach Towers**, via videotape, for all purposes pursuant to the applicable Federal Rules of Civil Procedure, before an officer duly authorized to administer oaths at:

> **Turtle Beach Towers**
> **Main Street**
> **Ocho Rios, Jamaica WI**
> **1-876-974-2801**

On:    **Monday, August 21, 2006 at 10:00 a.m. DST**

      The deposition will deal with facts and circumstances of the incident described in the Complaint, the damages being sought and all other matters not privileged.

                     Respectfully submitted,

                     **SULLIVAN, WARD,**
                     **ASHER & PATTON, P.C.**

             By:    _____
                     SCOTT D. FERINGA (P28977)
                     Attorney for Defendant The GAP, Inc.
                     1000 Maccabees Center
                     25800 Northwestern Highway
                     Southfield, MI 48075-1000
                     (248) 746-0700

Dated: _7-14-06_



EXHIBIT

A

Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

     Plaintiffs,                             FEDERAL COURT

vs.                                    Case No. 05-40170 FDS

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

     Defendants.

_____/

## NOTICE OF TAKING VIDEOTAPE DEPOSITION

TO:   **COUNSEL OF RECORD**

    **PLEASE TAKE NOTICE** that the Defendant, The GAP, Inc., through its attorney, Scott D. Feringa, will take the oral deposition of **Mr. Denray Scarlett, Night Manager, Turtle Beach Towers**, via videotape, for all purposes pursuant to the applicable Federal Rules of Civil Procedure, before an officer duly authorized to administer oaths at:

    **Turtle Beach Towers**
    **Main Street**
    **Ocho Rios, Jamaica WI**
    **1-876-974-2801**

On:   **Monday, August 21, 2006 at 1:30 p.m. DST**

    The deposition will deal with facts and circumstances of the incident described in the Complaint, the damages being sought and all other matters not privileged.

                            Respectfully submitted,

                             **SULLIVAN, WARD,**
                             **ASHER & PATTON, P.C.**

           By:   _____
                    SCOTT D. FERINGA (P28977)
                    Attorney for Defendant The GAP, Inc.
                    1000 Maccabees Center
                    25800 Northwestern Highway
                    Southfield, MI  48075-1000
                    (248) 746-0700

Dated:  7-14-06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

     Plaintiffs,                            FEDERAL COURT

vs.                                     Case No. 05-40170 FDS

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

     Defendants.

_____/

## NOTICE OF TAKING VIDEOTAPE DEPOSITION

TO:   **COUNSEL OF RECORD**

     **PLEASE TAKE NOTICE** that the Defendant, The GAP, Inc., through its attorney, Scott D. Feringa, will take the oral deposition of **Ms. Shian Nelson, former employee of Turtle Beach Towers**, via videotape, for all purposes pursuant to the applicable Federal Rules of Civil Procedure, before an officer duly authorized to administer oaths at:

> **Turtle Beach Towers**
> **Main Street**
> **Ocho Rios, Jamaica WI**
> **1-876-974-2801**

On:   **Tuesday, August 22, 2006 at 10:00 a.m. DST**

     The deposition will deal with facts and circumstances of the incident described in the Complaint, the damages being sought and all other matters not privileged.

                        Respectfully submitted,

                        **SULLIVAN, WARD,**
                        **ASHER & PATTON, P.C.**

          By:      _____
                      SCOTT D. FERINGA (P28977)
                      Attorney for Defendant The GAP, Inc.
                      1000 Maccabees Center
                      25800 Northwestern Highway
                      Southfield, MI  48075-1000
                      (248) 746-0700

Dated:  7/14/06