Hofer et al v. Old Navy Inc. et al    Doc. 32 Att. 3
JUL. 27. 2006  4:22PM  BIENENSTOCK CRT REPORTING   NO. 1319   P. 1/1
Case 4:05-cv-40170-FDS   Document 32-4   Filed 07/28/2006   Page 1 of 1



**BIENENSTOCK**
COURT REPORTING & VIDEO

30800 Telegraph Road • Suite 2925 • Bingham Farms, MI 48025
Telephone 248.644.8888 • Facsimile 248.644.1120
www.bienenstock.com

July 27, 2006

Scott D. Feringa
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Highway
Suite 1000
Southfield, MI 48037

RE:   Stephanie Hofer v. The GAP, Inc., et al

Dear Scott:

In regard to the deposition scheduled in Jamaica, the videographer is Lynsey Williams and the court reporter attending is Nora Morrissy.

Nora is a Certified Shorthand Reporter (CSR), Certified Realtime Reporter (CRR) and Registered Merit Reporter (RMR). She is authorized to issue an oath by the laws of the State of Michigan, United States.

Sincerely,

Lauren Bienenstock
Bienenstock Court Reporting & Video

LBB/drn



EXHIBIT
B

Bingham Farms | Ann Arbor | Detroit | Flint | Gaylord | Grand Rapids | Jackson | Kalamazoo | Lansing | Mt. Clemens | Petoskey