

# SULLIVAN, WARD, ASHER & PATTON, P.C.

### ATTORNEYS AND COUNSELORS AT LAW

1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

Scott D. Feringa
sferinga@swappc.com
(248) 746-2727

July 26, 2006

**Via Facsimile and Hand Delivery**

India L. Minchoff, Esq.
Russo & Minchoff
123 Boston Street
Boston, MA 02125

Thomas T. Reith, Esq.
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110

Stephen J. Kuzma, Esq.
75 Federal Street
Boston, MA 02110

Sean J. Milano, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181

RE:    HOFER, STEPHANIE/DOUGLAS V. GAP, INC.
       OUR FILE NO. PAG-121179

Dear Counselors:

Given the upcoming depositions I would ask for your signatures on the enclosed Stipulation for Taking Depositions in a Foreign Country to take such depositions without consular authority as provided by the Federal Court Rules. We have contacted the embassy of Jamaica in the United States and have learned from the Jamaican judicial officer at that embassy that Jamaica permits depositions to be taken without consular authority within Jamaica. I would ask that you provide us with your signature on the enclosed Stipulation. I would like the document signed following the deposition of Ms. LaBelle that is presently scheduled for Thursday, July 27, 2006 at 9:30 a.m. in the offices of Morrison Mahoney, LLP.

I do thank you for your attention to the foregoing.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

Scott D. Feringa

SDF/sav
Enclosures
W0447090.2



\* \* \* COMMUNICATION RESULT REPORT ( JUL. 26. 2006 10:30AM ) \* \* \*

FAX HEADER 1:  SULLIVAN WARD ASHER
FAX HEADER 2:

TRANSMITTED/STORED : JUL. 26. 2006 10:19AM

| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|
| 1741 MEMORY TX | | 6177407310 | OK | 4/4 |
| | | 617 426 2102 | OK | 4/4 |
| | | Morrison Mahoney LLP | OK | 4/4 |
| | | 6173453299 | OK | 4/4 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION



## SULLIVAN, WARD, ASHER & PATTON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

PROFESSIONAL CORPORATION

1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48075-1000
(248) 746-0700
(248) 746-2760 (Facsimile)
Web Address: www.swappc.com

*This facsimile contains **Confidential Information** which may also be **Legally Privileged** and which is intended only for the use of the Addressee(s) named below. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile may be strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.*

## FACSIMILE TRANSMITTAL COVER SHEET

**From:** Scott D. Feringa

**Date:** July 26, 2006

**To:** India Minchoff

**Facsimile No.:** 617-740-7310

**Telephone No.:** 617-740-7340

**To:** Stephen J. Kuzma

**Facsimile No.:** 617-426-2102

**Telephone No.:** 617-338-3020

**To:** Sean Milano

**Facsimile No.:** 617-342-4938

**Telephone No.:** 617-439-7500

**To:** Thomas Reith

**Facsimile No.:** 617-345-3299

**Telephone No.:** 617-854-4000

**Our File No.:** PAG-121179

**Message:**

Total Pages Being Sent (Including This Cover Sheet): 4

☒ Hard Copy Will Follow

☐ Hard Copy Will Not Follow

## \*\*IF YOU DO NOT RECEIVE ENTIRE TRANSMITTAL, PLEASE CALL BACK A.S.A.P.\*\*

W0226678

\# 990

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


STEPHANIE HOFER and
DOUGLAS HOFER,

      Plaintiffs,

vs.

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

      Defendants.
_____/

FEDERAL COURT

Case No. 05-40170 FDS


### STIPULATION FOR TAKING DEPOSITIONS IN A FOREIGN COUNTRY


**IT IS HEREBY STIPULATED** by and between counsel for Plaintiffs, counsel for Defendant

Expedia, Inc. and counsel for Defendant GAP, Inc., that depositions of any individuals in a foreign

country may take place before a person authorized to administer oaths by the law of the United States

and without the necessity of obtaining consular authority from the foreign state including Jamaica.


India L. Minchoff #652456
Attorney for Plaintiffs
Date:_____


Stephen J. Kuzma #547522
Attorney for Plaintiffs
Date:_____


Thomas T. Reith BBO #648671
Attorney for Defendant
Expedia, Inc.
Date:_____7/27/06_____


Scott D. Feringa (P28977)
Attorney for Defendant
GAP, Inc.
Date:_____7-27-06_____


Sean J. Milano, Esq. #55996
Attorney for Defendant
GAP, Inc.
Date:_____7/27/06_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

     Plaintiffs,

vs.

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

     Defendants.

_____/

FEDERAL COURT

Case No. 05-40170 FDS

## ORDER FOR TAKING DEPOSITIONS IN A FOREIGN COUNTRY

Upon reading the above set forth Stipulation entered into between counsel for Plaintiffs and all counsel for all Defendants, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED AND ADJUDGED that any depositions taken of witnesses in a foreign country, including Jamaica, may take place on notice, before a person authorized to administer oaths by the laws of the United States and without participation of consular authority of either the United States or a foreign country, including Jamaica.

Dated:_____

_____
HON. F. DENNIS SAYLOR IV

W0477731