

# EMBASSY OF JAMAICA
1520 New Hampshire Avenue, NW
Washington, DC 20036

Telephone: (202) 452-0660
Facsimile: (202) 452-0081

27 July 2006

Ms. Jennifer R. Moran
Sullivan, Ward, Asher & Patton, PC
1000 Macabees Centre
25800 Northwestern Highway
Southfield, MI 48075-1000

Dear Ms. Moran,

Re: Hofer v The Gap, Inc
Case No. 05-40170 FDS
US District Court for the District of Massachussets

This serves to advise that the Embassy has no objection to the taking of a deposition of a Jamaican national at the Turtle Beach owers in St Ann, Jamaica.

In the case of Hofer v The Gap, Inc, you are seeking admissibility in a United States Court and there is no stature in the Jamaican law that would preclude you from taking such a deposition.

Yours respectively,

Cyeth Denton
First Secretary/Consul

**EXHIBIT**
D