# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 05-40170 FDS

| | |
|---|---|
| Stephanie Hofer and Douglas Hofer, <br> Plaintiffs, <br><br> v. <br><br> The Gap Inc., Expedia, Inc., and <br> Turtle Beach Towers, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STEPHANIE HOFER'S FIRST SUPPLEMENTAL ANSWERS TO
DEFENDANT, EXPEDIA, INC.'S, FIRST REQUESTS FOR ADMISSIONS**

**REQUEST TO ADMIT NO.3:**

Carrie reserved the Trip for herself and Stephanie via Expedia.com.

**RESPONSE**
Admitted that Carrie reserved the Trip for herself and Stephanie through Expedia. Plaintiff is unable to admit or deny whether Carrie utilized Expedia.com.

**SUPPLEMENTAL RESPONSE**
Admitted.


Signed under the pains and penalties of perjury this 7th day of June, 2006.

_____
Stephanie Hofer


Objections by,

_____
India L. Minchoff, Esq. (652456)
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125
617/740-7340 telephone
617/740-7310 facsimile