# EXHIBIT A1

Dockets.Justia.com

072706LAROCHE

01:14:35 18    in bed.
01:14:36 19 Q. After you were laying in bed, is that when
01:14:41 20    you received the call from someone from the
01:14:44 21    hotel about Stephanie's accident?
01:14:45 22 A. I'm sorry, what?
01:14:46 23 Q. I'll ask it this way: How soon after you
01:14:52 24    were laying in bed did you receive the call
01:14:55 25    from the front desk about Stephanie's

153

01:14:57 1     accident that we talked about earlier?
01:14:58 2  A. Maybe five, ten minutes.
01:15:01 3  Q. Okay. And before you went to see Stephanie
01:15:11 4     at the accident site, did you change?
01:15:14 5  A. No.
01:15:14 6  Q. And Stephanie -- strike that.
01:15:18 7     Did Stephanie change before she went
01:15:20 8     outside to have her cigarette?
01:15:24 9  A. I'm not sure.
01:15:28 10 Q. Okay. What do you recall her wearing as she
01:15:37 11    walked out of the room?
01:15:38 12 A. When she left the room to go smoke a
01:15:40 13    cigarette?
01:15:41 14 Q. Yes, please.
01:15:42 15 A. She was in shorts and a T-shirt.
01:15:43 16 Q. Okay. Same tan shorts and white T-shirt we
01:15:47 17    talked about before?

072706LAROCHE

01:15:48 18   A.  Yes.
01:15:48 19   Q.  What was she wearing on her feet?
01:15:49 20   A.  The flip-flops.
01:15:51 21   Q.  And you know that for certain?
01:15:52 22   A.  She had them on her feet all day.
01:16:55 23       (Pause.)
01:16:56 24   Q.  Did Ms. Hofer talk to you about this case
01:17:06 25       before she filed the complaint?

154

01:17:07 1    A.  Not that I can remember.
01:17:08 2    Q.  Did you speak to Ms. Minchoff's office
01:17:14 3        before Stephanie and her husband filed the
01:17:17 4        complaint?
01:17:18 5    A.  No.
01:17:21 6        (Discussion off the record.)
01:17:33 7    Q.  Did Ms. Hofer ask you to assist in
01:17:45 8        responding to discovery requests in this
01:17:48 9        case?
01:17:52 10   A.  I'm not sure what you mean by that.
01:17:54 11   Q.  Well, did Ms. Hofer ask you to provide her
01:17:56 12       with your recollections of the trip at any
01:17:59 13       point after September 2005?
01:18:00 14   A.  After September of 2005?
01:18:02 15   Q.  Yes.
01:18:03 16   A.  I'm not sure.
01:18:07 17   Q.  Okay. Did Ms. Hofer ask you at any point to
01:18:09 18       provide her with your recollections at any

Page 151

072706LAROCHE

01:18:13 19    point after the accident?

01:18:15 20  A. Yes.

01:18:15 21  Q. Okay. And when was that?

01:18:17 22  A. I'm not sure of an exact time.

01:18:27 23  Q. At any point after the accident in Jamaica

01:18:37 24    did Mr. Hofer ask you to provide your

01:18:43 25    recollections of what happened on the trip

155

01:18:47 1    to Jamaica?

01:18:50 2  A. Say that one more time, please.

01:18:54 3      MR. REITH: Can you repeat that

01:18:55 4    back.

01:18:55 5    (Record read.)

01:19:04 6  A. No.

01:19:14 7  Q. Have any of Ms. Hofer's attorneys asked you

01:19:16 8    to provide them with any information

01:19:18 9    concerning the trip to Jamaica?

01:19:19 10  A. No.

01:19:20 11  Q. Have any of Ms. Hofer's attorneys asked you

01:19:29 12    to provide them with documents concerning

01:19:31 13    the trip to Jamaica?

01:19:32 14  A. No.

01:19:32 15  Q. Don't worry, these (indicating) are the ones

01:19:58 16    I don't need.

01:20:06 17      Did Ms. Hofer ever present to you a

01:20:09 18    document entitled "Request for Admissions"

Page 152

```
                                            072706LAROCHE
01:20:12 19      and ask you to help her answer them?

01:20:14 20   A. No.

01:20:16 21   Q. Did Ms. Hofer ever present you with a

01:20:22 22      document entitled "Interrogatories" and ask

01:20:25 23      you to help her answer them?

01:20:27 24   A. No.

01:20:29 25   Q. Did Ms. Hofer ask -- ever present to you a
```

                          156

```
01:20:31  1      document entitled "Request for Production of

01:20:34  2      Documents" and ask you to assist her in

01:20:37  3      providing documents?

01:20:38  4   A. No.

01:20:38  5   Q. Have any of Ms. Hofer's attorneys ever

01:20:48  6      provided you with a document entitled

01:20:50  7      "Request for Admissions" and asked you to

01:20:55  8      provide answers for them?

01:20:56  9   A. No.

01:20:56 10   Q. Have any of Ms. Hofer's attorneys provided

01:20:58 11      you with a document entitled

01:21:00 12      "Interrogatories" and asked you to provide

01:21:02 13      answers for them?

01:21:03 14   A. No.

01:21:03 15   Q. Have any of Ms. Hofer's attorneys provided

01:21:06 16      you a document entitled "Request for the

01:21:08 17      Production of Documents" and asked you to

01:21:10 18      provide documents --

01:21:13 19   A. No.
```

072706LAROCHE

01:21:13 20  Q.  -- in connection with them? No? Is that a
01:21:16 21      no?
01:21:16 22  A.  No.
01:21:18 23  Q.  Before Ms. Hofer and Mr. Hofer filed a
01:21:37 24      complaint, which was September 2005, did Ms.
01:21:40 25      Hofer let you know that she was going to be

157

01:21:41 1       suing Expedia, Inc.?
01:21:44 2   A.  Before 2005, before September --
01:21:48 3   Q.  Yeah.
01:21:48 4   A.  -- of 2005?
01:21:50 5       She had talked about the possibility
01:21:52 6       of filing a lawsuit, but I didn't know if
01:21:54 7       there was anything definite or not.
01:21:56 8   Q.  What did she say about filing a lawsuit?
01:21:58 9   A.  She had just mentioned that she was
01:22:01 10      considering it.
01:22:01 11  Q.  Did she say who she was considering suing?
01:22:07 12  A.  I don't believe so.
01:22:09 13  Q.  So she didn't say, "I'm considering suing
01:22:14 14      Turtle Beach"?
01:22:15 15          MS. MINCHOFF: Objection.
01:22:15 16  A.  I don't really remember at this point what
01:22:18 17      the exact conversation was.
01:22:19 18  Q.  Do you recall around the time that you had
01:22:22 19      this conversation?

Page 154

072706LAROCHE

01:22:23 20  A.  I have no idea.
01:22:25 21  Q.  All right. So you can't pinpoint a month
01:22:27 22      for me?
01:22:27 23  A.  No.
01:22:27 24  Q.  Do you know if it was after September 2005,
01:22:33 25      though?

158

01:22:33 1   A.  I have no idea.
01:22:36 2   Q.  Okay. During that conversation that Ms.
01:22:41 3       Hofer talked about the possibility of a
01:22:42 4       lawsuit, did she ask for your opinion about
01:22:45 5       bringing a lawsuit?
01:22:46 6   A.  Not that I remember, no.
01:22:48 7   Q.  At any point had Ms. Hofer asked for your
01:22:51 8       cooperation in prosecuting this lawsuit
01:22:54 9       against Expedia, Inc.?
01:22:55 10  A.  What do you mean by asking for my
01:22:56 11      cooperation?
01:22:57 12  Q.  Has she asked you to provide her documents?
01:23:02 13  A.  No.
01:23:03 14  Q.  I thought she asked you to provide her
01:23:06 15      documents and you provided her the itinerary
01:23:08 16      and the copy of the receipts from the money
01:23:11 17      that you put out on vacation.
01:23:13 18      MS. MINCHOFF: Objection.
01:23:14 19  A.  She did ask me for that, but she did not say
01:23:18 20      that it's for a lawsuit.

Page 155

072706LAROCHE

01:23:19 21  Q. Okay.
01:23:20 22  A. I had no idea what it was for. Like I said
01:23:24 23     before, I had assumed it was to tally, you
01:23:26 24     know, what we had spent down there so she
01:23:29 25     could pay me back.

159

01:23:30 1   Q. Okay. Did she ask if you would appear on
01:23:35 2      her behalf as a witness at trial should this
01:23:37 3      case get to trial?
01:23:42 4   A. I'm not sure if she specifically asked me
01:23:45 5      that or not.
01:23:46 6   Q. Okay. Has she generally asked you that?
01:23:48 7   A. Yes.
01:23:49 8           MS. MINCHOFF: Objection.
01:23:49 9   Q. Okay. What did she say?
01:23:51 10  A. I don't remember specifically.
01:23:53 11  Q. Well, what did -- what do you remember
01:23:56 12     generally?
01:23:56 13  A. There was a conversation, and she mentioned
01:23:59 14     that, you know, I might have to be called in
01:24:03 15     to say what I remembered.
01:24:05 16  Q. When was that conversation?
01:24:06 17  A. I don't remember.
01:24:09 18  Q. Okay. Was her attorney present at the time
01:24:11 19     that you had that conversation?
01:24:12 20  A. No.

Page 156

072706LAROCHE

01:24:12 21  Q. Has anybody from her attorney's office asked
01:24:18 22     you to cooperate as a witness in this case?
01:24:21 23  A. Specifically asked me to cooperate as a
01:24:24 24     witness?
01:24:24 25  Q. Yes.

160

01:24:25  1  A. No.
01:24:26  2  Q. Did Ms. Hofer tell you how much she is suing
01:24:33  3     Expedia, Inc. for?
01:24:33  4  A. No.
01:24:33  5  Q. Did Ms. Hofer ever discuss with you how much
01:24:38  6     she intended on suing anybody for in
01:24:40  7     connection with the Jamaica vacation?
01:24:42  8  A. No.
01:24:42  9  Q. Did she ever discuss with you what she hopes
01:24:56 10     to get out of this lawsuit by way of
01:24:59 11     recovery financially?
01:24:59 12  A. No.
01:25:00 13  Q. Did she ever make any overtures to you that
01:25:03 14     you would be able to share in any sort of
01:25:05 15     windfall as a result of this litigation?
01:25:06 16  A. No.
01:25:56 17        MR. REITH: I presently have
01:25:58 18     nothing further for the witness.
01:26:00 19        MS. MINCHOFF: Scott, before we
01:26:01 20     start, how long do you think you're going to
01:26:03 21     have?

Page 157

072706LAROCHE

| | | |
|---|---|---|
| 01:26:04 | 22 | MR. FERINGA: I don't know. |
| 01:26:04 | 23 | MS. MINCHOFF: All right. I didn't |
| 01:26:05 | 24 | know if you just had a few questions |
| 01:26:07 | 25 | after -- if you thought about that. |

161

| | | |
|---|---|---|
| 01:26:11 | 1 | MR. FERINGA: I don't know. |
| 01:26:13 | 2 | MS. MINCHOFF: Okay. Go ahead. |
| 01:26:13 | 3 | |
| 01:26:13 | 4 | CROSS EXAMINATION |
| 01:26:13 | 5 | |
| 01:26:13 | 6 | BY MR. FERINGA: |
| 01:26:15 | 7 | Q. Hi. We were introduced off the record. My |
| 01:26:17 | 8 | name is Scott Feringa. I represent The Gap. |
| 01:26:20 | 9 | I'm going to follow up on some questions |
| 01:26:22 | 10 | that Mr. Reith has asked, and if I am in any |
| 01:26:26 | 11 | way unclear, please let me know. I'll be |
| 01:26:29 | 12 | more than happy to rephrase the question, |
| 01:26:31 | 13 | all right? |
| 01:26:31 | 14 | A. Okay. |
| 01:26:32 | 15 | Q. In 2004 how would you characterize your |
| 01:26:35 | 16 | relationship with Mrs. Hofer? |
| 01:26:38 | 17 | MS. MINCHOFF: Objection. |
| 01:26:38 | 18 | A. What do you mean, how would I characterize |
| 01:26:41 | 19 | it? |
| 01:26:41 | 20 | Q. How would you characterize it? Were you |
| 01:26:43 | 21 | acquaintances? Were you friends? Were you |

Page 158