# EXHIBIT A2

072706LAROCHE

| | | |
|---|---|---|
| 12:05:27 | 8 | minutes after 12:00. We're off the record. |
| 12:05:31 | 9 | (Lunch recess taken.) |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

133

| | | |
|---|---|---|
| 12:52:50 | 1 | AFTERNOON SESSION |
| 12:52:53 | 2 | THE VIDEOGRAPHER: Okay. We are |
| 12:52:58 | 3 | back on the record. This is Tape No. 3. |
| 12:53:00 | 4 | The time is 12:52. |
| 12:53:00 | 5 | |
| 12:53:00 | 6 | (CARRIE L. LaROCHE, Resumed.) |
| 12:53:00 | 7 | DIRECT EXAMINATION, Continued |

Page 130

```
                                    072706LAROCHE
12:53:03  8
12:53:03  9     BY MR. REITH:
12:53:08 10     Q.  Before the break we were talking about the
12:53:10 11         booking process via Expedia.com. I just
12:53:12 12         want to ask you a few more questions about
12:53:14 13         that. I'll put one more document in front
12:53:17 14         of you.
12:53:17 15     A.  Sure.
12:53:20 16           MR. REITH: Ask you to mark that,
12:53:22 17         please.
12:53:23 18           (Exhibit No. 6, Document headed
12:53:23 19         "Expedia, Inc. Web Site Terms, Conditions,
12:53:33 20         and Notices," marked for Identification.)
12:53:33 21           MS. MINCHOFF: 5?
12:53:35 22           MR. REITH: 6.
12:53:42 23     Q.  I'm just going to ask you a few questions
12:53:44 24         about this. I can ask you first off the bat
12:53:47 25         if you recognize this document.
```

                                    134

```
12:53:49  1     A.  Not really, no.
12:53:51  2     Q.  Okay. Do you recognize reviewing a document
12:53:56  3         or a screen printout like this when you
12:53:59  4         booked the trip to Jamaica via Expedia.com?
12:54:01  5     A.  I don't remember.
12:54:02  6     Q.  Okay. Do you recall reviewing this
12:54:06  7         particular document or a document like it
12:54:09  8         when you booked any other trips via
```
                                    Page 131

072706LAROCHE

12:54:12  9   Expedia.com?
12:54:12 10  A.  I don't remember.
12:54:13 11  Q.  All right. Just directing your attention
12:54:16 12      down to the part that says "Liability
12:54:18 13      Disclaimer," I'm just going to ask you to
12:54:21 14      read that section, please, to yourself, and
12:54:23 15      let me know when you're done.
12:54:24 16  A.  Okay.
12:54:25 17       (Witness reviews document.)
12:55:38 18       (Discussion off the record.)
12:57:15 19  A.  How far did you want me to read?
12:57:16 20  Q.  Just to the end of that section, "Liability
12:57:16 21      Disclaimer." It ends right before you get
12:57:24 22      to "Indemnification."
12:57:24 23  A.  Right, at the top here. Okay.
12:57:25 24  Q.  Have you seen this language before today?
12:57:29 25       MS. MINCHOFF: Objection.

135

12:57:29  1  A.  This particular, like, word for word this
12:57:31  2      (indicating) or --
12:57:33  3  Q.  Yes. Have you seen the section labeled
12:57:36  4      "Liability Disclaimer" prior to today?
12:57:37  5  A.  I don't know.
12:57:37  6  Q.  Okay. Do you recall -- strike that.
12:57:40  7       Did you see this specific language or
12:57:44  8      something similar to it at the time you

Page 132

```
                                          072706LAROCHE
12:57:46  9      booked the trip using Expedia.com?
12:57:48 10   A. I don't remember.
12:57:52 11   Q. All right. Let's just talk about the travel
12:57:58 12      to Jamaica. You took a plane, correct?
12:58:01 13   A. Yes.
12:58:01 14   Q. Do you enjoy flying?
12:58:03 15   A. Sometimes.
12:58:04 16   Q. Did you enjoy flying this day down to
12:58:10 17      Jamaica?
12:58:10 18   A. It was okay.
12:58:11 19   Q. Okay. Do you ever get nervous on planes?
12:58:13 20   A. Sometimes.
12:58:14 21   Q. When you get nervous, what do you do to try
12:58:17 22      to calm your nerves?
12:58:18 23   A. Go to sleep.
12:58:19 24   Q. Do you do anything else like read?
12:58:21 25   A. Yeah, sometimes.

                        136

12:58:22  1   Q. Do you ever drink on the plane?
12:58:23  2   A. No.
12:58:23  3   Q. Do you drink ever?
12:58:28  4   A. Occasionally.
12:58:29  5   Q. Okay. Do you take any medications to help
12:58:33  6      you fly?
12:58:34  7   A. No.
12:58:34  8   Q. On the actual flight on May -- I'm sorry,
12:58:42  9      March --
```

Page 133