# EXHIBIT A3

Dockets.Justia.com

072706LAROCHE

11:43:46 25    MS. MINCHOFF: Objection.

112

11:43:48 1   A. I'm not sure if I booked -- if I made the
11:43:52 2      account for that cruise trip or not. I'm
11:43:54 3      not sure.
11:43:54 4   Q. Okay. At some point did you make a user
11:43:57 5      account with Expedia.com?
11:43:58 6   A. At some point I think I did, yes.
11:44:00 7   Q. Okay. Are you -- can you tell me when that
11:44:03 8      happened?
11:44:03 9   A. I have no idea.
11:44:11 10  Q. So do you know if you were -- had a user
11:44:14 11     account with Expedia.com on the day that you
11:44:16 12     booked the trip to Jamaica?
11:44:18 13  A. I am not sure.
11:44:20 14  Q. So do you know if you had a PIN number for
11:44:24 15     Expedia.com or a PIN identifier for
11:44:27 16     Expedia.com when you booked the trip to
11:44:29 17     Jamaica?
11:44:29 18  A. I am not sure.
11:44:30 19  Q. As you sit here today, do you recall the
11:44:41 20     various screens that you had to go through
11:44:43 21     to book the trip on Expedia.com?
11:44:45 22  A. No.
11:44:45 23  Q. Tell me what you do remember about the
11:44:51 24     booking process via Expedia.com.
11:44:52 25  A. I really don't remember much. I know that I

Page 110

072706LAROCHE

113

| Time | Line | Text |
|---|---|---|
| 11:44:57 | 1 | booked it through Expedia. I couldn't tell |
| 11:44:59 | 2 | you the process that I took at that point. |
| 11:45:01 | 3 | It was over two and a half years ago. |
| 11:45:03 | 4 | Q. Okay. Well, do you recall going on |
| 11:45:05 | 5 | Expedia.com and typing in a possible |
| 11:45:08 | 6 | destination for Jamaica? |
| 11:45:10 | 7 | A. I don't remember at this point. |
| 11:45:53 | 8 | (Exhibit No. 5, Expedia.com sample |
| 11:45:55 | 9 | trip pages, marked for identification.) |
| 11:45:55 | 10 | Q. Okay. What's been marked as Exhibit 5 for |
| 11:45:56 | 11 | identification today is an example book of a |
| 11:45:59 | 12 | trip via Expedia.com, okay? I just am going |
| 11:46:05 | 13 | to walk through with you on this to see if |
| 11:46:08 | 14 | you recognize any of the types of pages that |
| 11:46:09 | 15 | are used in Expedia.com booking process, |
| 11:46:12 | 16 | okay? |
| 11:46:13 | 17 | A. Yes. |
| 11:46:14 | 18 | Q. All right? |
| 11:46:14 | 19 | MS. MINCHOFF: Just so I'm clear -- |
| 11:46:16 | 20 | I'm sorry, Tom -- this is what you went |
| 11:46:18 | 21 | through and printed out the pages? Is that |
| 11:46:20 | 22 | what this is? |
| 11:46:20 | 23 | MR. REITH: Yeah, this is, in |
| 11:46:21 | 24 | essence, an example of a booking process |
| 11:46:24 | 25 | that is uniform for the booking of a |

| Time | # | |
|---|---|---|
| 11:46:28 | 1 | vacation on Expedia.com. |
| 11:46:29 | 2 | MS. MINCHOFF: Objection. |
| 11:46:34 | 3 | MR. REITH: And for clarification |
| 11:46:36 | 4 | purposes, this is not the specific booking |
| 11:46:37 | 5 | of the Jamaica trip, and I understand your |
| 11:46:40 | 6 | objection. |
| 11:46:42 | 7 | BY MR. REITH: |
| 11:46:43 | 8 | Q. Turning your attention to the first page, do |
| 11:46:46 | 9 | you recognize this page or having signed |
| 11:46:49 | 10 | onto a similar type of page when you booked |
| 11:46:52 | 11 | the trip for Jamaica? |
| 11:46:52 | 12 | A. I am not sure. |
| 11:46:54 | 13 | Q. So do you remember anything about the first |
| 11:47:01 | 14 | page of Expedia.com when you signed on for |
| 11:47:05 | 15 | the Jamaica trip? |
| 11:47:06 | 16 | A. Not two and a half years ago, no, I don't |
| 11:47:11 | 17 | remember. |
| 11:47:11 | 18 | Q. Do you recall typing in Jamaica as a |
| 11:47:14 | 19 | possible destination vacation -- possible |
| 11:47:16 | 20 | vacation destination and then having to wait |
| 11:47:20 | 21 | while Expedia retrieved potential hotels to |
| 11:47:24 | 22 | stay at? |
| 11:47:25 | 23 | MS. MINCHOFF: Objection. |
| 11:47:25 | 24 | A. I don't remember. |
| 11:47:26 | 25 | Q. So turning your attention, then, to the |

072706LAROCHE
115

| | | |
|---|---|---|
| 11:47:32 | 1 | document that is three in that's labeled |
| 11:47:35 | 2 | No. -- Page 2 above. Do you see that? |
| 11:47:39 | 3 | A. This one? |
| 11:47:40 | 4 | Q. That's it. Do you recall seeing a page like |
| 11:47:42 | 5 | that during your booking process? |
| 11:47:43 | 6 | A. I don't remember. |
| 11:47:44 | 7 | Q. Do you recall being directed back to a page |
| 11:47:51 | 8 | on Expedia.com where there were travel |
| 11:47:53 | 9 | vacation package options? |
| 11:47:55 | 10 | A. I'm not sure. |
| 11:47:57 | 11 | Q. Do you recall choosing one of the vacation |
| 11:48:05 | 12 | packages or a vacation package from a number |
| 11:48:09 | 13 | of possible vacation packages on |
| 11:48:14 | 14 | Expedia.com? |
| 11:48:14 | 15 | A. Can you clarify? |
| 11:48:16 | 16 | Q. Do you recall if during the -- strike that. |
| 11:48:21 | 17 | During the booking process, did |
| 11:48:24 | 18 | Expedia.com offer to you one booking |
| 11:48:27 | 19 | possibility or multiple booking |
| 11:48:29 | 20 | possibilities for Jamaica? |
| 11:48:31 | 21 | A. I am not sure. |
| 11:48:31 | 22 | Q. Did Expedia.com when you were booking the |
| 11:48:36 | 23 | travel package in general offer you a number |
| 11:48:39 | 24 | of possible travel destinations that you |
| 11:48:43 | 25 | could choose from? |

116

072706LAROCHE

```
11:48:44  1            MS. MINCHOFF: Objection.
11:48:44  2       A.   I don't remember.
11:48:46  3       Q.   Well, do you recall Expedia.com offering you
11:48:49  4            only one possible vacation destination, that
11:48:51  5            being Turtle Beach Towers, in Jamaica?
11:48:53  6       A.   I don't remember.
11:48:54  7       Q.   All right. Just turning your attention,
11:49:00  8            then, to the document that's marked No. 5 in
11:49:02  9            the top corner, just a few more pages in
11:49:06 10            there. Do you remember at the time that you
11:49:10 11            were booking the trip for Jamaica that you
11:49:13 12            were offered a page like this with package
11:49:15 13            details for various vacation destinations?
11:49:18 14       A.   I don't remember.
11:49:18 15       Q.   Turning your attention to Page 6, which is a
11:49:29 16            few more in, do you recall getting a page
11:49:36 17            from Expedia.com when you were booking the
11:49:38 18            Jamaica vacation that would allow you to
11:49:40 19            customize your vacation?
11:49:42 20       A.   I don't remember.
11:49:43 21       Q.   Turning your attention, then, to what's been
11:49:51 22            circled as Page No. 7. Forgive me that
11:49:59 23            these are not labeled any better. Do you
11:50:02 24            see where I am? It says "Expedia.com," up
11:50:06 25            top left, "sign in"?
```

117

Page 114

072706LAROCHE

```
11:50:06  1   A.  Uh-huh.
11:50:08  2   Q.  Are you with me?
11:50:08  3   A.  Yeah.
11:50:09  4   Q.  All right. Do you see "Already a registered
11:50:10  5       user"?
11:50:10  6   A.  Yes.
11:50:11  7   Q.  Okay. Do you recall seeing this page when
11:50:13  8       you booked the trip to Jamaica?
11:50:14  9   A.  I don't remember.
11:50:20 10   Q.  So as you sit here today, you can't tell me
11:50:22 11       if you signed in with a user name and
11:50:24 12       password for booking the trip to Jamaica?
11:50:26 13   A.  I don't remember.
11:50:27 14   Q.  You do recall, though, somehow signing onto
11:50:32 15       Expedia.com to actually book the trip,
11:50:34 16       correct?
11:50:35 17           MS. MINCHOFF:  Objection.
11:50:35 18   A.  I don't know if I signed on or if I just
11:50:38 19       logged onto their website. There's a
11:50:41 20       difference between signing in to something
11:50:42 21       and then just going to the website on the
11:50:44 22       Internet. I don't remember how I got onto
11:50:48 23       the website to book the trip.
11:50:50 24   Q.  Do you see on the next page circled Page 8,
11:50:58 25       it says, top left, "Create a new account"?
```

118

072706LAROCHE

| Time | Line | Text |
|---|---|---|
| 11:51:02 | 1 | Do you see that page? |
| 11:51:03 | 2 | A. Yes. |
| 11:51:03 | 3 | Q. Do you see where it says "Create a new |
| 11:51:05 | 4 | account"? |
| 11:51:05 | 5 | A. Uh-huh. |
| 11:51:05 | 6 | Q. And then it lists a number of different |
| 11:51:08 | 7 | subcategories thereunder. Do you recall |
| 11:51:11 | 8 | seeing a page like this when you booked the |
| 11:51:12 | 9 | trip via Expedia.com to Jamaica? |
| 11:51:15 | 10 | A. I don't remember. |
| 11:51:15 | 11 | Q. Okay. Do you recall any of the times that |
| 11:51:19 | 12 | you used Expedia.com viewing a page like |
| 11:51:23 | 13 | this that says "Create a new account"? |
| 11:51:26 | 14 | A. I am not sure. I'm assuming that if I made |
| 11:51:30 | 15 | an account at some point, if this is a |
| 11:51:33 | 16 | standard page, then it -- I'm assuming it |
| 11:51:36 | 17 | would have shown up. I don't recall seeing |
| 11:51:37 | 18 | this page off the top of my head. |
| 11:51:38 | 19 | Q. Okay. Okay. Just turning your attention to |
| 11:51:44 | 20 | a little bit further down the page, do you |
| 11:51:46 | 21 | see where it says "Review membership |
| 11:51:48 | 22 | agreement"? |
| 11:51:48 | 23 | A. Uh-huh. |
| 11:51:48 | 24 | Q. Do you see the sentence where it says, "By |
| 11:51:50 | 25 | continuing on you agree to the following |

119

```
                                          072706LAROCHE
11:51:52  1     terms and conditions"?
11:51:53  2  A. Uh-huh.
11:51:53  3  Q. Do you recall seeing a page like that when
11:51:55  4     you created a new account with Expedia.com?
11:51:57  5        MS. MINCHOFF: Objection.
11:51:58  6  A. I don't remember.
11:51:58  7  Q. You do have an account with Expedia.com,
11:52:03  8     correct?
11:52:04  9  A. I believe I do.
11:52:05 10  Q. Okay. And to have an account, you assume
11:52:09 11     you had to create an account with
11:52:11 12     Expedia.com, correct?
11:52:11 13  A. I would assume so, yes.
11:52:13 14  Q. And if this page is a uniform page for the
11:52:16 15     creation of a new account, would you have
11:52:19 16     read this page when you did, in fact, create
11:52:21 17     the new account?
11:52:22 18        MS. MINCHOFF: Objection.
11:52:25 19  A. If it was part of making an account at
11:52:27 20     whatever time I made the account, then I
11:52:30 21     would assume it was there and I would have
11:52:32 22     read it --
11:52:33 23  Q. Okay.
11:52:34 24  A. -- or skimmed it. I don't remember off the
11:52:37 25     top of my head if I've seen this or -- in
```

                                120

```
11:52:39  1     making my account or not. I don't remember
```

Page 117

072706LAROCHE

```
11:52:41  2        when I made my account.
11:52:42  3    Q.  Sure. But if this -- if this page was part
11:52:46  4        of a customer account creation process, you
11:52:49  5        would have read it or at least skimmed this
11:52:53  6        page, correct?
11:52:53  7    A.  I'm assuming I would have either read it or
11:52:56  8        skimmed it.
11:52:57  9    Q.  Okay. Turning your attention to the part
11:53:03 10        where it says, "Agreement between customer
11:53:04 11        and Expedia, Inc."
11:53:05 12            Do you see that?
11:53:07 13    A.  Uh-huh.
11:53:08 14    Q.  Do you see it on the internal box there?
11:53:10 15    A.  Yeah.
11:53:10 16    Q.  Do you remember having read something that
11:53:13 17        said "Agreement between customer and
11:53:16 18        Expedia, Inc." before today?
11:53:20 19    A.  I don't remember, no.
11:53:22 20    Q.  Okay. If this agreement between customer
11:53:27 21        and Expedia, Inc. were part of a standard
11:53:29 22        customer account creation process and you
11:53:33 23        created a customer account with Expedia,
11:53:35 24        would you have read this customer agreement?
11:53:38 25            MS. MINCHOFF: Objection.
```

121

```
11:53:39  1    A.  I'm assuming I would have read it or skimmed
```

Page 118

```
                                              072706LAROCHE
11:53:42  2     it. I don't remember.
11:53:42  3  Q. Okay. Just like you read or skimmed the
11:53:46  4     bank website terms and conditions we talked
11:53:49  5     about earlier, correct?
11:53:50  6        MS. MINCHOFF: Objection.
11:53:50  7  A. Yes.
11:53:51  8  Q. Do you see where it says "Sign up and
11:53:55  9     continue using Expedia.com"?
11:53:57 10  A. Yes.
11:53:57 11  Q. Do you remember clicking through on "Sign up
11:54:01 12     and continue using Expedia.com" when you
11:54:02 13     booked the Jamaica vacation?
11:54:05 14  A. I don't remember.
11:54:05 15  Q. All right. Do you remember ever clicking on
11:54:07 16     the icon that says "Sign up and continue
11:54:10 17     using Expedia.com"?
11:54:12 18  A. I don't remember.
11:54:12 19  Q. Do you recall if when you signed up for the
11:54:37 20     Jamaica vacation, that the website -- strike
11:54:42 21     that. That was going to be a bad question.
11:54:45 22     Let's back up.
11:54:46 23        Turning your attention to the document
11:54:47 24     that's -- or page that's marked circled 10,
11:54:50 25     it's a few more pages into it. Are you

                          122


11:54:54  1     there?
11:54:54  2  A. Yeah.
```

Page 119