# EXHIBIT A4

Dockets.Justia.com

```
                                             072706LAROCHE
11:36:59 22   Q.  Now, you said you had Stephanie's permission
11:37:02 23       to book the trip for her, correct?
11:37:04 24   A.  Yes.
11:37:04 25   Q.  Did Stephanie give you permission to book

                                 106

11:37:08  1       the trip via Expedia.com?
11:37:08  2   A.  I don't know if she specifically said, "I
11:37:15  3       give you permission to book it through
11:37:18  4       Expedia."
11:37:18  5   Q.  Well, you understood that you had her
11:37:21  6       permission to book the trip for her,
11:37:22  7       however?
11:37:22  8   A.  To the best of my knowledge, yes.
11:37:27  9   Q.  And you used Expedia.com to book the trip?
11:37:30 10   A.  I did use Expedia.com, yes.
11:37:31 11   Q.  How did you get to Expedia.com?  Did you
11:37:33 12       type it into your cursor?
11:37:34 13   A.  I don't remember at this point.
11:37:37 14   Q.  Okay.  So you don't recall if you were
11:37:40 15       hyperlinked from some other website?
11:37:41 16   A.  I'm not sure.
11:37:46 17   Q.  Prior to booking the trip on Expedia.com,
11:37:47 18       did you search any other websites for travel
11:37:50 19       packages to Jamaica?
11:37:51 20   A.  I may have.  I'm not sure.
11:37:56 21   Q.  Okay.  Prior to booking the trip via
11:37:58 22       Expedia.com, did you do any other research,
                                 Page 104
```