# EXHIBIT E

Dockets.Justia.com

# BURNS & LEVINSON LLP

THOMAS T. REITH
617-345-3258
TREITH@BURNSLEV.COM

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

July 19, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

India L. Minchoff, Esq.
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125

Stephen J. Kuzma, Esq.
75 Federal Street, 17th Floor
Boston, MA 02110

Re:  *Stephanie Hofer and Douglas Hofer v. Old Navy, Expedia, Inc., and Turtle Beach Towers*, C.A. 05-40170

Dear Attorneys Minchoff and Kuzma:

Expedia, Inc. was scheduled to serve its answers to the Plaintiff's interrogatories and responses to the Plaintiff's documents requests on or before July 19, 2006. Due to reassignment of this matter's internal oversight at Expedia, Inc., Expedia, Inc. will not be able to make said service.

Expedia, Inc. intends to serve its interrogatory answers and document request responses on or before Wednesday, July 26, 2006. Accordingly, Expedia, Inc. requests the Plaintiffs' assent to a brief extension through and including, July 26, 2006. Please contact me immediately if the Plaintiffs do not assent.

I thank you for your anticipated cooperation and accommodation in this regard.

Very truly yours,

Thomas T. Reith

cc:  Lawrence G. Green, Esq.
     Scott D. Feringa, Esq.
     Sean J. Milano, Esq.

01034073

MASSACHUSETTS ::: RHODE ISLAND ::: DISTRICT OF COLUMBIA

# BURNS & LEVINSON LLP

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

THOMAS T. REITH
(617) 345-3258
TREITH@BURNSLEV.COM

July 13, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

India L. Minchoff, Esq.
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125

Stephen J. Kuzma, Esq.
75 Federal Street, 17th Floor
Boston, MA 02110

Re: *Stephanie Hofer and Douglas Hofer v. Old Navy, Expedia, Inc., and Turtle Beach Towers*, C.A. 05-40170

Dear Attorneys Minchoff and Kuzma:

Consistent with my prior discussions with Attorney Minchoff, this confirms that Expedia, Inc. shall have until Wednesday, July 19, 2006 to serve its answers to Plaintiffs' interrogatories and it responses to Plaintiffs' document requests.

Thank you.

Very truly yours,

Thomas T. Reith

TTR: brh

cc: Scott D. Feringa, Esq. (by first class mail)
    Sean J. Milano, Esq. (by first class mail)
    Lawrence G. Green, Esq.

31983-2Ltr(Minchoff)030806
J:\Docs\82148\00004\01032416.DOC

MASSACHUSETTS ::: RHODE ISLAND ::: DISTRICT OF COLUMBIA

# SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW



1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

Scott D. Feringa
sferinga@swappc.com
(248) 746-2727

July 7, 2006

**Via Facsimile and US Mail**
India Minchoff
Russo & Minchoff
123 Boston Street
Boston, MA 02125

Stephen J. Kuzma
75 Federal Street, 17th Floor
Boston, MA 02110

RE: HOFER, STEPHANIE/DOUGLAS V. THE GAP, INC., ET AL
OUR FILE NO. PAG-121179

Dear Ms. Minchoff and Mr. Kuzma:

This will confirm the telephone conversation that I had with your assistant on Wednesday, July 5, 2006. In that telephone conversation your assistant advised me that you had agreed to our request for a two week extension of time in which to file responses to the plaintiffs' discovery requests. I do thank you for the cooperation that you have provided in this regard. I do thank you for your attention to the foregoing.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

Scott D. Feringa

SDF/sav
Enclosures
W0443010.27
cc: Sean J. Milano, Esq. (via facsimile and US Mail)
Thomas T. Reith, Esq. (via facsimile and US Mail)

# SULLIVAN, WARD, ASHER & PATTON, P.C.



1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

Scott D. Feringa
sferinga@swappc.com
(248) 746-2727

June 29, 2006

**Via Facsimile and US Mail**
India Minchoff
Russo & Minchoff
123 Boston Street
Boston, MA 02125

Stephen J. Kuzma
75 Federal Street, 17th Floor
Boston, MA 02110

RE: HOFER, STEPHANIE/DOUGLAS V. THE GAP, INC., ET AL
OUR FILE NO. PAG-121179

Dear Ms. Minchoff and Mr. Kuzma:

I would ask for a two week extension of time in which to file responses to Plaintiffs' Interrogatories and Request for Production of Documents to Defendant GAP, Inc. These were received in our office on June 5th. By my calculations they are due on July 5th (30 days after service). It is unlikely that the responses will be received from GAP within the time frame specified by the Court rules. Thus, I would ask for a two week extension, making such documents due on or about July 19, 2006. Please let me know whether you will concur or whether I will need to file a motion for extension of time in which to file responses.

I do thank you for your attention to the foregoing.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

Scott D. Feringa

SDF/sav
Enclosures
W0443010.25
cc: Sean J. Milano, Esq. (via facsimile and US Mail)
    Thomas T. Reith, Esq. (via facsimile and US Mail)



Perkins Smith & Cohen LLP
Attorneys at Law

Thomas T. Reith
617-854-4243
TReith@pscboston.com

December 27, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

India L. Minchoff, Esq.
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125

        Re:    *Stephanie Hofer and Douglas Hofer v. Old Navy, Expedia, Inc., and Turtle Beach Towers*, C.A. 05-40170

Dear Attorney Minchoff:

    This follows our conversation of this morning, and confirms that Expedia, Inc.'s responsive pleading to the Complaint is now due to be filed and served on or before Tuesday, January 17, 2006.

    Thank you.

                                          Very truly yours,

                                          Thomas T. Reith

cc:    Lawrence G. Green, Esq.
31983-2Ltrconfirmext.doc

One Beacon Street, 30th Floor, Boston, MA 02108-3106   Tel 617.854.4000   Fax 617.854.4040
Boston, MA   Washington, DC                                    www.pscboston.com

# SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW



1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

Scott D. Feringa
sferinga@swappc.com
(248) 746-2727

December 19, 2005

India Minchoff
Russo & Minchoff
123 Boston Street
Boston, MA 02125

RE: HOFER, STEPHANIE/DOUGLAS V. GAP, INC. DBA OLD NAVY

Dear Ms. Minchoff:

It was a pleasure speaking with you during our telephone conversation of Wednesday, December 14, 2005. As I indicated in that telephone conversation, our office represents Gap in products liability actions and its wholly owned subsidiaries throughout the United States. On Wednesday, December 14, 2005, we received a copy of the *Hofer v Old Navy, et al.* litigation. The information that we have been provided demonstrates that Old Navy was served on 12/2/05. Thus, the responsive pleadings would be due on 2/22/05. By virtue of the Christmas holidays and the fact that this is the first notice of the lawsuit we have had, we have asked for an additional 20 days in which to file responsive pleadings. You were gracious enough to provide that to us. I, therefore, calculate that the responsive pleadings are due on or before January 12, 2006.

Further, as I indicated in our telephone conversation, you served an entity identified as "Old Navy, Inc". The proper party Defendant would be "The Gap, Inc." Old Navy is a wholly owned subsidiary of Gap, Inc. We would stipulate to the amendment of the pleading to represent the proper corporate entity, "The Gap, Inc."

I would also ask that you provide me with the names and addresses of all counsel who have appeared on behalf of the other Defendants.

Finally, you have alleged that your client was wearing what is described in paragraph 13 of the Complaint as "newly purchased Old Navy sandals". I would appreciate receiving photographs of the sandals together with close-ups of any and all labels including the back sides of any such labels. As you may or may not know, Gap is not a manufacturer of clothing items or accessories. From the photographs and any other identifying information, including sales receipts and the like, we may be able to identify the manufacturer of the sandals. We would, of course, provide you with that information once we are able to identify the manufacturer.

## SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW

India Minchoff
December 19, 2005
Page 2

    Thank you for your anticipated cooperation in this matter. I look forward to working with you. Please have a safe and happy holiday season.

    Very truly yours,

    SULLIVAN, WARD,
    ASHER & PATTON, P.C.

    Scott D. Feringa

SDF/amh
cc:   Sean J. Milano, Esq.

