# EXHIBIT F



# SULLIVAN, WARD, ASHER & PATTON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

Scott D. Feringa
sferinga@swappc.com
(248) 746-2727

May 16, 2006

**Via Facsimile/US Mail**
India Minchoff
Russo & Minchoff
123 Boston Street
Boston, MA 02125

Stephen J. Kuzma
75 Federal Street, 17th Floor
Boston, MA 02110

RE: HOFER, STEPHANIE/DOUGLAS V. THE GAP, INC., ET AL.
    OUR FILE NO. PAG-121179

Dear Ms. Minchoff and Mr. Kuzma:

In a telephone conversation that I had with the two of you last week concerning the Hofer depositions and in a conversation that I had with Tom Reith today, we talked about the proposed dates for the taking of the various depositions. Those dates, if you will recall, were Thursday, June 29th and Monday, July 10th and Tuesday, July 11th. We would propose to take all three of those days for depositions. According to Tom Reith he anticipates that the deposition of Mrs. Hofer will likely take all morning and likely part of an afternoon. We would therefore propose to do the deposition of Mr. and Mrs. Hofer on Thursday, June 29th beginning at 9:00 a.m. in the offices of Sean Milano, Morrison Mahoney, LLP, 250 Summer Street, Boston, MA 02210-1181.

We would therefore propose to conclude the depositions of Mr. and Mrs. Hofer (if necessary) on Monday, July 10th beginning at 9:00 a.m. in the offices of Sean Milano, Morrison Mahoney, LLP, 250 Summer Street, Boston, MA 02210-1181. Those depositions can then be followed on Monday, July 10th by Mrs. Lauren Pompei who is the mother of Mrs. Hofer.

Finally, Tuesday, July 11th will be reserved for the deposition of Ms. Carrie LeBlanc.

We understand that Ms. LeBlanc is now a resident of Connecticut. In order to avoid having to file a discovery action in Connecticut to subpoena Ms. LeBlanc for appearance at a deposition in Connecticut, I would propose the following solution if this is indeed acceptable to all parties: With the assistance of Ms. Minchoff (and with the understanding that Ms. Minchoff does not control this witness), we would ask Ms. LeBlanc to travel from Danielson, Connecticut

## SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW

May 16, 2006
Page 2

to Boston on July 11th for the purpose of having her deposition taken in Boston. The three parties would equally split the reasonable travel expenses and airline ticket for Ms. LeBlanc to attend her deposition. I can assure you that it would be far cheaper for the attorneys to fly Ms. LeBlanc to Connecticut than for all of the attorneys to fly to Connecticut to take the deposition.

If these dates and times are acceptable with all, we will provide notices for the taking of the depositions. It is my understanding that Mr. Reith would like to notice the deposition of Ms. LeBlanc.

I do look forward to your prompt response. We will file notices by the end of the week if we do not hear any objections.

I do thank you for the cooperation that each of you has given with respect to the scheduling of these depositions. I do think that working out deposition dates and times before one files notices is probably the best way to go about ensuring everyone's availability on the dates selected.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

Scott D. Feringa

SDF/sav
W0443010.14
cc:  Sean J. Milano, Esq. (via facsimile/US Mail)
     Thomas T. Reith, Esq. (via facsimile/US Mail)

