# EXHIBIT 1

# BURNS & LEVINSON LLP

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000   F 617.345.3299
WWW.BURNSLEV.COM

THOMAS T. REITH
(617) 345-3258
TREITH@BURNSLEV.COM

August 1, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

India L. Minchoff, Esq.
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125

Stephen J. Kuzma, Esq.
75 Federal Street, 17th Floor
Boston, MA 02110

   Re: *Stephanie Hofer and Douglas Hofer v. Old Navy, Expedia, Inc., and Turtle Beach Towers*, C.A. 05-40170

Dear Attorneys Minchoff and Kuzma:

  The Plaintiffs and your offices have failed to respond to my July 20, 2006 L.R. 37.1 correspondence within the governing time standards. Therefore, Expedia, Inc. will move pursuant to L.R. 37.1(B) on August 2, 2006 to compel the discovery identified in my July 20, 2006 letter, and to seek the expenses and fees associated with having to file the motion.

  The Plaintiffs and your offices have also failed to provide the discovery supplementation the Court ordered on July 13, 2006 to be produced by July 28, 2006. Therefore, Expedia, Inc. will move pursuant to Fed.R.Civ.P. 37(b)(2) on August 2, 2006 for sanctions.

               Very truly yours,

               Thomas T. Reith

TTR: brh
cc: Scott D. Feringa, Esq. (by facsimile and first class mail)
   Sean J. Milano, Esq. (by facsimile and first class mail)
   Lawrence G. Green, Esq.

J:\Docs\99999\00000\01038615.DOC

MASSACHUSETTS ::: RHODE ISLAND ::: DISTRICT OF COLUMBIA