# EXHIBIT 2

2

**LAW OFFICES OF RUSSO & MINCHOFF**

3 BOSTON STREET 1ST FLOOR
BOSTON, MA 02125

PHONE 617.740.7340

INDIA@RUSSOMINCHOFFLAW.C
WWW.RUSSOMINCHOFFLAW.C

INDIA L. MINCHOFF
ATTORNEY AT LAW

FAX 617.740.73

August 2, 2006

<u>**By Facsimile and First Class Mail**</u>

Thomas T. Reith, Esq.
Burns & Levinson
125 Summer Street
Boston, MA 02110

RE:   **Hofer, et al v. Gap, et. al, C.A. 05-40170**

Dear Attorney Reith,

In response to your letter of August 1, 2006, I state the following. At Stephanie Hofer's deposition I represented that the documents responsive to your third request for production of documents were on order and when said documents were received we would respond to your document request. I did not receive any objection from you.

If you proceed to file a motion, despite this information being conveyed to you without objection, I will deem said motion frivolous and seek sanctions for having to provide an opposition.

I find your conduct particularly unprofessional given your recent correspondence stating, not requesting, that Expedia, Inc. would take a further extension on responding to Plaintiffs' Discovery Requests.

Very truly yours,

*DICTATED BUT NOT READ. SENT IN ATTORNEY
MINCHOFF'S ABSENCE TO AVOID DELAY.*

India L. Minchoff