# EXHIBIT 5

5

**(A)**

# BURNS & LEVINSON LLP

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

THOMAS T. REITH
(617) 345-3258
TREITH@BURNSLEV.COM

July 13, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

India L. Minchoff, Esq.
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125

Stephen J. Kuzma, Esq.
75 Federal Street, 17th Floor
Boston, MA 02110

Re:   *Stephanie Hofer and Douglas Hofer v. Old Navy, Expedia, Inc., and Turtle Beach Towers*, C.A. 05-40170

Dear Attorneys Minchoff and Kuzma:

Consistent with my prior discussions with Attorney Minchoff, this confirms that Expedia, Inc. shall have until Wednesday, July 19, 2006 to serve its answers to Plaintiffs' interrogatories and it responses to Plaintiffs' document requests.

Thank you.

Very truly yours,

Thomas T. Reith

TTR: brh

cc:   Scott D. Feringa, Esq. (by first class mail)
      Sean J. Milano, Esq. (by first class mail)
      Lawrence G. Green, Esq.

31983-2Ltr(Minchoff)030806
J:\Docs\82148\00004\01032416.DOC

**(B)**

Thomas T. Reith
617-345-3258
treith@burnslev.com

**BURNS & LEVINSON LLP**

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

FILE

July 19, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

India L. Minchoff, Esq.
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125

Stephen J. Kuzma, Esq.
75 Federal Street, 17th Floor
Boston, MA 02110

Re: *Stephanie Hofer and Douglas Hofer v. Old Navy, Expedia, Inc., and Turtle Beach Towers*, C.A. 05-40170

Dear Attorneys Minchoff and Kuzma:

Expedia, Inc. was scheduled to serve its answers to the Plaintiff's interrogatories and responses to the Plaintiff's documents requests on or before July 19, 2006. Due to reassignment of this matter's internal oversight at Expedia, Inc., Expedia, Inc. will not be able to make said service.

Expedia, Inc. intends to serve its interrogatory answers and document request responses on or before Wednesday, July 26, 2006. Accordingly, Expedia, Inc. requests the Plaintiffs' assent to a brief extension through and including, July 26, 2006. Please contact me immediately if the Plaintiffs do not assent.

I thank you for your anticipated cooperation and accommodation in this regard.

Very truly yours,

Thomas T. Reith

cc: Lawrence G. Green, Esq.
Scott D. Feringa, Esq.
Sean J. Milano, Esq.

01034073

**(C)**

CHRONOLOGICAL

# BURNS & LEVINSON LLP

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

THOMAS T. REITH
(617) 345-3253
TREITH@BURNSLEV.COM

July 26, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

India L. Minchoff, Esq.          Stephen J. Kuzma, Esq.
Law Offices of Russo & Minchoff  75 Federal Street, 17th Floor
123 Boston Street, 1st Floor     Boston, MA 02110
Boston, MA 02125

Re:  *Stephanie Hofer and Douglas Hofer v. Old Navy, Expedia, Inc., and Turtle Beach Towers*, C.A. 05-40170

Dear Attorneys Minchoff and Kuzma:

Enclosed in connection with the above-referenced matter, please find:

1. *Defendant Expedia, Inc.'s Response to Plaintiff Stephanie Hofer's First Request for Production of Documents*; and

2. *Defendant Expedia, Inc.'s Answers to Plaintiff Stephanie Hofer's First Set of Interrogatories*.

Thank you.

Very truly yours,

Thomas T. Reith

TTR: brh
cc:  Scott D. Feringa, Esq. (by first class mail)
     Sean J. Milano, Esq. (by first class mail)
     Lawrence G. Green, Esq.

J:\Docs\99999\00000\01036320.DOC

MASSACHUSETTS :: RHODE ISLAND :: DISTRICT OF COLUMBIA

**(D)**

# LAW OFFICES OF RUSSO & MINCHOFF



123 BOSTON STREET 1ST FLOOR  
BOSTON, MA 02125

PHONE 617.740.7340

INDIA L. MINCHOFF  
ATTORNEY AT LAW

INDIA@RUSSOMINCHOFFLAW.COM  
WWW.RUSSOMINCHOFFLAW.COM

FAX 617.740.7310

**_By Facsimile and First Class Mail_**

August 10, 2006

Thomas T. Reith, Esq.  
Burns & Levinson  
125 Summer Street  
Boston, MA 02110

**RE:    Hofer, et al v. Gap, et. al, C.A. 05-40170**

Dear Attorney Reith,

   In response to your second facsimile of today's date to prevent further concerns, please be advised that I have satisfied my discovery obligations. In addition, kindly provide me with your dates of availability so that I may schedule the Rule 37.1 Conference relating to Expedia, Inc.'s failure to comply with its discovery obligations.

Very truly yours,

India L. Minchoff

cc. Attorney Feringa

**(E)**

CHRONOLOGICAL

# BURNS & LEVINSON LLP

THOMAS T. REITH
617-345-3258
TREITH@BURNSLEV.COM

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

August 10, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

India L. Minchoff, Esq.
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125

Stephen J. Kuzma, Esq.
75 Federal Street, 17th Floor
Boston, MA 02110

Re:   *Stephanie Hofer and Douglas Hofer v. Old Navy, Expedia, Inc., and Turtle Beach Towers*, C.A. 05-40170

Dear Attorneys Minchoff and Kuzma:

I am in receipt of Attorney Minchoff's letter dated August 10, 2006, and reply here pursuant to L.R. 37.1(A).

We are prepared to comply with your request to conduct a L.R. 37.1 conference. We request that you detail in writing Expedia, Inc.'s alleged "failure to comply with its discovery obligations." Such detail will allow us to properly prepare for the conference, and will allow for efficient resolution of the perceived issues. After we receive the detail, we should be able to schedule the conference within days, if not the same week.

We invite and await your detail.

Very truly yours,

Thomas T. Reith

cc:   Lawrence G. Green, Esq.
      Scott D. Feringa, Esq. (via first class and facsimile)
      Sean J. Milano, Esq. (via first class and facsimile)

J:\Docs\99999\00000\01043572.DOC

MASSACHUSETTS ⁝⁝⁝ RHODE ISLAND ⁝⁝⁝ DISTRICT OF COLUMBIA