# EXHIBIT A1

Hofer et al v. Old Navy Inc. et al

Doc. 38 Att. 1

072706LAROCHE

01:14:35 18    in bed.

01:14:36 19    Q.   After you were laying in bed, is that when

01:14:41 20    you received the call from someone from the

01:14:44 21    hotel about Stephanie's accident?

01:14:45 22    A.   I'm sorry, what?

01:14:46 23    Q.   I'll ask it this way:  How soon after you

01:14:52 24    were laying in bed did you receive the call

01:14:55 25    from the front desk about Stephanie's
□

153

01:14:57 1     accident that we talked about earlier?

01:14:58 2     A.   Maybe five, ten minutes.

01:15:01 3     Q.   Okay.  And before you went to see Stephanie

01:15:11 4     at the accident site, did you change?

01:15:14 5     A.   No.

01:15:14 6     Q.   And Stephanie -- strike that.

01:15:18 7           Did Stephanie change before she went

01:15:20 8     outside to have her cigarette?

01:15:24 9     A.   I'm not sure.

01:15:28 10    Q.   Okay.  What do you recall her wearing as she

01:15:37 11    walked out of the room?

01:15:38 12    A.   When she left the room to go smoke a

01:15:40 13    cigarette?

01:15:41 14    Q.   Yes, please.

01:15:42 15    A.   She was in shorts and a T-shirt.

01:15:43 16    Q.   Okay.  Same tan shorts and white T-shirt we

01:15:47 17    talked about before?

Page 150

072708LAROCHE
01:15:48 18   A.  Yes.

01:15:48 19   Q.  What was she wearing on her feet?

01:15:49 20   A.  The flip-flops.

01:15:51 21   Q.  And you know that for certain?

01:15:52 22   A.  She had them on her feet all day.

01:16:55 23        (Pause.)

01:16:56 24   Q.  Did Ms. Hofer talk to you about this case

01:17:06 25        before she filed the complaint?

154

01:17:07 1    A.  Not that I can remember.

01:17:08 2    Q.  Did you speak to Ms. Minchoff's office

01:17:14 3        before Stephanie and her husband filed the

01:17:17 4        complaint?

01:17:18 5    A.  No.

01:17:21 6        (Discussion off the record.)

01:17:33 7    Q.  Did Ms. Hofer ask you to assist in

01:17:45 8        responding to discovery requests in this

01:17:48 9        case?

01:17:52 10   A.  I'm not sure what you mean by that.

01:17:54 11   Q.  Well, did Ms. Hofer ask you to provide her

01:17:56 12        with your recollections of the trip at any

01:17:59 13        point after September 2005?

01:18:00 14   A.  After September of 2005?

01:18:02 15   Q.  Yes.

01:18:03 16   A.  I'm not sure.

01:18:07 17   Q.  Okay.  Did Ms. Hofer ask you at any point to

01:18:09 18        provide her with your recollections at any

Page 151

072706LAROCHE

01:18:13 19    point after the accident?

01:18:15 20   A.  Yes.

01:18:15 21   Q.  Okay.  And when was that?

01:18:17 22   A.  I'm not sure of an exact time.

01:18:27 23   Q.  At any point after the accident in Jamaica

01:18:37 24       did Mr. Hofer ask you to provide your

01:18:43 25       recollections of what happened on the trip
口

155

01:18:47  1    to Jamaica?

01:18:50  2   A.  Say that one more time, please.

01:18:54  3            MR. REITH:  Can you repeat that

01:18:55  4       back.

01:18:55  5       (Record read.)

01:19:04  6   A.  No.

01:19:14  7   Q.  Have any of Ms. Hofer's attorneys asked you

01:19:16  8       to provide them with any information

01:19:18  9       concerning the trip to Jamaica?

01:19:19 10   A.  No.

01:19:20 11   Q.  Have any of Ms. Hofer's attorneys asked you

01:19:29 12       to provide them with documents concerning

01:19:31 13       the trip to Jamaica?

01:19:32 14   A.  No.

01:19:32 15   Q.  Don't worry, these (indicating) are the ones

01:19:58 16       I don't need.

01:20:06 17            Did Ms. Hofer ever present to you a

01:20:09 18       document entitled "Request for Admissions"

Page 152

072706LAROCHE

01:20:12 19    and ask you to help her answer them?

01:20:14 20  A. No.

01:20:16 21 · Q. Did Ms. Hofer ever present you with a

01:20:22 22    document entitled "Interrogatories" and ask

01:20:25 23    you to help her answer them?

01:20:27 24  A. No.

01:20:29 25  Q. Did Ms. Hofer ask -- ever present to you a

□

156

01:20:31 1    document entitled "Request for Production of

01:20:34 2    Documents" and ask you to assist her in

01:20:37 3    providing documents?

01:20:38 4  A. No.

01:20:38 5  Q. Have any of Ms. Hofer's attorneys ever

01:20:48 6    provided you with a document entitled

01:20:50 7    "Request for Admissions" and asked you to

01:20:55 8    provide answers for them?

01:20:56 9  A. No.

01:20:56 10  Q. Have any of Ms. Hofer's attorneys provided

01:20:58 11    you with a document entitled

01:21:00 12    "Interrogatories" and asked you to provide

01:21:02 13    answers for them?

01:21:03 14  A. No.

01:21:03 15  Q. Have any of Ms. Hofer's attorneys provided

01:21:06 16    you a document entitled "Request for the

01:21:08 17    Production of Documents" and asked you to

01:21:10 18    provide documents --

01:21:13 19  A. No.

Page 153

072706LAROCHE

01:21:13 20    Q.  -- in connection with them?  No?  Is that a

01:21:16 21        no?

01:21:16 22    A.  No.

01:21:18 23    Q.  Before Ms. Hofer and Mr. Hofer filed a

01:21:37 24        complaint, which was September 2005, did Ms.

01:21:40 25        Hofer let you know that she was going to be
□

157

01:21:41 1        suing Expedia, Inc.?

01:21:44 2     A.  Before 2005, before September --

01:21:48 3     Q.  Yeah.

01:21:48 4     A.  -- of 2005?

01:21:50 5         She had talked about the possibility

01:21:52 6         of filing a lawsuit, but I didn't know if

01:21:54 7         there was anything definite or not.

01:21:56 8     Q.  What did she say about filing a lawsuit?

01:21:58 9     A.  She had just mentioned that she was

01:22:01 10        considering it.

01:22:01 11    Q.  Did she say who she was considering suing?

01:22:07 12    A.  I don't believe so.

01:22:09 13    Q.  So she didn't say, "I'm considering suing

01:22:14 14        Turtle Beach"?

01:22:15 15            MS. MINCHOFF:  Objection.

01:22:15 16    A.  I don't really remember at this point what

01:22:18 17        the exact conversation was.

01:22:19 18    Q.  Do you recall around the time that you had

01:22:22 19        this conversation?

Page 154

072706LAROCHE

01:22:23 20    A.    I have no idea.

01:22:25 21    Q.    All right. So you can't pinpoint a month

01:22:27 22        for me?

01:22:27 23    A.    No.

01:22:27 24    Q.    Do you know if it was after September 2005,

01:22:33 25        though?

158

01:22:33 1    A.    I have no idea.

01:22:38 2    Q.    Okay. During that conversation that Ms.

01:22:41 3        Hofer talked about the possibility of a

01:22:42 4        lawsuit, did she ask for your opinion about

01:22:45 5        bringing a lawsuit?

01:22:48 6    A.    Not that I remember, no.

01:22:48 7    Q.    At any point had Ms. Hofer asked for your

01:22:51 8        cooperation in prosecuting this lawsuit

01:22:54 9        against Expedia, Inc.?

01:22:55 10    A.    What do you mean by asking for my

01:22:56 11        cooperation?

01:22:57 12    Q.    Has she asked you to provide her documents?

01:23:02 13    A.    No.

01:23:03 14    Q.    I thought she asked you to provide her

01:23:06 15        documents and you provided her the itinerary

01:23:08 16        and the copy of the receipts from the money

01:23:11 17        that you put out on vacation.

01:23:13 18            MS. MINCHOFF:  Objection.

01:23:14 19    A.    She did ask me for that, but she did not say

01:23:18 20        that it's for a lawsuit.

Page 155

072708LAROCHE

01:23:19 21   Q.  Okay.

01:23:20 22   A.  I had no idea what it was for.  Like I said

01:23:24 23        before, I had assumed it was to tally, you

01:23:26 24        know, what we had spent down there so she

01:23:29 25        could pay me back.

D

159

01:23:30 1    Q.  Okay.  Did she ask if you would appear on

01:23:35 2        her behalf as a witness at trial should this

01:23:37 3        case get to trial?

01:23:42 4    A.  I'm not sure if she specifically asked me

01:23:45 5        that or not.

01:23:46 6    Q.  Okay.  Has she generally asked you that?

01:23:48 7    A.  Yes.

01:23:49 8             MS. MINCHOFF:  Objection.

01:23:49 9    Q.  Okay.  What did she say?

01:23:51 10   A.  I don't remember specifically.

01:23:53 11   Q.  Well, what did -- what do you remember

01:23:56 12       generally?

01:23:56 13   A.  There was a conversation, and she mentioned

01:23:59 14       that, you know, I might have to be called in

01:24:03 15       to say what I remembered.

01:24:05 16   Q.  When was that conversation?

01:24:06 17   A.  I don't remember.

01:24:09 18   Q.  Okay.  Was her attorney present at the time

01:24:11 19       that you had that conversation?

01:24:12 20   A.  No.

Page 156

072708LAROCHE

01:24:12 21    Q.  Has anybody from her attorney's office asked

01:24:18 22        you to cooperate as a witness in this case?

01:24:21 23    A.  Specifically asked me to cooperate as a

01:24:24 24        witness?

01:24:24 25    Q.  Yes.

· 160

01:24:25 1    A.  No.

01:24:26 2    Q.  Did Ms. Hofer tell you how much she is suing

01:24:33 3        Expedia, Inc. for?

01:24:33 4    A.  No.

01:24:33 5    Q.  Did Ms. Hofer ever discuss with you how much

01:24:38 6        she intended on suing anybody for in

01:24:40 7        connection with the Jamaica vacation?

01:24:42 8    A.  No.

01:24:42 9    Q.  Did she ever discuss with you what she hopes

01:24:56 10       to get out of this lawsuit by way of

01:24:59 11       recovery financially?

01:24:59 12   A.  No.

01:25:00 13   Q.  Did she ever make any overtures to you that

01:25:03 14       you would be able to share in any sort of

01:25:05 15       windfall as a result of this litigation?

01:25:06 16   A.  No.

01:25:56 17           MR. REITH:  I presently have

01:25:58 18       nothing further for the witness.

01:26:00 19           MS. MINCHOFF:  Scott, before we

01:26:01 20       start, how long do you think you're going to

01:26:03 21       have?

Page 157

072706LAROCHE

01:26:04 22        MR. FERINGA: I don't know.

01:26:04 23        MS. MINCHOFF: All right. I didn't

01:26:05 24    know if you just had a few questions

01:26:07 25    after -- if you thought about that.
D

161

01:26:11 1         MR. FERINGA: I don't know.

01:26:13 2         MS. MINCHOFF: Okay. Go ahead.

01:26:13 3

01:26:13 4         CROSS EXAMINATION

01:26:13 5

01:26:13 6    BY MR. FERINGA:

01:26:15 7    Q. Hi. We were introduced off the record. My

01:26:17 8        name is Scott Feringa. I represent The Gap.

01:26:20 9        I'm going to follow up on some questions

01:26:22 10       that Mr. Reith has asked, and if I am in any

01:26:26 11       way unclear, please let me know. I'll be

01:26:29 12       more than happy to rephrase the question,

01:26:31 13       all right?

01:26:31 14    A. Okay.

01:26:32 15    Q. In 2004 how would you characterize your

01:26:35 16       relationship with Mrs. Hofer?

01:26:38 17        MS. MINCHOFF: Objection.

01:26:38 18    A. What do you mean, how would I characterize

01:26:41 19       it?

01:26:41 20    Q. How would you characterize it? Were you

01:26:43 21       acquaintances? Were you friends? Were you

Page 158

# EXHIBIT A2

072706LAROCHE

| | |
|---|---|
| 12:05:27 8 | minutes after 12:00. We're off the record. |
| 12:05:31 9 | (Lunch recess taken.) |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

□

133

| | |
|---|---|
| 12:52:50 1 | AFTERNOON SESSION |
| 12:52:53 2 | THE VIDEOGRAPHER: Okay. We are |
| 12:52:58 3 | back on the record. This is Tape No. 3. |
| 12:53:00 4 | The time is 12:52. |
| 12:53:00 5 | |
| 12:53:00 6 | (CARRIE L. LaROCHE, Resumed.) |
| 12:53:00 7 | DIRECT EXAMINATION, Continued |

Page 130

072706LAROCHE

12:53:03 8

12:53:03 9     BY MR. REITH:

12:53:08 10    Q.  Before the break we were talking about the

12:53:10 11    booking process via Expedia.com.  I just

12:53:12 12    want to ask you a few more questions about

12:53:14 13    that.  I'll put one more document in front

12:53:17 14    of you.

12:53:17 15    A.  Sure.

12:53:20 16          MR. REITH:  Ask you to mark that,

12:53:22 17    please.

12:53:23 18          (Exhibit No. 6, Document headed

12:53:23 19    "Expedia, Inc. Web Site Terms, Conditions,

12:53:33 20    and Notices," marked for identification.)

12:53:33 21          MS. MINCHOFF:  5?

12:53:35 22          MR. REITH:  6.

12:53:42 23    Q.  I'm just going to ask you a few questions

12:53:44 24    about this.  I can ask you first off the bat

12:53:47 25    if you recognize this document.

134

12:53:49 1    A.  Not really, no.

12:53:51 2    Q.  Okay.  Do you recognize reviewing a document

12:53:56 3    or a screen printout like this when you

12:53:59 4    booked the trip to Jamaica via Expedia.com?

12:54:01 5    A.  I don't remember.

12:54:02 6    Q.  Okay.  Do you recall reviewing this

12:54:06 7    particular document or a document like it

12:54:09 8    when you booked any other trips via

Page 131

072706LAROCHE

12:54:12 9      Expedia.com?

12:54:12 10     A.  I don't remember.

12:54:13 11     Q.  All right.  Just directing your attention

12:54:16 12         down to the part that says "Liability

12:54:18 13         Disclaimer," I'm just going to ask you to

12:54:21 14         read that section, please, to yourself, and

12:54:23 15         let me know when you're done.

12:54:24 16     A.  Okay.

12:54:25 17         (Witness reviews document.)

12:55:38 18         (Discussion off the record.)

12:57:15 19     A.  How far did you want me to read?

12:57:16 20     Q.  Just to the end of that section, "Liability

12:57:16 21         Disclaimer."  It ends right before you get

12:57:24 22         to "Indemnification."

12:57:24 23     A.  Right, at the top here.  Okay.

12:57:25 24     Q.  Have you seen this language before today?

12:57:29 25         MS. MINCHOFF:  Objection.

135

12:57:29 1      A.  This particular, like, word for word this

12:57:31 2          (indicating) or --

12:57:33 3      Q.  Yes.  Have you seen the section labeled

12:57:38 4          "Liability Disclaimer" prior to today?

12:57:37 5      A.  I don't know.

12:57:37 6      Q.  Okay.  Do you recall -- strike that.

12:57:40 7          Did you see this specific language or

12:57:44 8          something similar to it at the time you

Page 132

072706LAROCHE
12:57:46 9    booked the trip using Expedia.com?

12:57:48 10   A.  I don't remember.

12:57:52 11   Q.  All right. Let's just talk about the travel

12:57:58 12        to Jamaica. You took a plane, correct?

12:58:01 13   A.  Yes.

12:58:01 14   Q.  Do you enjoy flying?

12:58:03 15   A.  Sometimes.

12:58:04 16   Q.  Did you enjoy flying this day down to

12:58:10 17        Jamaica?

12:58:10 18   A.  It was okay.

12:58:11 19   Q.  Okay. Do you ever get nervous on planes?

12:58:13 20   A.  Sometimes.

12:58:14 21   Q.  When you get nervous, what do you do to try

12:58:17 22        to calm your nerves?

12:58:18 23   A.  Go to sleep.

12:58:19 24   Q.  Do you do anything else like read?

12:58:21 25   A.  Yeah, sometimes.
□

136

12:58:22 1    Q.  Do you ever drink on the plane?

12:58:23 2    A.  No.

12:58:23 3    Q.  Do you drink ever?

12:58:28 4    A.  Occasionally.

12:58:29 5    Q.  Okay. Do you take any medications to help

12:58:33 6        you fly?

12:58:34 7    A.  No.

12:58:34 8    Q.  On the actual flight on May -- I'm sorry,

12:58:42 9        March --

Page 133

# EXHIBIT A3

072706LAROCHE
11:43:46 25    MS. MINCHOFF: Objection.
Q

112

11:43:48  1    A.   I'm not sure if I booked -- if I made the

11:43:52  2         account for that cruise trip or not.  I'm

11:43:54  3         not sure.

11:43:54  4    Q.   Okay.  At some point did you make a user

11:43:57  5         account with Expedia.com?

11:43:58  6    A.   At some point I think I did, yes.

11:44:00  7    Q.   Okay.  Are you -- can you tell me when that

11:44:03  8         happened?

11:44:03  9    A.   I have no idea.

11:44:11 10    Q.   So do you know if you were -- had a user

11:44:14 11         account with Expedia.com on the day that you

11:44:16 12         booked the trip to Jamaica?

11:44:18 13    A.   I am not sure.

11:44:20 14    Q.   So do you know if you had a PIN number for

11:44:24 15         Expedia.com or a PIN identifier for

11:44:27 16         Expedia.com when you booked the trip to

11:44:29 17         Jamaica?

11:44:29 18    A.   I am not sure.

11:44:30 19    Q.   As you sit here today, do you recall the

11:44:41 20         various screens that you had to go through

11:44:43 21         to book the trip on Expedia.com?

11:44:45 22    A.   No.

11:44:45 23    Q.   Tell me what you do remember about the

11:44:51 24         booking process via Expedia.com.

11:44:52 25    A.   I really don't remember much.  I know that I

Page 110

072706LAROCHE

D

113

11:44:57 1      booked it through Expedia. I couldn't tell

11:44:59 2      you the process that I took at that point.

11:45:01 3      It was over two and a half years ago.

11:45:03 4   Q. Okay. Well, do you recall going on

11:45:05 5      Expedia.com and typing in a possible

11:45:08 6      destination for Jamaica?

11:45:10 7   A. I don't remember at this point.

11:45:53 8          (Exhibit No. 5, Expedia.com sample

11:45:55 9      trip pages, marked for identification.)

11:45:55 10  Q. Okay. What's been marked as Exhibit 5 for

11:45:56 11     identification today is an example book of a

11:45:59 12     trip via Expedia.com, okay? I just am going

11:46:05 13     to walk through with you on this to see if

11:46:08 14     you recognize any of the types of pages that

11:46:09 15     are used in Expedia.com booking process,

11:46:12 16     okay?

11:46:13 17  A. Yes.

11:46:14 18  Q. All right?

11:46:14 19          MS. MINCHOFF: Just so I'm clear --

11:46:16 20     I'm sorry, Tom -- this is what you went

11:46:18 21     through and printed out the pages? Is that

11:46:20 22     what this is?

11:46:20 23          MR. REITH: Yeah, this is, in

11:46:21 24     essence, an example of a booking process

11:46:24 25     that is uniform for the booking of a
C

072706LAROCHE

114

11:46:28 1    vacation on Expedia.com.

11:46:29 2         MS. MINCHOFF: Objection.

11:46:34 3         MR. REITH: And for clarification

11:46:36 4    purposes, this is not the specific booking

11:46:37 5    of the Jamaica trip, and I understand your

11:46:40 6    objection.

11:46:42 7    BY MR. REITH:

11:46:43 8    Q.  Turning your attention to the first page, do

11:46:46 9    you recognize this page or having signed

11:46:49 10   onto a similar type of page when you booked

11:46:52 11   the trip for Jamaica?

11:46:52 12   A.  I am not sure.

11:46:54 13   Q.  So do you remember anything about the first

11:47:01 14   page of Expedia.com when you signed on for

11:47:05 15   the Jamaica trip?

11:47:08 16   A.  Not two and a half years ago, no, I don't

11:47:11 17   remember.

11:47:11 18   Q.  Do you recall typing in Jamaica as a

11:47:14 19   possible destination vacation -- possible

11:47:16 20   vacation destination and then having to wait

11:47:20 21   while Expedia retrieved potential hotels to

11:47:24 22   stay at?

11:47:25 23        MS. MINCHOFF: Objection.

11:47:25 24   A.  I don't remember.

11:47:26 25   Q.  So turning your attention, then, to the

Page 112

072706LAROCHE
115

11:47:32  1      document that is three in that's labeled

11:47:35  2      No. -- Page 2 above. Do you see that?

11:47:38  3   A.  This one?

11:47:40  4   Q.  That's it. Do you recall seeing a page like

11:47:42  5      that during your booking process?

11:47:43  6   A.  I don't remember.

11:47:44  7   Q.  Do you recall being directed back to a page

11:47:51  8      on Expedia.com where there were travel

11:47:53  9      vacation package options?

11:47:55 10   A.  I'm not sure.

11:47:57 11   Q.  Do you recall choosing one of the vacation

11:48:05 12      packages or a vacation package from a number

11:48:09 13      of possible vacation packages on

11:48:14 14      Expedia.com?

11:48:14 15   A.  Can you clarify?

11:48:16 16   Q.  Do you recall if during the -- strike that.

11:48:21 17        During the booking process, did

11:48:24 18      Expedia.com offer to you one booking

11:48:27 19      possibility or multiple booking

11:48:29 20      possibilities for Jamaica?

11:48:31 21   A.  I am not sure.

11:48:31 22   Q.  Did Expedia.com when you were booking the

11:48:36 23      travel package in general offer you a number

11:48:39 24      of possible travel destinations that you

11:48:43 25      could choose from?

116

Page 113

072706LAROCHE

11:48:44 1        MS. MINCHOFF: Objection.

11:48:44 2    A.  I don't remember.

11:48:46 3    Q.  Well, do you recall Expedia.com offering you

11:48:49 4        only one possible vacation destination, that

11:48:51 5        being Turtle Beach Towers, in Jamaica?

11:48:53 6    A.  I don't remember.

11:48:54 7    Q.  All right. Just turning your attention,

11:49:00 8        then, to the document that's marked No. 5 in

11:49:02 9        the top corner, just a few more pages in

11:49:06 10       there. Do you remember at the time that you

11:49:10 11       were booking the trip for Jamaica that you

11:49:13 12       were offered a page like this with package

11:49:15 13       details for various vacation destinations?

11:49:18 14   A.  I don't remember.

11:49:18 15   Q.  Turning your attention to Page 6, which is a

11:49:29 16       few more in, do you recall getting a page

11:49:36 17       from Expedia.com when you were booking the

11:49:38 18       Jamaica vacation that would allow you to

11:49:40 19       customize your vacation?

11:49:42 20   A.  I don't remember.

11:49:43 21   Q.  Turning your attention, then, to what's been

11:49:51 22       circled as Page No. 7. Forgive me that

11:49:59 23       these are not labeled any better. Do you

11:50:02 24       see where I am? It says "Expedia.com," up

11:50:06 25       top left, "sign in"?

117

Page 114

072706LAROCHE

11:50:06  1   A.  Uh-huh.

11:50:08  2   Q.  Are you with me?

11:50:08  3   A.  Yeah.

11:50:09  4   Q.  All right.  Do you see "Already a registered

11:50:10  5       user"?

11:50:10  6   A.  Yes.

11:50:11  7   Q.  Okay.  Do you recall seeing this page when

11:50:13  8       you booked the trip to Jamaica?

11:50:14  9   A.  I don't remember.

11:50:20  10  Q.  So as you sit here today, you can't tell me

11:50:22  11      if you signed in with a user name and

11:50:24  12      password for booking the trip to Jamaica?

11:50:26  13  A.  I don't remember.

11:50:27  14  Q.  You do recall, though, somehow signing onto

11:50:32  15      Expedia.com to actually book the trip,

11:50:34  16      correct?

11:50:35  17          MS. MINCHOFF:  Objection.

11:50:35  18  A.  I don't know if I signed on or if I just

11:50:39  19      logged onto their website.  There's a

11:50:41  20      difference between signing in to something

11:50:42  21      and then just going to the website on the

11:50:44  22      Internet.  I don't remember how I got onto

11:50:48  23      the website to book the trip.

11:50:50  24  Q.  Do you see on the next page circled Page 8,

11:50:58  25      it says, top left, "Create a new account"?

118

072706LAROCHE

11:51:02 1    Do you see that page?

11:51:03 2    A.  Yes.

11:51:03 3    Q.  Do you see where it says "Create a new

11:51:05 4        account"?

11:51:05 5    A.  Uh-huh.

11:51:05 6    Q.  And then it lists a number of different

11:51:08 7        subcategories thereunder.  Do you recall

11:51:11 8        seeing a page like this when you booked the

11:51:12 9        trip via Expedia.com to Jamaica?

11:51:15 10   A.  I don't remember.

11:51:15 11   Q.  Okay.  Do you recall any of the times that

11:51:19 12       you used Expedia.com viewing a page like

11:51:23 13       this that says "Create a new account"?

11:51:26 14   A.  I am not sure.  I'm assuming that if I made

11:51:30 15       an account at some point, if this is a

11:51:33 16       standard page, then it -- I'm assuming it

11:51:36 17       would have shown up.  I don't recall seeing

11:51:37 18       this page off the top of my head.

11:51:38 19   Q.  Okay.  Okay.  Just turning your attention to

11:51:44 20       a little bit further down the page, do you

11:51:46 21       see where it says "Review membership

11:51:48 22       agreement"?

11:51:48 23   A.  Uh-huh.

11:51:48 24   Q.  Do you see the sentence where it says, "By

11:51:50 25       continuing on you agree to the following

119

Page 116

072706LAROCHE

11:51:52 1    terms and conditions"?

11:51:53 2    A.  Uh-huh.

11:51:53 3    Q.  Do·you recall seeing a page like that when

11:51:55 4        you created a new account with Expedia.com?

11:51:57 5            MS. MINCHOFF:  Objection.

11:51:58 6    A.  I don't remember.

11:51:58 7    Q.  You do have an account with Expedia.com,

11:52:03 8        correct?

11:52:04 9    A.  I believe I do.

11:52:05 10   Q.  Okay.  And to have an account, you assume

11:52:09 11       you had to create an account with

11:52:11 12       Expedia.com, correct?

11:52:11 13   A.  I would assume so, yes.

11:52:13 14   Q.  And if this page is a uniform page for the

11:52:16 15       creation of a new account, would you have

11:52:19 16       read this page when you did, in fact, create

11:52:21 17       the new account?

11:52:22 18           MS. MINCHOFF:  Objection.

11:52:25 19   A.  If it was part of making an account at

11:52:27 20       whatever time I made the account, then I

11:52:30 21       would assume it was there and I would have

11:52:32 22       read it —

11:52:33 23   Q.  Okay.

11:52:34 24   A.  — or skimmed it.  I don't remember off the

11:52:37 25       top of my head if I've seen this or — in
□

120

11:52:39 1    making my account or not.  I don't remember

Page 117

072706LAROCHE

11:52:41 2    when I made my account.

11:52:42 3    Q.  Sure.  But if this -- if this page was part

11:52:46 4    of a customer account creation process, you

11:52:49 5    would have read it or at least skimmed this

11:52:53 6    page, correct?

11:52:53 7    A.  I'm assuming I would have either read it or

11:52:56 8    skimmed it.

11:52:57 9    Q.  Okay.  Turning your attention to the part

11:53:03 10    where it says, "Agreement between customer

11:53:04 11    and Expedia, Inc."

11:53:05 12        Do you see that?

11:53:07 13    A.  Uh-huh.

11:53:08 14    Q.  Do you see it on the internal box there?

11:53:10 15    A.  Yeah.

11:53:10 16    Q.  Do you remember having read something that

11:53:13 17    said "Agreement between customer and

11:53:16 18    Expedia, Inc." before today?

11:53:20 19    A.  I don't remember, no.

11:53:22 20    Q.  Okay.  If this agreement between customer

11:53:27 21    and Expedia, Inc. were part of a standard

11:53:29 22    customer account creation process and you

11:53:33 23    created a customer account with Expedia,

11:53:35 24    would you have read this customer agreement?

11:53:38 25        MS. MINCHOFF:  Objection.

121

11:53:39 1    A.  I'm assuming I would have read it or skimmed

Page 118

072706LAROCHE

11:53:42 2    it. I don't remember.

11:53:42 3    Q.  Okay. Just like you read or skimmed the

11:53:46 4    bank website terms and conditions we talked

11:53:49 5    about earlier, correct?

11:53:50 6          MS. MINCHOFF:  Objection.

11:53:50 7    A.  Yes.

11:53:51 8    Q.  Do you see where it says "Sign up and

11:53:55 9    continue using Expedia.com"?

11:53:57 10   A.  Yes.

11:53:57 11   Q.  Do you remember clicking through on "Sign up

11:54:01 12   and continue using Expedia.com" when you

11:54:02 13   booked the Jamaica vacation?

11:54:05 14   A.  I don't remember.

11:54:05 15   Q.  All right. Do you remember ever clicking on

11:54:07 16   the icon that says "Sign up and continue

11:54:10 17   using Expedia.com"?

11:54:12 18   A.  I don't remember.

11:54:12 19   Q.  Do you recall if when you signed up for the

11:54:37 20   Jamaica vacation, that the website -- strike

11:54:42 21   that. That was going to be a bad question.

11:54:45 22   Let's back up.

11:54:46 23         Turning your attention to the document

11:54:47 24   that's -- or page that's marked circled 10,

11:54:50 25   it's a few more pages into it. Are you

122

11:54:54 1    there?

11:54:54 2    A.  Yeah.

Page 119

# EXHIBIT A4

072706LAROCHE

11:36:59 22   Q.   Now, you said you had Stephanie's permission

11:37:02 23        to book the trip for her, correct?

11:37:04 24   A.   Yes.

11:37:04 25   Q.   Did Stephanie give you permission to book
☐

106

11:37:08 1         the trip via Expedia.com?

11:37:08 2    A.   I don't know if she specifically said, "I

11:37:15 3         give you permission to book it through

11:37:18 4         Expedia."

11:37:18 5    Q.   Well, you understood that you had her

11:37:21 6         permission to book the trip for her,

11:37:22 7         however?

11:37:22 8    A.   To the best of my knowledge, yes.

11:37:27 9    Q.   And you used Expedia.com to book the trip?

11:37:30 10   A.   I did use Expedia.com, yes.

11:37:31 11   Q.   How did you get to Expedia.com? Did you

11:37:33 12        type it into your cursor?

11:37:34 13   A.   I don't remember at this point.

11:37:37 14   Q.   Okay.  So you don't recall if you were

11:37:40 15        hyperlinked from some other website?

11:37:41 16   A.   I'm not sure.

11:37:46 17   Q.   Prior to booking the trip on Expedia.com,

11:37:47 18        did you search any other websites for travel

11:37:50 19        packages to Jamaica?

11:37:51 20   A.   I may have.  I'm not sure.

11:37:56 21   Q.   Okay.  Prior to booking the trip via

11:37:58 22        Expedia.com, did you do any other research,

Page 104