UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHANIE HOFER and DOUGLAS HOFER,<br><br>Plaintiffs,<br><br>v.<br><br>THE GAP, INC., EXPEDIA, INC. and TURTLE BEACH TOWERS,<br><br>Defendants. | Civil Action<br>Docket No. 05-40170 FDS |

**DEFENDANT EXPEDIA, INC.'S REQUEST FOR ORAL ARGUMENT AS TO PLAINTIFFS' DOCKET PAPER NUMBER 34**

NOW COMES Defendant Expedia, Inc. pursuant to L.R. 7.1(D), and hereby requests that this Court, the Honorable F. Dennis Saylor IV, schedule a hearing and oral argument in connection with the *Plaintiffs' Request for Clarification/Consideration of Court Order Dated July 13, 2006 and Plaintiffs' Memorandum in Opposition to Defendant, Expedia, Inc.'s Motion for Sanctions and Application for Expenses and Costs* (i.e., Docket Paper No. 34).[1]

Expedia, Inc. believes that oral argument as to *Plaintiffs' Request for Clarification/Consideration of Court Order Dated July 13, 2006 and Plaintiffs' Memorandum in Opposition to Defendant, Expedia, Inc.'s Motion for Sanctions and Application for Expenses and Costs* will assist the Court in rendering its decision as to same.

---

[1] Judge Saylor ruled on *Defendant Expedia, Inc.'s Motion to Compel Supplemental Discovery from Plaintiffs* and entered the July 13, 2006 order that is subject of the Plaintiffs' present motion.

Respectfully submitted,

EXPEDIA, INC.,
By its attorneys,

/s/ Thomas T. Reith
Lawrence G. Green, BBO #209060
Thomas T. Reith, BBO #648671
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 854-4000

Dated: August 17, 2006

## CERTIFICATE OF SERVICE

I, Thomas T. Reith, hereby certify that on this 17th day of August 2006, a true and accurate copy of the above document was served upon the attorney of record for each other party electronically, as evidenced by the Notice of Electronic filing of the same date.

/s/ Thomas T. Reith

J:\Docs\99999\00000\01045621.DOC