UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE HOFER<br>And<br>DOUGLAS HOFER,<br><br>　　　　Plaintiffs,<br>v.<br><br>THE GAP, INC., EXPEDIA, INC., and TURTLE BEACH TOWERS,<br><br>　　　　Defendants. | CASE NO. 05-40170 FDS<br><br>HON. F. DENNIS SAYLOR IV<br><br>Clerk: Martin Castles<br>Phone: 508-929-9904 |

## INDEX OF EXHIBITS TO DEFENDANT THE GAP, INC.'S MOTION AND MEMORANDUM OF LAW TO COMPEL DISCOVERY

**EXHIBIT A:** Plaintiffs' Rule 26 Disclosure

**EXHIBIT B:** Defendants First Request for Production of Documents and Things

**EXHIBIT C:** Defendant GAP's February 20, 2006 Correspondence to Plaintiff

**EXHIBIT D:** Rule 26.1 Control of Discovery

**EXHIBIT E:** Defendant Expedia, Inc.'s First Request for Production of Documents

**EXHIBIT F:** Defendant GAP's May 11, 2006 Correspondence to Plaintiff

**EXHIBIT G:** Defendant GAP's May 23, 2006 Correspondence to Plaintiff

**EXHIBIT H:** Defendant GAP's Notice of Deposition Duces Tecum to Plaintiff

**EXHIBIT I:** Excerpts of July 10, 2006 Deposition Transcript of Plaintiff

**EXHIBIT J:** Notice of Electronic Filing Clerk's Notes from 9/8/06 Status Conference

**EXHIBIT K:** Defendant GAP's July 13, 2006 Correspondence to Plaintiff

**EXHIBIT L:** Plaintiffs' September 12, 2006 Correspondence to GAP

**EXHIBIT M:** Defendant GAP's September 13, 2006 Correspondence to Plaintiff

**EXHIBIT N:** Plaintiffs' September 14, 2006 Correspondence to GAP