Page 239

STEPHANIE A. HOFER
July 10, 2006

```
          UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MASSACHUSETTS
              NO. 05-40170 FDS


STEPHANIE HOFER and              )
DOUGLAS HOFER,                   )
              Plaintiffs,        )
                                 )
      vs.                        )
                                 )
THE GAP, INC., EXPEDIA, INC.     )
and TURTLE BEACH TOWERS,         )
              Defendants.        )


              VOLUME II
           PAGES 239 - 354



     CONTINUED VIDEOTAPED DEPOSITION OF
             STEPHANIE A. HOFER
           MONDAY, 10 JULY, 2006
                 9:25 AM
```





EXHIBIT 1

STEPHANIE A. HOFER
July 10, 2006

1
2
3           CONTINUED VIDEOTAPED DEPOSITION of
4  STEPHANIE A. HOFER, called as a witness by and on
5  behalf of The Gap, Inc., pursuant to the applicable
6  provisions of the Federal Rules of Civil Procedure,
7  before P. Jodi Ohnemus, Notary Public, Certified
8  Shorthand Reporter, Certified Realtime Reporter and
9  Registered Merit Reporter, within and for the
10 Commonwealth of Massachusetts, at the offices of
11 Morrison, Mahoney, LLP, 250 Summer Street, Boston,
12 Massachusetts, on Monday, 10 July, 2006, commencing
13 at 9:30 a.m.
14
15
16
17
18
19
20
21
22
23
24
25



BIENENSTOCK
COURT REPORTING & VIDEO
248-644-8888

STEPHANIE A. HOFER
July 10, 2006

1   status. Have you produced those records --
2       A.   To my attorney.
3       Q.   -- today? You don't have those today?
4       A.   No, I don't.
5            MR. FERINGA: Do we have -- if records
6   have been requested once again, do we have those
7   today so we can --
8            MS. MINCHOFF: No, I haven't had an
9   opportunity to review anything myself.
10           MR. FERINGA: Okay.
11      Q.   All right. We have also asked you to
12  produce copies of all of the medical records and
13  mental health records. The records that we have
14  received are the Mass. General records, two pages
15  of records from St. Anne Hospital in Jamaica, and
16  the records we have from Mass. General are some
17  inpatient, some outpatient records. We also have a
18  visiting nurse -- we have some physical therapy
19  records. Have you brought with you the remaining
20  records that have been outstanding?
21      A.   I have produced all of the records that I
22  have, to my knowledge, to my attorney.
23      Q.   Apparently there were reports from Doctor
24  Fraser, a Doctor Hord, H-o-r-d, a Doctor
25  B-o-r-g-e-n, and a Doctor A-m-e-y that were



Page 250

STEPHANIE A. HOFER
July 10, 2006

```
 1    forwarded or filed in conjunction with your Social
 2    Security disability status.  Did you bring those
 3    reports?
 4         A.    I do not have copies of those reports.
 5         Q.    My question is, did you bring them?
 6         A.    No, I did not.
 7         Q.    In the Rule 26 disclosures there was a --
 8    address for the cab driver, Mr. McKenzie,
 9    M-c-K-e-n-z-i-e.  There was an address for him, but
10    there was no telephone number.  You indicated in
11    the deposition that you gave on June 29 that you
12    had the phone number.  Do you have that phone
13    number with you?
14         A.    Whatever I have of Mr. McKenzie was on
15    that one piece of paper.
16         Q.    So --
17         A.    If it didn't include --
18         Q.    What --
19         A.    If it didn't include a phone number, then
20    it didn't include a phone number.
21         Q.    What one piece of paper are you talking
22    about?
23         A.    I had produced one piece of paper with his
24    name and address, and I believe there was a phone
25    number on it, but if there is not, there is not.
```

