**feringa scott**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Friday, September 08, 2006 4:04 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 4:05-cv-40170-FDS Hofer et al v. Old Navy Inc. et al "Status Conference"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Castles, Martin entered on 9/8/2006 at 4:04 PM EDT and filed on 9/8/2006
**Case Name:** Hofer et al v. Old Navy Inc. et al
**Case Number:** 4:05-cv-40170
**Filer:**
**Document Number:**

**Docket Text:**
ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Status Conference held on 9/8/2006. Case called, Counsel appear for status conference, Court hears arguments of counsel on pending motions and request of fees in regard to dft's motion to compel, Court rules on pending motions and grants attorney's fees in the amount of $2000.00 to Expedia's counsel, Parties inform Court of all outstanding discovery, Court moves discovery completion date; Discovery to be completed by 10/23/2006. (Court Reporter M. Kusa-Ryll.) (Castles, Martin)

The following document(s) are associated with this transaction:

**4:05-cv-40170 Notice will be electronically mailed to:**

Scott D. Feringa    sferinga@swappc.com

Stephen J. Kuzma    koozlaw@juno.com

Sean J. Milano    smilano@morrisonmahoney.com

India L. Minchoff    india@russominchofflaw.com

Thomas T. Reith, III    treith@burnslev.com, bhaskell@burnslev.com

**4:05-cv-40170 Notice will not be electronically mailed to:**



9/8/2006