

## SULLIVAN, WARD, ASHER & PATTON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

Scott D. Feringa
sferinga@swappc.com
(248) 746-2727

September 13, 2006

**Via Facsimile and US Mail**
India Minchoff
Russo & Minchoff
123 Boston Street
Boston, MA 02125

Stephen J. Kuzma
75 Federal Street, 17th Floor
Boston, MA 02110

RE: HOFER, STEPHANIE/DOUGLAS V. THE GAP, INC., ET AL
OUR FILE NO. PAG-121179

Dear Ms. Minchoff and Mr. Kuzma:

I am not going to engage in a battle of faxes and personal attacks. As the Court said, at the end of the day, this is a slip and fall and an alleged broken flip-flop case. I only am looking for the documents and evidence that has already been agreed should be produced.

I understand that the exemplars have been at your office, and I understand that we have photographed them. It does not make sense to fly someone from California to your office to look at the sandals. That is why Steven, you and I agreed that one pair of the three could be released to us pursuant to the protective order that we also agreed to in principal. I would like to expedite this process so that you can have a meaningful set of GAP depositions. I am only asking for what Steven and you have already agreed to produce.

Please forward the sandals, the authorization, and the psychiatric records to us as soon as possible. I do not want file a motion with the court.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

Scott D. Feringa

SDF/sav
W0475663.15
cc: Sean J. Milano, Esq. (via facsimile and US Mail)
Thomas T. Reith, Esq. (via facsimile and US Mail)


EXHIBIT m

Dockets.Justia.com

P. 1

\* \* \* COMMUNICATION RESULT REPORT ( SEP. 13. 2006 11:34AM ) \* \* \*

```
                                                    FAX HEADER 1:  SULLIVAN WARD ASHER
                                                    FAX HEADER 2:

TRANSMITTED/STORED : SEP. 13. 2006 11:30AM
FILE MODE         OPTION              ADDRESS                      RESULT         PAGE
-------------------------------------------------------------------------------------
2743 MEMORY TX                        6177407310                   OK             2/2
                                      617 426 2102                 OK             2/2
                                      Morrison Mahoney LLP         OK             2/2
                                      617 345 3299                 OK             2/2
-------------------------------------------------------------------------------------
REASON FOR ERROR
E-1) HANG UP OR LINE FAIL             E-2) BUSY
E-3) NO ANSWER                        E-4) NO FACSIMILE CONNECTION
```



**SULLIVAN, WARD, ASHER & PATTON, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
PROFESSIONAL CORPORATION

1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48075-1000
(248) 746-0700
(248) 746-2760 (Facsimile)
Web Address: www.swappc.com

*This facsimile contains **Confidential Information** which may also be **Legally Privileged** and which is intended only for the use of the Addressee(s) named below. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile may be strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.*

## FACSIMILE TRANSMITTAL COVER SHEET

**From:** Scott D. Feringa     **Date:** September 13, 2006

**To:** India Minchoff       **Facsimile No.:** 617-740-7310
                             **Telephone No.:** 617-740-7340

**To:** Stephen J. Kuzma     **Facsimile No.:** 617-426-2102
                             **Telephone No.:** 617-338-3020

**To:** Sean Milano          **Facsimile No.:** 617-342-4938
                             **Telephone No.:** 617-439-7500

**To:** Thomas Reith         **Facsimile No.:** 617-345-3299
                             **Telephone No.:** 617-854-4000

**Our File No.:** PAG-121179

**Message:** _____

Total Pages Being Sent (Including This Cover Sheet): 2

☒ Hard Copy Will Follow

☐ Hard Copy Will Not Follow

**\*\*IF YOU DO NOT RECEIVE ENTIRE TRANSMITTAL, PLEASE CALL BACK A.S.A.P.\*\***

W0226678

#70