Hofer et al v. Old Navy Inc. et al                                    Doc. 40 Att. 15
Case 4:05-cv-40170-FDS    Document 40-16    Filed 09/18/2006    Page 1 of 2
09/14/2006  18:44  6177407310           MINCHOFF                    PAGE  01/02

# LAW OFFICES OF RUSSO & MINCHOFF



123 BOSTON STREET 1ST FLOOR
BOSTON, MA 02125

INDIA@RUSSOMINCHOFFLAW.COM
WWW.RUSSOMINCHOFFLAW.COM

PHONE 617.740.7340

INDIA L. MINCHOFF
ATTORNEY AT LAW

FAX 617.740.7310



# Fax-

| | | | |
|---|---|---|---|
| **To:** | Thomas T. Reith, Esq. | **From:** | India L. Minchoff |
| **Fax:** | 617 345 3299 | **Pages:** | 2 |
| **Phone:** | | **Date:** | September 12, 2006 |
| **Re:** | Hofer, et al. v. Expedia, et al. | **CC:** | Attorney Milano 617 342 4938 |

| | | | |
|---|---|---|---|
| **To:** | Scott D. Feringa, Esq. | **From:** | India L. Minchoff |
| **Fax:** | 248 746 2760 | **Pages:** | 2 |
| **Phone:** | | **Date:** | September 12, 2006 |
| **Re:** | Hofer, et al. v. Expedia, et al. | **CC:** | Attorney Milano |

☐ Urgent      X For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle



EXHIBIT
N

# LAW OFFICES OF RUSSO & MINCHOFF

123 Boston Street 1st Floor
Boston, MA 02125

PHONE 617.740.7340

INDIA L. MINCHOFF
ATTORNEY AT LAW

INDIA@RUSSOMINCHOFFLAW.COM
WWW.RUSSOMINCHOFFLAW.COM

FAX 617.740.7310

**_By Facsimile and First Class Mail_**

September 14, 2006

Scott D. Feringa, Esq.
Sullivan, Ward, Asher & Patton, P.C.
1000 MacCabees Center
25800 Northwestern Highway
Southfield, Michigan 48075

RE:   Hofer, et al v. Gap, et al, C.A. 05-40170

Dear Attorney Feringa,

In response to your correspondence of September 13, 2006, I offer the following. The sandals will not be released since I do not believe that you or your client will abide by your proposed terms. In addition, if the production of the sandals was for the sole purpose of identifying the manufacturer, the position that you took in Court, I find that you were more than disingenuous during your initial requests for said sandals.

You and your client's representations have proven to be untrustworthy. Such is evidenced by your urging the Plaintiffs to drop their case due to fact that Ms. Hofer was a) intoxicated at the time of the accident and b) the Jamaican depositions, from your prospective, would sink the Plaintiffs' case. Both positions have been proven not only be false, but also lacking in any factual support whatsoever.

In addition, I fail to see how any of the documents you claim were formally requested affect the Plaintiff's duly noticed depositions. Judge Saylor was quite clear regarding your obligations to produce the documents requests.

Very truly yours,

India L. Minchoff

cc:   Stephen J. Kuzma, Esq.
      Thomas Reith, Esq.
      Sean Milano, Esq.