UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE HOFER And DOUGLAS HOFER,     Plaintiffs, v. THE GAP, INC., EXPEDIA, INC., and TURTLE BEACH TOWERS,     Defendants. | CASE NO. 4:05-cv-40170 FDS<br><br>HON. F. DENNIS SAYLOR IV<br><br>Clerk: Martin Castles |

## **UNOPPOSED MOTION FOR CONSENT PROTECTIVE ORDER**

**NOW COMES** the Defendant GAP, Inc. by and through its attorneys and for its Unopposed Motion for Entry of a Consent Protective Order pursuant to Federal Rule of Civil Procedure 26(c)(2) and (7) states as follows:

    1.    That plaintiffs counsel has noticed the depositions of Defendant Expedia and Defendant GAP employees asking each of the parties to designate 30(b)(6) witnesses and asking that certain material be produced at those depositions.

    2.    That the scope of the requests seeks information which GAP and Expedia have determined to be confidential and proprietary and thus Defendants GAP and Expedia have requested that all counsel execute a Consent Protective Order prior to the production of documents that any party identifies as confidential or proprietary.

    3.    That all parties have executed the attached Consent Protective Order and all parties would ask that the Court enter the Order so that the 30(b)(6) depositions of the GAP and Expedia employees can take place and that documents can be produced at those depositions which the parties identify as "confidential" or "proprietary".

1

2

          Respectfully submitted,

          **SULLIVAN, WARD,**
           **ASHER & PATTON, P.C.**

By:     /s/Scott d. Feringa
         SCOTT D. FERINGA (P28977)
         Co-Counsel for Defendant GAP, Inc.
         1000 Maccabees Center
         25800 Northwestern Highway
         Southfield, MI  48075-1000
         (248) 746-0700

Sean J. Milano, Esq. BBO#55996
Local Counsel for Defendant GAP/Old Navy
Morrison Mahoney, LLP
250 Summer Street
Boston, MA  02210-1181

Dated:  October 12, 2006

**PROOF OF SERVICE**

    I hereby certify that on the 12th day of October, 2006, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.

> By:   /s/ Scott D. Feringa
> SCOTT D. FERINGA (P28977)
> Attorney for Defendant GAP
> 1000 Maccabees Center
> 25800 Northwestern Highway
> Southfield, MI 48075-1000
> (248) 746-0700

W0490075