

# SULLIVAN, WARD, ASHER & PATTON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

Scott D. Feringa
sferinga@swappc.com
(248) 746-2727

October 10, 2006

**Via Facsimile and US Mail**
India Minchoff
Russo & Minchoff
123 Boston Street
Boston, MA 02125

Stephen J. Kuzma
75 Federal Street, 17th Floor
Boston, MA 02110

RE: HOFER, STEPHANIE/DOUGLAS V. THE GAP, INC., ET AL
OUR FILE NO. PAG-121179

Dear Ms. Minchoff and Mr. Kuzma:

Pursuant to the Court's Scheduling Order (Paragraph 6, subparagraph A) Judge Saylor ordered:

> "Plaintiff's trial experts must be designated and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by 10/2/06".

That deadline has obviously come and gone. At the last status conference both of you indicated that the expert disclosure deadline would be complied with. As a matter of professional courtesy I am pointing out your failure to comply with the Court's Scheduling Order and would ask that you immediately comply with the Court's Order. As of today's date your documents are 8 days over due.

We reserve the right to object to the disclosures and reserve the right to petition the Court or seek stipulation of counsel for a similar extension for the expert disclosure by defendant GAP.

EXHIBIT 1



# SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW

October 10, 2006
Page 2

I do thank you for your attention to the foregoing.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

Scott D. Feringa

SDF/sav
W0475663.25
cc: Sean J. Milano, Esq. (via facsimile and US Mail)
Thomas T. Reith, Esq. (via facsimile and US Mail)

\* \* \* COMMUNICATION RESULT REPORT ( OCT. 10. 2006  4:26PM ) \* \* \*

```
                                                    FAX HEADER 1: SULLIVAN WARD ASHER
                                                    FAX HEADER 2:

TRANSMITTED/STORED : OCT. 10. 2006  4:19PM
FILE MODE           OPTION              ADDRESS                         RESULT       PAGE
--------------------------------------------------------------------------------------------
8745 MEMORY TX                          G3  :           6177407310      OK           3/3
                                        G3  :           617 426 2102   OK           3/3
                                        G3  :Morrison Mahoney LLP       OK           3/3
                                        G3  :           617 345 3299   OK           3/3
```

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL              E-2) BUSY
E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
E-5) MAIL SIZE OVER



**SULLIVAN, WARD, ASHER & PATTON, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
PROFESSIONAL CORPORATION

1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48075-1000
(248) 746-0700
(248) 746-2760 (Facsimile)
Web Address: www.swappc.com

*This facsimile contains **Confidential Information** which may also be **Legally Privileged** and which is intended only for the use of the Addressee(s) named below. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile may be strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.*

## FACSIMILE TRANSMITTAL COVER SHEET

| | | |
|---|---|---|
| **From:** Scott D. Feringa | **Date:** | October 10, 2006 |
| **To:** India Minchoff | **Facsimile No.:** | 617-740-7310 |
| | **Telephone No.:** | 617-740-7340 |
| **To:** Stephen J. Kuzma | **Facsimile No.:** | 617-426-2102 |
| | **Telephone No.:** | 617-338-3020 |
| **To:** Sean Milano | **Facsimile No.:** | 617-342-4938 |
| | **Telephone No.:** | 617-439-7500 |
| **To:** Thomas Reith | **Facsimile No.:** | 617-345-3299 |
| | **Telephone No.:** | 617-854-4000 |

**Our File No.:** PAG-121179

**Message:** See attached letter

Total Pages Being Sent (Including This Cover Sheet): 3

☒ Hard Copy Will Follow
☐ Hard Copy Will Not Follow

**\*\*IF YOU DO NOT RECEIVE ENTIRE TRANSMITTAL, PLEASE CALL BACK A.S.A.P.\*\***

W0226678

# SULLIVAN, WARD, ASHER & PATTON, P.C.

ATTORNEYS AND COUNSELORS AT LAW



1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

Scott D. Feringa
sferinga@swappc.com
(248) 746-2727

October 12, 2006

**Via Facsimile and US Mail**
India Minchoff
Russo & Minchoff
123 Boston Street
Boston, MA 02125

Stephen J. Kuzma
75 Federal Street, 17th Floor
Boston, MA 02110

RE: HOFER, STEPHANIE/DOUGLAS V. THE GAP, INC., ET AL
OUR FILE NO. PAG-121179

Dear Ms. Minchoff and Mr. Kuzma:

I have not yet received the signed Consent Protective Order from either of your offices. I have received Mr. Reith's signature page. I am waiting to receive your signatures so that the Order can be entered.

You had asked us for the documents by Friday, October 13, 2006. Your delay in getting me the signature pages on the Order to which we have agreed is going to cause us some difficulty with that deadline. We will however attempt to comply with your request.

Finally, I had forwarded a reminder about the fact that your expert witness disclosure material was due on October 2, 2006. As of October 12, 2006, we still have not received those documents. By sending you this reminder once again, I am not waiving any claims of prejudice with respect to any late filings with respect to your Scheduling Order deficiencies.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

Scott D. Feringa

SDF/sav
W0475663.26
cc: Sean J. Milano, Esq. (via facsimile and US Mail)
    Thomas T. Reith, Esq. (via facsimile and US Mail)

P. 1

```
* * *  COMMUNICATION RESULT REPORT ( OCT. 12. 2006  9:34AM )  * * *
                                              FAX HEADER 1:  SULLIVAN WARD ASHER
                                              FAX HEADER 2:

TRANSMITTED/STORED : OCT. 12. 2006  9:29AM
FILE MODE           OPTION              ADDRESS              RESULT     PAGE
-----------------------------------------------------------------------------
3373 MEMORY TX                         6177407310              OK        2/2
                                       617 426 2102            OK        2/2
                                    Morrison Mahoney LLP       OK        2/2
                                       617 345 3299            OK        2/2
-----------------------------------------------------------------------------
       REASON FOR ERROR
           E-1) HANG UP OR LINE FAIL           E-2) BUSY
           E-3) NO ANSWER                      E-4) NO FACSIMILE CONNECTION
```



**SULLIVAN, WARD, ASHER & PATTON, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
PROFESSIONAL CORPORATION

1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48075-1000
(248) 746-0700
(248) 746-2760 (Facsimile)
Web Address: www.swappc.com

*This facsimile contains **Confidential Information** which may also be **Legally Privileged** and which is intended only for the use of the Addressee(s) named below. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile may be strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.*

## FACSIMILE TRANSMITTAL COVER SHEET

**From:** Scott D. Feringa                **Date:** October 12, 2006

**To:** India Minchoff                    **Facsimile No.:** 617-740-7310
                                          **Telephone No.:** 617-740-7340

**To:** Stephen J. Kuzma                  **Facsimile No.:** 617-426-2102
                                          **Telephone No.:** 617-338-3020

**To:** Sean Milano                       **Facsimile No.:** 617-342-4938
                                          **Telephone No.:** 617-439-7500

**To:** Thomas Reith                      **Facsimile No.:** 617-345-3299
                                          **Telephone No.:** 617-854-4000

**Our File No.:** PAG-121179

**Message:** See attached letter

Total Pages Being Sent (Including This Cover Sheet): 2

☒ Hard Copy Will Follow

☐ Hard Copy Will Not Follow

**\*\*IF YOU DO NOT RECEIVE ENTIRE TRANSMITTAL, PLEASE CALL BACK A.S.A.P.\*\***

W0226678

#397