UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

    Plaintiffs,                                FEDERAL COURT

vs.                                          Case No. 05-40170 FDS

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

    Defendants.
_____/

## PROOF OF SERVICE

        Stacy A. Vergara says that on the 9th day of November, 2006, she served the following documents:

➢ Affidavit of William N. Newberry

and Proof of Service on counsel of record by electronic filing with the Clerk of the ECF and by placing same in envelope(s) properly addressed to:

India L. Minchoff
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA  02125

Stephen J. Kuzma
75 Federal Street, 17th Floor
Boston, MA  02110

Thomas T. Reith
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110

Sean J. Milano, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA  02210-1181

and depositing the said envelope(s) in the United States mail, postage thereon fully prepaid.

                                                       /s/Stacy A. Vergara

Stacy A. Vergara