Page 1

STEPHANIE HOFER
June 29, 2006

```
 1          IN THE UNITED STATES DISTRICT COURT

 2         FOR THE DISTRICT OF MASSACHUSETTS

 3              C.A. No. 05-40170 FDS

 4     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

 5    STEPHANIE HOFER and DOUGLAS HOFER,        *

 6              Plaintiffs                       *

 7    v.                                         *

 8    THE GAP, INC., EXPEDIA, INC. and          *

 9    TURTLE BEACH TOWERS,                       *

10              Defendants                       *

11     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

12                   VOLUME I

13                 PAGES 1-238

14

15       VIDEOTAPED DEPOSITION OF STEPHANIE

16    HOFER, a witness called on behalf of the

17    Defendant The Gap, Inc., pursuant to the

18    Federal Rules of Civil Procedure, before

19    Jessica L. Williamson, Registered Merit

20    Reporter, Certified Realtime Reporter and

21    Notary Public in and for the Commonwealth of

22    Massachusetts, at the Offices of Morrison,

23    Mahoney, LLP, 250 Summer Street, Boston,

24    Massachusetts, on Thursday, June 29, 2006,

25    commencing at 9:17 a.m.
```



BIENENSTOCK
COURT REPORTING & VIDEO
248-644-8888



EXHIBIT
C

Dockets.Justia.com

STEPHANIE HOFER
June 29, 2006

```
 1          application for SSDI benefits?

 2    A.    No.

 3    Q.    Did -- to the best of your knowledge, did

 4          any of your treating physicians at that

 5          time, 2004/2005, did they provide any sort

 6          of reports?

 7    A.    To the best of my knowledge?

 8    Q.    Yeah.

 9    A.    Yes.

10    Q.    Okay.  And who was it that did that?

11    A.    As far as doctors, you mean?

12    Q.    Yeah.

13    A.    All of my treating doctors.

14    Q.    All right.  I'm looking for names.

15    A.    Okay.  Dr. Fraser, my primary care

16          physician, Dr. Hord, my attending physician

17          at Mass. General.

18    Q.    Hord is spelled H --

19    A.    H-O-R-D.

20    Q.    Okay.

21    A.    Dr. --

22    Q.    And if you need to look at something, go

23          right ahead.  This is not a memory contest

24          and if there's a document you need to look

25          at, feel free to look at whatever you need
```



STEPHANIE HOFER
June 29, 2006

```
 1              MR. FERINGA:  Minchoff, I

 2        apologize.

 3        BY MR. FERINGA:

 4   Q.   -- or Mr. Kuzma send you to any doctors

 5        outside of the doctors that you have

 6        normally been seeing for an evaluation?

 7   A.   No.

 8   Q.   And in turn -- and after your application

 9        for SSDI was made by Ms. Howard, did the --

10        were you sent by Social Security

11        disability -- or Social Security for any

12        sort of evaluation to a doctor that you had

13        never seen before?

14   A.   Yes.

15   Q.   And what doctor was that, and when did that

16        take place?

17   A.   I don't recall his name and/or when it was.

18   Q.   All right.  You made your application when?

19   A.   August 2004.

20   Q.   Okay.  And --

21   A.   I believe.  It was approximately August.

22   Q.   I'm not going to hold you to the August or

23        September.  You know it was sometime in the

24        fall of 2004, okay?  Is that fair?

25   A.   Or summer.
```

