UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
STEPHANIE HOFER and            )   C.A. No. 05-cv-40170-FDS
DOUGLAS HOFER,                 )
                               )
     Plaintiffs,               )
                               )
vs.                            )
                               )
OLD NAVY, INC., EXPEDIA, INC.  )
and TURTLE BEACH TOWERS,       )
                               )
     Defendants.               )
_____)
```

### NOTICE OF APPEARANCE OF ROBERT C. MUELLER, ESQ. ON BEHALF OF DEFENDANT EXPEDIA, INC.

**TO THE CLERK:**

Please enter the appearance of Robert C. Mueller, Esq. of the firm of Rubin, Hay & Gould, P.C. on behalf of the defendant Expedia, Inc. in the above-captioned action.

Respectfully submitted,
By the defendant
EXPEDIA, INC.,
By its attorneys,

**/s/ Robert C. Mueller**
_____
Robert C. Mueller (BBO#567599)
Email:  rmueller@rhglaw.com
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, MA  01701-0202
Tel:  (508) 875-5222
Fax:  (508) 879-6803

DATED:  November 30, 2006

## **CERTIFICATE OF SERVICE**

    I, Robert C. Mueller, hereby certify that this document, filed through the ECF system, will be served electronically upon the registered participants identified on the Notice of Electronic Filing (NEF) and will be served upon non-registered participants, as indicated on the NEF, by paper copy sent via first-class mail, postage prepaid.

DATED:  November 30, 2006        **/s/ Robert C. Mueller**
                                                                                                      _____
                                                                                                      Robert C. Mueller