UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE HOFER and DOUGLAS HOFER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE GAP, INC., EXPEDIA, INC. and ) <br> TURTLE BEACH TOWERS, ) <br> ) <br> Defendants. ) | Civil Action <br> Docket No. 05-40170 FDS |

## NOTICE OF WITHDRAWAL

Please take notice that Burns & Levinson LLP, Attorney Lawrence G. Green and Attorney Thomas T. Reith do hereby withdraw their appearance as counsel of record for Defendant Expedia, Inc. in the above-captioned matter. Successor counsel have filed their notices of appearance on behalf of Defendant Expedia, Inc. See Docket Papers Nos. 56 and 57.

Respectfully submitted,

/s/ Thomas T. Reith
Lawrence G. Green, BBO #209060
Thomas T. Reith, BBO #648671
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Dated: November 30th, 2006     (617) 345-3000

## CERTIFICATE OF SERVICE

I, Thomas T. Reith, hereby certify that on this 30th day of November 2006, a true and accurate copy of the above document was served upon the attorney of record for each other party electronically, as evidenced by the Notice of Electronic filing of the same date.

/s/ Thomas T. Reith