UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

     Plaintiffs,                                  FEDERAL COURT

vs.                                          Case No. 05-40170 FDS

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

     Defendants.

_____/

## AFFIDAVIT OF SCOTT D. FERINGA

STATE OF MICHIGAN    )
                         )   SS.
COUNTY OF OAKLAND    )

SCOTT D. FERINGA, being first duly sworn, subscribes and states as follows:

1.     My full legal name is Scott D. Feringa, and I am a member of the law firm, Sullivan, Ward, Asher & Patton, P.C.

2.     I am lead counsel for Defendant Gap, Inc., and am familiar with the work performed and expenses incurred by my firm on behalf of Defendant Gap.

3.     As a result of Plaintiffs' failure to obey the Court's Order of October 24, 2006, my firm was required to contact Plaintiff's counsel seeking compliance with the Court's Order and, not obtaining compliance, was forced to file a motion seeking an Order holding Plaintiffs in contempt for said noncompliance, as well as supporting affidavits.

4.     That as a result of Plaintiffs' failure to obey, Defendant Gap incurred costs and attorneys fees in the sum of $950.00 from the law firm of Sullivan, Ward, Asher & Patton, P.C. See attached **Exhibit A.**

5.     That as a result of Plaintiffs' failure to obey, Defendant Gap incurred costs and attorneys fees in the sum of $542.50 from the law firm of Morrison Mahoney, LLP, it's local counsel in Boston, Massachusetts.  See attached **Exhibit B.**

6.     That these total fees in the sum of $1,492.50 were reasonably and necessarily incurred as a result of the Plaintiff's failure to obey this Court's Order of October 24, 2006.

**FURTHER, AFFIANT SAITH NOT.**

SCOTT D. FERINGA

Subscribed and sworn to before me
this 29 day of DECEMBER, 2006.

Notary Public

JOYCE MCKENNA
Notary Public, State of Michigan
County of Oakland
My Commission Expires Aug. 14, 2007
Acting in the County of OAKLAND

2