Page 8
Inv#
Date
PAG - 121179



| | | | | |
|---|---|---|---|---|
| 11/13/06 | DL | RECEIVED AND REVIEWED PLAINTIFF'S SOCIAL SECURITY RECORDS FROM PLAINTIFF COUNSEL | .40 | 60.00 |
| 11/13/06 | DL | PHONE CONFERENCE WITH SEAN MILANO INSTRUCTING HIM TO FOLLOW UP ON SOCIAL SECURITY RECORDS AND ADDITIONAL DISCOVERY PURSUANT TO THE ADDITIONAL RECORDS RELEASES RECEIVED FROM PLAINTIFF COUNSEL | .30 | 45.00 |

EXHIBIT
A

tabbies
Dockets.Justia.com

| | | | | |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 11/14/06 | DL | FAX CORRESPONDENCE TO DR. SCARBROUGH, ECONOMICS EXPERT, ENCLOSING SOCIAL SECURITY RECORDS PRODUCED BY PLAINTIFF COUNSEL | .20 | 30.00 |
| 11/15/06 | DL | DRAFTING OF MOTION FOR CONTEMPT ORDER FOR PLAINTIFF'S VIOLATION OF COURT ORDER COMPELLING DISCOVERY AND BRIEF IN SUPPORT | 4.20 | 630.00 |
| 11/15/06 | DL | PHONE CONFERENCE WITH SEAN MILANO REQUESTING COPY OF HIS LETTER TO PLAINTIFF COUNSEL REQUESTING AUTHORIZATION FOR SOCIAL SECURITY RECORDS | .30 | 45.00 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 11/17/06 | DL | DRAFTING OF PROPOSED AFFIDAVIT OF SEAN MILANO IN SUPPORT OF MOTION FOR CONTEMPT ORDER | .80 | 120.00 |
| 11/17/06 | DL | EMAIL TO SEAN MILANO ATTACHING HIS AFFIDAVIT FOR REVIEW AND SIGNATURE | .10 | 15.00 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 11/20/06 | DL | PHONE CONFERENCE WITH SEAN MILANO REGARDING CHANGES TO HIS AFFIDAVIT | .20 | 30.00 |
| 11/20/06 | DL | RECEIPT AND REVIEW OF SEAN MILANO'S AFFIDAVIT | .10 | 15.00 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |