## MM Time Report

| | |
|---|---|
| Timekeeper: 00662    MILANO, SEAN | Time qty.  0.30 |
| Date worked: 9/7/2006 | |
| Client: 007373    AIG CLAIM SERVICES, INC. | |
| Matter: 10021163    HOFER, S.&D. VS. OLD NAVY, INC | Transferred |
| Narrative: Correspondence with Attorney Feringa regarding Pre-Trial Conference and request for plaintiff's Social Security Administration records. | |



EXHIBIT B

Sean Milano (SMILANO)

# MM Time Report

| Timekeeper: 00662 | MILANO, SEAN | Time qty. | 0.70 |
|---|---|---|---|
| Date worked: 11/14/2006 | | | |
| Client: 007373 | AIG CLAIM SERVICES, INC. | | |
| Matter: 10021163 | HOFER, S.&D. VS. OLD NAVY, INC | Transferred | |
| Narrative: Correspondence to plaintiff's Attorney regarding Court order and Social Security Administration records. | | | |

| Timekeeper: 00662 | MILANO, SEAN | Time qty. | 0.30 |
|---|---|---|---|
| Date worked: 11/9/2006 | | | |
| Client: 007373 | AIG CLAIM SERVICES, INC. | | |
| Matter: 10021163 | HOFER, S.&D. VS. OLD NAVY, INC | Transferred | |
| Narrative: Receipt and review plaintiff's disability records and Hipaa Authorizations. | | | |

# MM Time Report

| Date/time transferred: | 11/30/2006 11:30:03 AM | Time qty. 0.20 |
|---|---|---|
| Timekeeper: | 00662  MILANO, SEAN | |
| Date worked: | 11/15/2006 | |
| Client: | 007373  AIG CLAIM SERVICES, INC. | |
| Matter: | 1002116?  HOFER, S.&D. VS. OLD NAVY, INC | Transferred |
| Narrative: | Correspondence with Attorney Lafarga regarding request for Social Security Administration records. | |

| | | Time qty. 0.20 |
|---|---|---|
| Timekeeper: | 00662  MILANO, SEAN | |
| Date worked: | 11/14/2006 | |
| Client: | 007373  AIG CLAIM SERVICES, INC. | |
| Matter: | 1002116?  HOFER, S.&D. VS. OLD NAVY, INC | Transferred |
| Narrative: | Receipt and review correspondence from Attorney Lafaerga with Court order. | |

| | | Time qty. 0.20 |
|---|---|---|
| Timekeeper: | 00662  MILANO, SEAN | |
| Date worked: | 11/20/2006 | |
| Client: | 007373  AIG CLAIM SERVICES, INC. | |
| Matter: | 1002116?  HOFER, S.&D. VS. OLD NAVY, INC | Transferred |
| Narrative: | Correspondence to Attorney Lafarga witness signed affidavit in support of Motion to Compel. | |

# MM Time Report

| | | Time qty. 0.20 |
|---|---|---|
| Timekeeper: 00662 | MILANO, SEAN | |
| Date worked: 11/21/2006 | | |
| Client: 007373 | AIG CLAIM SERVICES, INC. | |
| Matter: 10021163 | HOFER, S.&D. VS. OLD NAVY, INC | Transferred |
| Narrative: | Receipt and review defendant motion to hold plaintiff in contempt to Court order. | |

| | | Time qty. 0.20 |
|---|---|---|
| Timekeeper: 00662 | MILANO, SEAN | |
| Date worked: 11/17/2006 | | |
| Client: 007373 | AIG CLAIM SERVICES, INC. | |
| Matter: 10021163 | HOFER, S.&D. VS. OLD NAVY, INC | Transferred |
| Narrative: | Telephone call to plaintiff's Attorney regarding Social Security Administration records. | |

# MM Time Report

| Date/time transferred: | 11/30/2006 11:30:03 AM | | |
|---|---|---|---|
| Timekeeper: | 00662 | MILANO, SEAN | Time qty. 0.30 |
| Date worked: | 11/13/2006 | | |
| Client: | 007373 | AIG CLAIM SERVICES, INC. | |
| Matter: | 1002116? | HOFER, S.&D. VS. OLD NAVY, INC | Transferred |
| Narrative: | Telephone call with Attorney Dave Lafarga regarding medical and Social Security Administration records. | | |
| Timekeeper: | 00662 | MILANO, SEAN | Time qty. 0.30 |
| Date worked: | 11/20/2006 | | |
| Client: | 007373 | AIG CLAIM SERVICES, INC. | |
| Matter: | 1002116? | HOFER, S.&D. VS. OLD NAVY, INC | Transferred |
| Narrative: | Review and revise affidavit in support of Motion to Compel. | | |
| Timekeeper: | 00662 | MILANO, SEAN | Time qty. 0.20 |
| Date worked: | 11/20/2006 | | |
| Client: | 007373 | AIG CLAIM SERVICES, INC. | |
| Matter: | 1002116? | HOFER, S.&D. VS. OLD NAVY, INC | Transferred |
| Narrative: | Receipt and review correspondence from Attorney Lafarga regarding affidavit and motion. | | |