**Defendant The GAP, Inc.'s Motino for Summary Judgment**

**Index of Exhibits**

**Exhibit A:**   Complaint

**Exhibit B:**   Plaintiffs Stephanie Hofer and Douglas Hofer's Answers to Defendant, The GAP, Inc.'s First Set of Interrogatories

**Exhibit C:**   Affidavit of Nadine Manfredi

**Exhibit D:**   Plaintiff's Response to Defendant, The GAP, Inc.'s First Request for Admissions Pursuant to Fed.R.Civ.P. 36

**Exhibit E:**   Portions of the Deposition of Patricia Reese – 10/20/06

**Exhibit F:**   Plaintiffs, Stephanie and Douglas Hofer's Opposition to Defendant, The GAP, Inc.'s Motion to Bar Plaintiff from providing any Expert Testimony Due to Plaintiff's Failure to Comply with the Case Management Order of February 3, 2006 and Expedia's Motion to Strike Plaintiffs' Expert Witness Testimony

**Exhibit G:**   Memorandum and Order on Motions of Defendants The GAP, Inc. and Expedia, Inc. to Bar Plaintiffs from Providing any Expert Testimony

**Exhibit H:**   William Newberry Report – November 9, 2006

**Exhibit I:**   Dr. John E. Moalli and Dr. Maureen T.F. Reitman Report – February 14, 2007