**Defendant The GAP, Inc.'s Motion for Summary Judgment**

# Exhibit "D"

## (Plaintiff's Response to Defendant, The GAP, Inc.'s First Request for Admissions Pursuant to Fed.R.Civ. P.36)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 05-40170 FDS

| | |
|---|---|
| Stephanie Hofer and Douglas Hofer,<br>    Plaintiffs,<br><br>v.<br><br>The Gap Inc., Expedia, Inc., and<br>Turtle Beach Towers,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S RESPONSE TO DEFENDANT, THE GAP, INC.'S, FIRST REQUEST FOR ADMISSIONS PURSUANT TO FED. R. CIV. P. 36

### REQUEST TO ADMIT NO. 1

Admit that the original footwear that plaintiffs claim is the subject matter of this litigation, and which were being worn at the time of the incident alleged in the Plaintiffs' Complaint were not in plaintiff Stephanie Hofer's possession when she left Jamaica on March 20, 2004 and traveled to Massachusetts.

### RESPONSE

Admitted.

### REQUEST TO ADMIT NO. 2

Admit that based upon present information and belief, plaintiff Stephanie Hofer is of the opinion that the original footwear was left by her at the hotel that has been identified as Turtle Beach Towers, on the day of the incident, that being March 19, 2004.

### RESPONSE

Denied.

### REQUEST TO ADMIT NO. 3

Admit that to the best of Stephanie Hofer's knowledge, she has no information that any other individual recovered and retained the subject footwear.

### RESPONSE

Denied.

### REQUEST TO ADMIT NO. 4

Admit that based upon information and belief, plaintiff Stephanie Hofer has no information that her actions, including but not limited to the fall which is the subject matter of this Litigation as defined in Plaintiffs' Complaint, was recorded in any fashion by any recording devices such as security cameras, still cameras or video cameras.

### RESPONSE

Admitted.

### REQUEST TO ADMIT NO. 5

Admit that based upon information and belief, plaintiff Stephanie Hofer has no information that any individual has images of the subject footwear that plaintiff Stephanie Hofer claims she was wearing and was involved in the incident as described in Plaintiffs' Complaint, taken of the footwear immediately after the incident described in Plaintiffs' Complaint showing the condition of said footwear immediately after the incident.

### RESPONSE

Denied.

### REQUEST TO ADMIT NO. 6

Admit that the plaintiff Stephanie Hofer took no steps to preserve the footwear which is now the subject matter of this litigation.

### RESPONSE

Admitted

### REQUEST TO ADMIT NO. 7

Admit that plaintiff Stephanie Hofer did not preserve the footwear that is the subject matter of this litigation.

### RESPONSE

Admitted.

Signed under the pains and penalties of perjury this 22nd day of June, 2006.

_____
Stephanie Hofer


Objections by,

_____
India L. Minchoff, Esq. (652456)
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125
617/740-7340 telephone
617/740-7310 facsimile