**Defendant The GAP, Inc.'s Motion for Summary Judgment**

Exhibit "E"

(Portions of Deposition of Patricia Reese – 10/20/06)

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and DOUGLAS HOFER,

    Plaintiffs,

  vs.                    No. 05-40170 FDS

THE GAP INC., EXPEDIA, INC., and TURTLE BEACH TOWERS,

    Defendants.

---

H I G H L Y    C O N F I D E N T I A L

DEPOSITION OF PATRICIA REESE

San Francisco, California

Friday, October 20, 2006

Reported by:
GINA GLANTZ
CSR No. 9795, RPR, RMR

JOB No. 3-55146A

HIGHLY CONFIDENTIAL

Page 26

1  fair to say?
2      A   Yes.
3      Q   And then you saw the buttons being attached to
4  the straps?
5      A   No. The buttons are actually molded as a part
6  of the strap. It's not a separate piece --
7      Q   Okay. So just so I'm clear --
8      A   -- what I saw.
9      Q   Okay. The buttons that you saw were not
10 separate and apart from the strap itself; it was all one
11 piece, in other words?
12     A   Yes.
13     Q   So it's basically one component part, at least
14 the one that you saw?
15     A   That's correct.
16     Q   Have you ever seen any flip flops that were
17 sold by Old Navy in 2004 being subjected to any testing
18 in the time that you've worked at the Gap?
19     A   I have to think about this for a minute. I
20 don't recall.
21     Q   Are you familiar with the testing that a sandal
22 or a flip flop undergoes by one of the laboratories that
23 works for the Gap?
24     A   Yes.
25     Q   What testing is performed on the flip flops?

HIGHLY CONFIDENTIAL

Page 27

1    A    We have a lot of testing on our flip flops.  If
2    there -- do you want to start in a particular place
3    or --
4         MR. FERINGA:  Perhaps.
5         MR. KUZMA:  Well, could we turn to one of the
6    exhibits?
7         MR. FERINGA:  Yes.  What we're referring to,
8    for everyone that's concerned, is we're referring to
9    what has been marked as Exhibit No. 5, which is the
10   October 2003 Footwear and Accessories Manual.
11   Specifically we are looking at the page entitled
12   "Footwear Casual GP#9210US," 1 of 4.
13   BY MR. KUZMA:
14        Q    All right.  I'm with you there.  And actually,
15   on what page does the testing methodology -- where is it
16   stated?
17        A    Well, it's a column.
18        Q    Okay.  Where would that be?  On page 2?
19        A    So are you looking at "Footwork Casual GP9210"?
20        Q    Yes.
21        A    Okay, so there's four columns.  It's situated
22   like a chart.
23        Q    Okay.  And I just want to be clear, Ms. Reese,
24   so that we're all on the same page on this.  You are
25   referring to what has been marked as Exhibit 5, which is

HIGHLY CONFIDENTIAL

Page 28

1   the October 2003 Footwear and Accessories Regulatory
2   Compliance, Performance Standards and Testing
3   Procedures; correct?
4       A   Yes, correct.
5       Q   Okay, would you continue.
6       A   So Footwork Casual GP9210 is actually displayed
7   as a chart, and we're looking at page 1 of 4.
8       Q   Yes.
9       A   So the test-method references are the second
10  column in the chart.
11      Q   Okay.  And that would be for physical -- well,
12  what are the headings under the testing for this
13  particular type of sandal?
14      A   What are the headings?
15      Q   Yes.  In other words, one would be "Physical
16  Properties"?
17      A   I think -- let me explain to you the way that
18  this is read, this test protocol.
19          MR. FERINGA:  Hang on.  Just a minute.  He
20  didn't ask you that.
21  BY MR. KUZMA:
22      Q   Go ahead.
23      A   Okay.  Sorry.
24      Q   Well, I'll ask it to you now.  Why don't you
25  explain it to me.

1  MR. FERINGA: Okay.
2  THE WITNESS: Okay, the test method is the
3  second column. The first method is the name of the
4  test. The third column is the number of readings,
5  fourth column is the test principles.
6  BY MR. KUZMA:
7  Q  Right, I see that, all at the top.
8  A  Right.
9  Q  All right. Now, regarding the straps
10 themselves, is there any testing performed on the
11 straps?
12 A  Yes.
13 Q  And the third -- and where is that indicated?
14 A  It is on page 2 of 4.
15 Q  And where specifically on page 2 of 4 is that
16 indicated?
17 A  If you read in the column under "Test
18 Description," there are two tests. One is titled "Flip
19 Flop Strap Attachment" --
20 Q  Yes.
21 A  -- "Directional Pull Test," and the second one
22 is directly underneath, "Flip Flop ... Attachment
23 Cycling Test."
24 Q  All right, I just want to be clear. That
25 second test that you mentioned, it actually says "Flip

HIGHLY CONFIDENTIAL

Page 30

1   Flop Strap Attachment"; is that correct?
2   A   Correct.
3   Q   And under the first category, where it says
4   "Flip Flop Strap Attachment - Directional Pull Test,"
5   can you explain what the directional pull test is?
6   A   Yes. The directional pull test is a single
7   application of force in multiple directions, so, for
8   example, you would pull the strap upwards.
9   Q   This one here?
10  A   Yes. You would pull it horizontally, you would
11  pull it in the opposite direction, I believe there's
12  five directional forces. So the flip flop is secured in
13  place, and there is a --
14  Q   And what is --
15  A   -- a vice grip that's attached to the strap,
16  and then various directions. The force is applied in
17  various directions.
18  Q   And do you know what instrument is used to
19  calculate the amount of force that is used under that
20  directional pull test?
21  A   It's called an Instron. It generally has a
22  digital read-out that measures the amount of force.
23  Q   And where it says "Test Method GP H9208," what
24  does that signify?
25  A   That's the test method that the lab follows to

1  execute the test. It stipulates the type of equipment,
2  it stipulates the amount of force, it stipulates the
3  duration that the force is maintained. It stipulates
4  the amount of time that the force is applied over.
5      Q  Now, where can I find that particular test
6  method spelled out anywhere?
7      A  Where can you find it? We maintain it on file,
8  at Gap, and also all of our partner labs that are
9  approved to do footwear testing also, of course, have a
10 copy of it.
11     Q  Do you know whether that's been provided
12 through counsel --
13        MR. FERINGA: That hasn't been --
14 BY MR. KUZMA:
15     Q  -- the GP H9208?
16        MR. FERINGA: That hasn't been asked for.
17        MR. KUZMA: It hasn't been? So it hasn't been
18 provided; is that fair to say?
19        MR. FERINGA: It has not been provided, it has
20 not been asked for.
21 BY MR. KUZMA:
22     Q  When it says "# Of Readings," what do you mean
23 by that? It says number 1.
24     A  That means that it is -- there's only one read
25 that's taken per application of force. There are some

1  tests where you will look at multiple reads and take an
2  average.
3       Q   And under "Test Principles," it says, "Each
4  strap attachment must withstand pull force in various
5  directions as specified, without detachment."  Did I
6  read that correctly?
7       A   Correct.
8       Q   Do you know why it would be important to make
9  sure that it withstands the pull force indicated without
10 detachment?
11      A   Yes.
12      Q   Why?
13      A   Well, we're looking at the flip flop to assess
14 it for both quality and safety.
15      Q   Is every flip flop that is sold by Old Navy --
16 do they all go through that test?
17      A   Every style is assessed to this test, yes.
18      Q   Every style, but not every flip flop; is that
19 fair to say?
20      A   Yes, that's fair to say.
21      Q   In the next column, underneath what we just
22 went over, that is, the directional pull test, it says
23 "Cycling Test."  Is that fair to say?
24      A   Yes.
25      Q   What is the cycling test?

1   A   The cycling test is a repeated application of
2   force, with relaxation and repeated application, so it
3   basically cycles through the test.
4   Q   And in this case, it would be 20 cycles?
5   A   That's right.
6   Q   And 20 cycles means what?
7   A   20 cycles means repeated application and then
8   relaxation, that constitutes one cycle.
9   Q   So basically, you're doing it 20 times; is that
10  fair to say?
11  A   That's right.
12  Q   And next to that, where it says "GP H9207,"
13  what is that test method?
14  A   That's a description of the cycling test.  It
15  lays out the requirements or the specifications for
16  setting up the test, it specifies what type of
17  instruments are used, what types of clamps are used, how
18  the shoe should be positioned, which direction the force
19  should be applied, the duration of time, et cetera.
20  Q   And do you know what instruments should be used
21  for that particular test?
22  A   That's also on the Instron.
23  Q   And is there a particular vice that's used?
24  A   We specify a vice clamp that is capable of
25  gripping the strap without causing damage to the strap.

1    Q   Is there a particular name for that particular vice clamp?

3    A   I don't know the name of it, but I'm confident that the labs can -- are specifying that, because they take great pains to be consistent from lab to lab.

6    Q   Where it says "Test Principles" for the cycling test, and it says "Each strap attachment must withstand repeated applications of tension of 20 pounds @ 20 cycles" -- did I read that correctly?

10   A   Yes.

11   Q   And it says "both horizontally and vertically"; correct?

13   A   Correct.

14   Q   Do you know how the figure 20 pounds was determined?

16   A   I believe that the 20 pounds was determined through a study of competitor flip flops.

18   Q   Do you know which competitors? When you say "competitors," you mean competitors of the Gap?

20   A   Competitors of Old Navy.

21   Q   Who would be the competitors of Old Navy?

22   A   The competitors in this case were competitors that sold flip flops, so maybe not competitors of Old Navy at large. Abercrombie and Fitch, Quick Silver, I think we might have shopped Mervyn's. And there was one

1  the test data that resulted from testing the competitor
2  flip flops.
3      Q    And when were they developed?
4      A    I don't have the exact date on that.
5      Q    Is it fair to say that prior to 2003, that
6  there were no test methods for flip flops sold at Old
7  Navy?
8      A    I have information that says that the straps
9  were being tested even prior to the implementation of
10 these tests.
11     Q    Was it by one of the approved labs of the Gap?
12     A    Yes.
13     Q    In any event, whatever testing that was being
14 undertaken was not pursuant to any vendor-Gap agreement
15 prior to 2003; is that fair to say?
16         MR. FERINGA:  Are we talking about testing
17 specifically with respect to the straps or any form of
18 testing?
19         MR. KUZMA:  Straps, straps.
20         MR. FERINGA:  Thank you.
21         THE WITNESS:  Can I hear the question again,
22 please?
23 BY MR. KUZMA:
24     Q    Yes.  Is it fair to say that prior to 2003,
25 that whatever testing was being performed on the flip

1   Q   Where is that indicated?
2   A   The reinforcement effectiveness, this test at
3   the time, in 2000, would have addressed straps of any
4   type, including flip flop straps.
5   Q   And that's under the category marked
6   "Performance"?
7   A   Correct.
8   Q   And under that, it says, "Reinforcement
9   Effectiveness," so that would be reinforcement regarding
10  the straps on a flip flop; is that fair to say?
11  A   That's correct.
12  Q   And at that time, the test principle was
13  25-pounds minimum; correct?
14  A   That's right.
15  Q   And would that be a similar type of pull test
16  that was used to test the reinforcement effectiveness of
17  a strap on a flip flop?
18  A   This is what was in use at the time.
19  Q   Right, I understand that.  And was that
20  25-pound test used to test the strength of the attached
21  strap on a flip flop?
22  A   Yes.
23  Q   Where it says "Test Method" next to
24  "Reinforcement Effectiveness," "ASTM D1683," what does
25  that stand for, for the record?

1       A    You're asking me about the test method?
2       Q    Yes. Well, first of all, do you know what ASTM
3  stands for?
4       A    Yes, I do.
5       Q    What does it stand for?
6       A    American Society of Testing of Materials.
7       Q    And are you familiar with that testing
8  methodology --
9       A    Yes.
10      Q    -- that's listed here?
11      A    Yes, it's a standard tension application
12 similar to the one that we talked about earlier.  This
13 is a more simplified test.
14      Q    Is it also done by holding the sandal in a
15 vice?
16      A    Yes.
17      Q    And attaching another instrument to the strap
18 and pulling in various directions?
19      A    Yes.
20      Q    Is it the same instrument that's used --
21      A    Yes.
22      Q    -- as the digital instrument?
23      A    Yes.
24      Q    Have you ever seen that test performed,
25 Ms. Reese?

Page 45

1        A    Yes.
2        Q    Have you ever seen any sandals become -- strike
3   that.
4             Have you ever seen any straps become detached
5   when under that testing methodology?
6        A    It's possible that I've seen a video of this
7   test being performed with straps.
8        Q    When was the last time -- sorry.  When was the
9   last time you saw -- so you didn't see it in person; is
10  that fair to say?
11       A    I don't remember ever seeing it in person, no.
12       Q    When was the last time you saw that video?
13       A    This would be at least three, possibly four
14  years ago.
15       Q    Is that while you were working at the Gap?
16       A    Yes.
17       Q    Do you know who provided that video to you?
18       A    Yes, our partner labs.
19       Q    Who would that be?
20       A    Intertek Testing Services and Bureau Veritas.
21       Q    By the way, are those the only two testing labs
22  that you use or the only two name -- name of testing
23  labs that the Gap uses?
24       A    For footwear, yes.
25       Q    And that's been true since the year 2000; is