# EXHIBIT 3

Dockets.Justia.com

Page 1

```
 1              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
 2

 3                          Docket No. 05-40170 FDS

 4

 5   STEPHANIE HOFER and
     DOUGLAS HOFER                    COPY
 6           Plaintiffs

 7           vs.

 8   THE GAP INC., EXPEDIA, INC.,
     and TURTLE BEACH TOWERS,
 9           Defendants
     _____/

10

11                          Fort Lauderdale, Florida
                            October 17, 2006
12                          12:00 o'clock p.m.

13   APPEARANCES:

14   THE LAW OFFICES OF RUSSO & MINCHOFF, P.A.
     BY:  INDIA L. MINCHOFF, Esquire
15   BY:  STEVEN KUZMAN, Esquire
     Appearing on behalf of the Plaintiffs.

16

17   THE LAW OFFICES OF BURNS & LEVENISON, P.A.
     BY:  LAWRENCE GREEN, Esquire
18   Appearing on behalf of the Defendant, Expedia.

19

20   THE LAW OFFICES OF SULLIVAN, WARD et al, P.D.
     BY:  DAVID LAFARGA, Esquire
     Appearing on behalf of the Defendant, The Gap

21

22              - - - - - - - -

23                     DEPOSITION

24                        OF

25                   LAURA VEGLIA
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I-N-D-E-X

| DATE | PROCEEDINGS | PAGES |
|------|-------------|-------|
| 10/17/06 | Deposition | 1 - 65 |

| Witness | Direct |
|---------|--------|
| Laura Veglia | 3 |

E-X-H-I-B-I-T-S

| Plaintiff | Page |
|-----------|------|
| No. 5 | 36 |
| No. 6 | 40 |
| No. 7 | 44 |
| No. 8 | 45 |

REDACTED    Page 3

1          The deposition of LAURA VEGLIA was taken by

2     me, Lisa Greenwell, a Notary Public for the State

3     of Florida at Large, at the Pelican Grant Beach

4     Resort, 2000 North Ocean Boulevard, Suite 706, in

5     the City of Fort Lauderdale, County of Broward, in

6     the State of Florida beginning at the hour of

7     12:00 p.m., the 17th day of October, 2006, on

8     behalf of the Plaintiffs in the above-entitled

9     action pending in the above-named court.

10

11    Thereupon,

12                    LAURA VEGLIA

13    having been first duly sworn, was examined and

14    testified upon her oath as follows:

15                 DIRECT EXAMINATION

16    BY MR. KUZMAN:

17          Q.    Please state your full name.

18          A.    Laura Veglia.

19          Q.    Tell me your residential address?

20          A.    ████████████████████ Dania Beach

21    Florida, 33004.

22          Q.    What is your place of employment?

23          A.    I work for Expedia.

24          Q.    What's the address of your place of

25    business?

Page 4

1          A.     1501 Northeast 3rd Avenue, Suite

2     1500, Fort Lauderdale, Florida, 33301.

3               MR. KUZMAN: Mr. Green, if you would,

4          if you can look at Schedule A of notice of

5          taking deposition and let me know in which

6          of the numbered areas of inquiry under

7          Schedule A Mrs. Veglia will testify to.

8               MR. GREEN:  Yes.  Mrs. Veglia's

9          testifying in response to area Number 1 as

10          objected to by response to that.  And also

11          in response to area Number 5 to the extent

12          that you have any questions as to Expedia

13          as procedures and practices with respect to

14          visits as opposed to the particular visit

15          which Mrs. Frazier testified to.

16     BY MR. KUZMAN:

17          Q.     Mrs. Veglia, will you please tell me

18     when you first became employed at Expedia?

19          A.     December 2001.

20          Q.     In what capacity?

21          A.     Regional director.

22          Q.     Where did you work before assuming

23     that position?

24          A.     I worked for Silver Sea Cruise.

25          Q.     Silver Sea Cruises?

1    Expedia conducted annual inspections of Turtle

2    Beach Towers on the premises of Turtle Beach

3    Towers?

4              MR. GREEN:  Well, I object to that.

5          It would be covered by the attorney/client

6          privilege.

7    BY MR. KUZMAN:

8          Q.    Does Expedia, since the time that

9    you've been employed at Expedia, perform any

10   inspection of any of the properties that it lists

11   on its web site?

12         A.    No.

13         Q.    Does it visit any of the properties

14   as part of its regular course of business?

15         A.    Yes.

16         Q.    Does it visit those properties --

17   What's the purpose of those, those visits?

18         A.    To meet the people at the hotels.

19         Q.    When you see you meet the people at

20   the hotels, I take it you mean the people that run

21   the hotels?

22         A.    The people that are responsible for

23   rates and inventory.

24         Q.    Is there any other purpose to the

25   visits as far as you know?

Page 19

1     A.     To familiarize ourselves with the
2   properties and destinations.

3     Q.     Why is it that you want to
4   familiarize yourself with the properties?

5     A.     Um, so that we can have an
6   understanding of the property and -- and, um, look
7   at the listing to, um, determine the rates and
8   inventory.

9     Q.     Part of that understanding is to
10  observe the condition of the properties that you
11  go to see?

12    A.     It is not our responsibility to do
13  that.

14    Q.     Not a responsibility to do that?

15    A.     It is not -- it is not one of the
16  things that we do.

17    Q.     All right.  So you're strictly -- you
18  want to know what the rates are and what was the
19  other term you used?

20    A.     The inventory.

21    Q.     The inventory?

22    A.     Hm-hum.

23    Q.     And both of those would be related to
24  the financial aspects of the hotels, correct?

25    A.     It would be part of the listing, yes.

1          yes.

2     BY MR. KUZMAN:

3          Q.     After they view the destinations,

4     what do they do with that information, if

5     anything?

6               MR. GREEN:  Object to the form.  I

7          object on two grounds.  One, when you say

8          view the destination, it sounds like

9          they're looking at the entire property.

10              And then you're saying, what do they

11         do with that information.  You're

12         suggesting that there's written

13         information.  So I object on both scores———

14         here.

15              MR. KUZMAN:  Let me rephrase.

16    BY MR. KUZMAN:

17         Q.     The representatives at Expedia that

18    go out to view, let's say, a particular hotel in

19    the Caribbean, okay, do they report back to

20    Expedia as to what their observations were?

21         A.     That is not the intent.

22         Q.     The intent is strictly what?

23         A.     Our job is to manage rates and

24    inventory.

25         Q.     And that's the purpose of Expedia?

Page 38

1      area.

2            MR. KUZMAN:  But she's being produced

3      regarding inspections and I think that this

4      ties into --

5            MR. GREEN:  If you want to tie it

6      into inspections and ask it in that

7      regards, certainly.  But if you're asking

8      her the intent of this document, I take

9      exception to that.

10   BY MR. KUZMAN:

11         Q.    All right.  Well, you've already

12   testified that Expedia does not perform any

13   inspections of the physical plant of any of the

14   hotels listed on its web site, correct?

15         A.    Can you repeat that question?

16         Q.    Fair to say that Expedia does not

17   inspect the physical plant of the facilities that

18   are advertised on its web site?

19         A.    That is my -- that is my

20   understanding.

21         Q.    And that they -- they make visits to

22   the facilities and that has to do with the number

23   of rooms that are available, correct?

24            MR. GREEN:  Well, hold on.  She's --

25      she's said what the visits are for, it's

1    right hand bottom corner.  See where it says

2    3/25/02?

3            A.    I see that.

4            Q.    Does that have any significance to

5    you as to when this appeared on the Expedia web

6    site?

7            A.    I really don't know what this line

8    refers to, but it seems to have a date here of

9    3/25/2002.

10           Q.    When was the last time you checked

11   out the web site for Turtle Beach Towers on

12   Expedia's web site?

13           A.    On the Turtle Beach web site or

14   Expedia -- the listing on Expedia?

15           Q.    The listing on Expedia.

16           A.    Um, to be honest with you, I don't

17   think I ever checked it out.

18           Q.    The information that's contained in

19   this exhibit that is describing Turtle Beach

20   Towers as being the very best of Ocho Rios,

21   Jamaica and a perfect vacation paradise, do you

22   know where that information is derived from?

23           A.    Um, I don't know where this

24   particular information is derived from.

25           It says here that the description was

bcfea6b5-c9ba-4987-b519-85d8742bf41f

Page 47

1    provided by Turtle Beach Towers.

2         Q.    Okay.  And so as far as you know,

3    this description was provided by Turtle Beach

4    Towers?

5         A.    I can only assume that having read it

6    says that it was provided by Turtle Beach Towers

7    here, yes.

8         Q.    Right.  As far as you know, does

9    anyone from Expedia visit the hotel to insure that

10   the information that's conveyed from the hotel to

11   Expedia is accurate?

12        A.    Ah, I don't know of any such person

13   that does that.

14        Q.    And again,, there's no market visits

15   to a hotel property to insure that a description

16   which comes from a hotel is accurate, is that fair

17   to say?

18        A.    Can you repeat the question again?

19        Q.    Yeah.  As far as you know, there's no

20   one at Expedia that will investigate whether the

21   information provided by a motel to Expedia is

22   accurate?

23        A.    Um, I don't know of any such thing.

24        Q.    By the way, I just wanted to go back

25   to something I know I asked you, but I forgot your

Page 60

1      A.      To meet with the representatives of

2   Sandals.

3      Q.      Basically meet and greet?

4      A.      Basically a meeting, right.

5      Q.      Did they know you were coming?

6      A.      Yes.

7      Q.      In the last four years, how many

8   times have you been to Jamaica?

9      A.      Um, in the last four years, that

10   would be of since 2003, so I've probably been

11   three or four times.

12      Q.      What were the purposes of those

13   visits?

14      A.      Um, either meetings with hotels or

15   conferences.

16      Q.      Is there any criteria employed or

17   used by Expedia to determine which hotels would be

18   listed on their web site?

19      A.      Is there a criteria?  Well, they have

20   to sign a contract.  They have to sign a listing

21   contract.

22      Q.      Yep.  And they have to agree those

23   terms, right?

24      A.      Right.

25      Q.      Is there anything else besides

Page 61

1    signing a contract?

2          A.    They have to provide rates and

3    inventory and information about the property.

4          Q.    All right.  Anything else?

5          A.    They have to be open for business.

6          Q.    Okay.  That's always good.  Yep.

7    Anything else?

8          A.    I think all the -- all the terms of

9    working with Expedia are outlined in the listing

10   agreement.  So there would be nothing else besides

11   that.

12         Q.    All right.  And listing agreement, do

13   you have a copy of that?

14         A.    I'm taking about this document here

15   that we've --

16         Q.    The contract?

17   A.    Right.

18         MR. GREEN:  Just so we're, because

19         there have been several documents, the

20         witness was just referring to Exhibit 7 and

21         she was also making reference to 3EXP 1 to

22         4.

23         THE WITNESS:  Okay.

24   BY MR. KUZMAN:

25         Q.    And the purpose of the meet and