# EXHIBIT 8

Dockets.Justia.com

Page 1

FAYLIN MILLER
August 21, 2006

```
 1            IN THE DISTRICT COURT OF THE UNITED STATES

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3

 4  STEPHANIE HOFER and DOUGLAS HOFER,

 5                  Plaintiffs,

 6      vs.                      Case No. 05-40170

 7  THE GAP, INC., EXPEDIA, INC.,

 8  and TURTLE BEACH TOWERS,

 9                  Defendants.

10  _____

11

12

13      The Videotaped Deposition of FAYLIN MILLER,

14      Taken at Turtle Beach Towers, Main Street,

15      Ocho Rios, St. Ann, Jamaica, W.I.,

16      Commencing at 10:02 a.m.,

17      Monday, August 21, 2006,

18      Before Rebecca J. Callow, CSR-5228, RPR.

19

20

21

22

23

24

25
```



FAYLIN MILLER
August 21, 2006

```
 1    APPEARANCES:

 2

 3    STEPHEN J. KUZMA

 4    Stephen Kuzma Law Office

 5    75 Federal Street

 6    Suite 17

 7    Boston, Massachusetts   02110

 8    (617) 338-3020

 9        Appearing on behalf of the Plaintiffs.

10

11    INDIA L. MINCHOFF

12    Russo & Minchoff

13    123 Boston Street

14    Boston, Massachusetts   02125

15    (617) 740-7340

16        Appearing on behalf of the Plaintiffs.

17

18    SCOTT D. FERINGA

19    Sullivan, Ward, Asher & Patton, P.C.

20    25800 Northwestern Highway

21    Suite 1000

22    Southfield, Michigan   48037

23    (248) 746-0700

24        Appearing on behalf of the Gap, Inc.

25
```



FAYLIN MILLER
August 21, 2006

1    THOMAS T. REITH

2    Burns & Levinson, L.L.P.

3    125 Summer Street

4    Boston, Massachusetts  02110

5    (617) 345-3000

6         Appearing on behalf of Expedia, Inc.

7

8    ALSO PRESENT:

9    Lynsey Williams - Video Technician

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



FAYLIN MILLER
August 21, 2006

```
 1    Ocho Rios, St. Ann, Jamaica, W.I.,

 2    Monday, August 21, 2006

 3    10:02 a.m.

 4

 5              MARKED BY THE REPORTER:

 6              DEPOSITION EXHIBIT NUMBERS 1-7

 7              10:02 a.m.

 8              VIDEO TECHNICIAN:  We are now on the record.

 9    This is the videotape deposition of Fay Miller being

10    taken on Monday August 21st, 2006.  The time is now

11    10:02 and 11 seconds a.m.  We are located at the

12    Turtle Beach Towers in Ocho Rios Jamaica.  This

13    deposition is being taken on behalf of the defendants

14    in the matter of Stephanie Hofer and Douglas Hofer

15    versus The Gap, Incorporated; Expedia, Incorporated;

16    and Turtle Beach Towers.  This case number 05-40170

17    FDS.  This matter is being held in the United States

18    District Court for the District of Massachusetts.

19              My name is Lynsey Williams, video

20    technician.  Will the court reporter swear in the

21    witness and the attorneys briefly identify themselves

22    for the record, please?

23              FAYLIN MILLER,

24    was thereupon called as a witness herein, and after

25    having first been duly sworn to testify to the truth,
```



FAYLIN MILLER
August 21, 2006

1       the whole truth and nothing but the truth, was

2       examined and testified as follows:

3                   MR. FERINGA:  Scott Feringa appearing on

4       behalf of The Gap.

5                   MR. REITH:  Thomas Reith on behalf of

6       Expedia, Inc.

7                   MS. MINCHOFF:  India Minchoff for the

8       plaintiffs.

9                   MR. KUZMA:  Steven Kuzma for the plaintiff,

10      Stephanie Hofer.

11                  MR. FERINGA:  Good morning, Ms. Miller.

12  A.  Morning.

13                  MR. FERINGA:  Let the record reflect this

14      deposition is being taken pursuant to Notice and may

15      be used for all purposes as contemplated by the

16      Federal Rules of Civil Procedure and the Federal Rules

17      of Evidence.

18                  MR. KUZMA:  Before we begin, I just want to

19      make a statement that I don't believe consular

20      authority has been granted in the case, and we'd

21      object to the taking of the deposition on that ground.

22                  MR. FERINGA:  We've received consular

23      authority from the Consulate of Jamaica.

24                  MR. KUZMA:  Okay.  I'd like to see it.

25      That's all I need.



Page 6

FAYLIN MILLER
August 21, 2006

1              MR. FERINGA:  I think we've provided that
2       with the motion.  You saw that letter from the
3       Consulate, from Jamaica.
4              MR. KUZMA:  If that's so, I waive my
5       objection.
6              MR. FERINGA:  Let's go off the record.
7       Somebody's at the door.
8              VIDEO TECHNICIAN:  We are going off the
9       record.  The time is 10:04 and 7 seconds a.m.
10             (Discussion off the record at 10:04 a.m.)
11             (Back on the record at 10:05 a.m.)
12             VIDEO TECHNICIAN:  Back on the record.  The
13      time is 10:05 and 37 seconds a.m.
14             MR. FERINGA:  Just back on the record in
15      response to Mr. Kuzma's objection, we had supplied
16      with a petition to the Court as Exhibit D, a letter
17      that was faxed to us from the Embassy of Jamaica on 27
18      July 2006 from Mr. Cythe, C-y-e-t-h, Denton, first
19      secretary/consul, advising that the Embassy -- that
20      Jamaica has no objection to the taking of the
21      depositions here.  So we'll use that as part of the
22      record.
23                          EXAMINATION
24   BY MR. FERINGA:
25   Q.   Can you give us your full name, please?



FAYLIN MILLER
August 21, 2006

1   A.   I'm Faylin, F-a-y-l-i-n.  Miller, M-i-l-l-e-r.

2   Q.   Mrs. Miller, we were introduced before we started this

3        deposition.  My name is Scott Feringa.  I'm going to

4        be asking you some questions today.  The ladies here

5        will be taking down everything that we say.

6   A.   Sure.

7   Q.   Additionally, it's a fairly artificial way of talking,

8        because two of us can't talk at the same time.  That

9        way, if we talk at the same time, our court reporter

10       will not be able to take us down both together.  So if

11       you can wait until I'm finished and I'll wait until

12       you're finished, that will be translated well on our

13       record then, please.

14  A.   Okay.

15  Q.   Additionally, Mrs. Miller, if you have any questions

16       about what I have asked you, if I'm unclear in any

17       way, please tell me and I'll be more than happy to

18       rephrase the question.  All right, ma'am?

19  A.   Sure.

20  Q.   Mrs. Miller, we're at the Turtle Beach Towers in Ocho

21       Rios, Jamaica.  Is that correct?

22  A.   Yes, we are.

23  Q.   And, Mrs. Miller, what is your position here?

24  A.   I'm general manager for the apartments.

25  Q.   And how long have you been general manager for the



FAYLIN MILLER
August 21, 2006

1   Q.   The towers that we're involved in, how many towers are

2        there?

3   A.   There are four towers.

4   Q.   And then where they first built?  Do you know?

5   A.   Oh, they are, I would say, 40 years old.

6   Q.   The reception area, is that at Tower Number 4?

7   A.   It is.

8   Q.   And is that the location where guests actually check

9        in?

10  A.   Yes.  That's right.

11  Q.   I'm going to show you what we have marked as Exhibit

12       Number 1.  And this a photograph of Tower 4 and the

13       reception area.  This is the same photograph that has

14       been used at the deposition of Ms. LaBelle and

15       Mrs. Hofer.

16             MR. FERINGA:  Counsel?

17             MR. KUZMA:  I object to the form.

18  BY MR. FERINGA:

19  Q.   Is this is a photograph of Tower Number 4 and the

20       reception area?

21  A.   Yes, it is.

22             MR. KUZMA:  Objection.

23  BY MR. FERINGA:

24  Q.   And will you hold that up for the camera?  Now, with

25       respect to that photograph, where is the reception



BIENENSTOCK
COURT REPORTING & VIDEO
248-644-8888

FAYLIN MILLER
August 21, 2006

```
 1        area located?

 2   A.   Inside the lobby.  Inside here.  Open the door and you

 3        go in.  It's right in there.

 4   Q.   And in March of 2004, was the reception area in that

 5        same location?

 6   A.   That's never changed for 30 years.

 7   Q.   Okay.  So the photograph that --

 8              MR. KUZMA:  Objection.  Move to strike.

 9   BY MR. FERINGA:

10   Q.   So the photograph that you have in front of you is an

11        accurate representation of how the property looked in

12        March of 2004?

13   A.   Exactly.

14              MR. KUZMA:   Objection to the form.

15   BY MR. FERINGA:

16   Q.   Now you can answer.

17   A.   Exactly.

18   Q.   Now, how many steps lead up to the landing?

19   A.   Three.

20   Q.   If you look in the picture.

21   A.   One, two.  Two.

22   Q.   Two.  And if you show that the -- to all of us,

23        please.

24              The doors -- if you can keep that photograph

25        up, Mrs. Miller, if you could.  The doors, is there a
```



FAYLIN MILLER
August 21, 2006

```
 1       single door or two doors?

 2   A.  Two doors.

 3   Q.  And has it always been two doors?

 4   A.  Always been two doors.

 5   Q.  There is in the right side of that photograph a bench.

 6       You're familiar with that bench?

 7   A.  Yes, I do.

 8   Q.  How long has that bench been there?

 9   A.  For 20, 30 years.  20 years.

10   Q.  As long as you can --

11   A.  -- can remember, yes.

12   Q.  And in back of that bench, what is there?

13   A.  A turtle pond.

14   Q.  How long has that turtle bond pond been there?

15   A.  It has been there the same, about 20 years.

16   Q.  Is there any other turtle pond on the property of

17       Turtle Beach Towers?

18   A.  No.  No.  Never been.

19   Q.  And on March 18, was this the same -- strike that.

20                On March 18, was there any difference in the

21       turtle pond as --

22   A.  No.

23                MR. KUZMA:  Objection.

24   BY MR. FERINGA:

25   Q.  Was there any difference in the turtle pond?
```



BIENENSTOCK
COURT REPORTING & VIDEO
248-644-8888

FAYLIN MILLER
August 21, 2006

1          Exhibit Number 4.  Can you tell us what that

2          photograph is?

3    A.    That's the front desk area.

4    Q.    And does it show any evidence of a turtle pond?

5    A.    Yes.  Right here.

6    Q.    Can you show it to the members of the jury?

7                    So what you're pointing to with your finger

8          is the turtle pond.

9    A.    The turtle pond.  Correct.

10   Q.    Thank you.

11                   MR. REITH:  If you don't mind me asking,

12         Scott.

13                   If you don't mind, Ms. Miller, if you can

14         speak up just a little bit.

15   A.    Okay.

16                   MR. REITH:  We want to make sure we get it.

17         My hearing must be shot from the flight, so...

18   A.    Okay.

19                   MR. REITH:  Thank you.

20   BY MR. FERINGA:

21   Q.    And I'm just going to show you what we've marked as

22         Exhibit Number 5, and ask whether you can identify

23         that photograph as well.

24   A.    That's the turtle pond.

25   Q.    And is this the -- was this turtle pond the same as it



FAYLIN MILLER
August 21, 2006

```
 1        was in 2004?

 2    A.  It is.

 3    Q.  Thank you.

 4    A.  It was.

 5    Q.  I'm going to show you what has been marked at a

 6        previous deposition as Hofer Exhibit Number 5, and

 7        it's a drawing that Ms. Hofer made in her deposition

 8        in March -- I mean, on June 29, 2006, and purported to

 9        be the layout of the lobby and turtle pond area.

10    A.  There was not two turtle ponds, just one.

11    Q.  And my question is --

12            MR. KUZMA:  I move to strike.

13    BY MR. FERINGA:

14    Q.  The question I have, Mrs. Miller, is is this an

15        accurate representation of what the property was like

16        on March 18, 2004?

17    A.  No.  It hasn't been changed from that.

18    Q.  Can you --

19    A.  No.  It has not been changed.  This is not.  This is

20        saying one, two, three, steps there, not four steps.

21        This is saying two turtle ponds, we only had one

22        turtle pond.

23    Q.  And in terms of the door area, if it has been

24        represented by Ms. Hofer that that door was a single

25        glass door, was that --
```



FAYLIN MILLER
August 21, 2006

1    Q.    I'm sorry?

2    A.    Which of them?

3    Q.    The photographs that you have in your left hand, do

4          you still have those that he showed you?  You still

5          have them?

6    A.    Yes.  Yes, I do.

7    Q.    Okay.  How long have you worked here?

8    A.    For 30 years.

9    Q.    30 years.  And fair to say that you've walked up and

10         down those stairs that we see in those photographs --

11   A.    Every day.

12   Q.    -- thousands of times?

13   A.    Every day of the week.  I'm here seven days of the

14         week.

15   Q.    So you've walked up and down those --

16   A.    Yes.

17   Q.    -- and you're very familiar with those stairs and the

18         entryway?

19   A.    Yes, I am.

20   Q.    When Mr. Feringa asked you how many steps lead up to

21         the landing, you first said three steps.  Correct?

22   A.    Yes, but I have -- yes, but --

23   Q.    You did say three.  Right?

24   A.    Yes, I did say three.

25   Q.    Okay.  And then you changed your answer to two.



FAYLIN MILLER
August 21, 2006

```
 1        Correct?

 2   A.   I know it's two, but, you know, walking up, three.

 3        Yes.

 4   Q.   So you changed your answer from three steps to two.

 5        Correct?

 6   A.   Uh-huh.  Yes.

 7   Q.   And, again, it's fair to say that you're very familiar

 8        with --

 9   A.   Yes, I am.

10   Q.   -- those stairs?

11   A.   Yes, I am.

12   Q.   All right.  And you're very familiar with the

13        reception --

14   A.   Yes, I am.

15   Q.   -- area beyond those stairs?

16   A.   Yes.

17   Q.   And as to enter the lobby, there's a reception desk on

18        the left-hand side of the lobby.  Correct?

19   A.   Yes.

20   Q.   And on the right-hand side of the lobby there's seats?

21   A.   Yes.

22   Q.   From the vantage point behind the reception desk, is

23        it fair to say that you can't see the turtle pond

24        which is shown in those photographs?

25   A.   No.  But there's a glass with the mirror there, or
```



FAYLIN MILLER
August 21, 2006

| | | |
|---|---|---|
| 1 | | picture on the wall.  You can stand at that desk and |
| 2 | | you see anybody coming from that angle. |
| 3 | Q. | All right.  My question is not whether you can see |
| 4 | | anyone coming from that angle, but can you see the |
| 5 | | turtle pond from behind the reception desk through |
| 6 | | that mirror down below.  Can you see it? |
| 7 | A. | No.  No. |
| 8 | Q. | Thank you.  Is it fair to say, Ms. Miller, that you |
| 9 | | try to maintain a safe resort? |
| 10 | A. | Yes, I do. |
| 11 | Q. | And you feel that you do maintain a safe resort? |
| 12 | A. | Yes, I do. |
| 13 | Q. | So if any stairs were chipped, that would not be a |
| 14 | | safe condition.  Correct? |
| 15 | A. | Right. |
| 16 | Q. | You would agree with that? |
| 17 | A. | I would. |
| 18 | Q. | You've stated to counsel that you conducted an |
| 19 | | investigation.  Correct? |
| 20 | A. | Yes, I did. |
| 21 | Q. | How many times over the course of your employment |
| 22 | | history here have you conducted an investigation |
| 23 | | regarding an accident which occurred here? |
| 24 | A. | We've not had an accident.  This is the first major |
| 25 | | report we have. |



FAYLIN MILLER
August 21, 2006

1    Q.    This is the first in 28 years?

2    A.    Yes.  Uh-huh.

3    Q.    So is it fair --

4    A.    You will have like little things like in the room like

5          they bump their feet beet on the table, they bounce

6          off the glass of the table or something.  But away

7          from that, this is the biggest major one I've ever

8          had.

9    Q.    All right.  Is it fair to say that based upon your

10          testimony anyway that this was the first accident of

11          this type --

12    A.    Yes.

13    Q.    -- that this is the first investigation that you've

14          conducted.  Correct?

15    A.    No.  I have like daily reports that I have to make, if

16          something happened.  Like, as I said, if a glass is

17          broken, if somebody walk like in the glass door or

18          something like that, then I have to make a report.

19    Q.    I specifically asked you whether this is your first

20          investigation.  Do you understand me?

21    A.    Um-hmm.

22    Q.    "Yes"?

23    A.    No.  I investigate other cases.  Yes.  Other cases I

24          have.

25    Q.    But this is the first type of --



FAYLIN MILLER
August 21, 2006

1   Q.   Forgive me.  How many years have you worked here?

2   A.   About 28, 30 years.

3   Q.   I know you answered it a couple times.  I just want to

4        make sure I got it right.  28 or 30 years?

5   A.   Yes.

6   Q.   And in those 28 or 30 years, how many times has there

7        then an incident such as the one that Ms. Hofer argues

8        happened in the Turtle pond?

9             MR. KUZMA:  Objection.

10  A.   That the first one.

11  BY MR. REITH:

12  Q.   That's the first one?

13  A.   First one.

14  Q.   That's the first time someone alleged that they fell

15       into a turtle pond was this past -- this case?

16  A.   Yes.

17            MR. KUZMA:  Objection.

18  Q.   Is it fair to say that Expedia -- strike that.

19            Is it fair to say that no one from Expedia

20       has issued an inspection report about the turtle pond?

21  A.   No.

22  Q.   No one has?

23  A.   No one has.

24  Q.   Is it fair to say that no one from Expedia has asked

25       you or anyone from your resort to fix anything with







EXHIBIT NO. Miller 5
Date: 8-21-06
Rebecca Callow
CSR, RPR