# EXHIBIT 10

STEPHANIE HOFER
October 13, 2006

```
 1                          VOLUME: III
                            PAGES:  355 to 458
 2                          EXHIBITS: 12 to 26
 3
 4         UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 5
 6   Civil Action No. 05-40170 FDS
 7
     STEPHANIE HOFER and DOUGLAS    )
 8   HOFER,                         )
              Plaintiffs,           )
 9                                  )
     v.                             )
10                                  )
     THE GAP, INC., EXPEDIA,        )
11   INC., and TURTLE BEACH         )
     TOWERS,                        )
12            Defendants.           )
13
14        CONTINUED VIDEOTAPED DEPOSITION OF
15   STEPHANIE HOFER, called as a witness on
16   behalf of the Defendant, The Gap, Inc.,
17   pursuant to the applicable provisions of the
18   Federal Rules of Civil Procedure, before
19   Jeanette N. Maracas, Registered Professional
20   Reporter and Notary Public in and for the
21   Commonwealth of Massachusetts, at the Offices
22   of Morrison Mahoney, LLP, 250 Summer Street,
23   Boston, Massachusetts, on Friday, October 13,
24   2006, commencing at 1:10 p.m.
25
```



STEPHANIE HOFER
October 13, 2006

```
 1     APPEARANCES:
 2
 3
           LAW OFFICES OF RUSSO & MINCHOFF
 4         By: India Minchoff, Esq.
           123 Boston Street
 5         Boston, Mass. 02125
           For the Plaintiffs.
 6         E-mail: India@russominchofflaw.com
 7
           MORRISON MAHONEY, LLP
 8         By: Meredith M. Lasna, Esq.
           250 Summer Street
 9         Boston, Mass. 02210
           For The Gap, Inc.
10         E-mail: Mlasna@morrisonmahoney.com
11
           BURNS & LEVINSON, LLP
12         By: Thomas T. Reith, Esq.
           125 Summer Street
13         Boston, Mass. 02110
           For Expedia, Inc.
14         E-mail: Treith@burnslev.com
15
           Ralph Scopa, Videographer
16
17
18
19
20
21
22
23
24
25
```



```
 1                    I N D E X
 2
        Testimony of:                   Page
 3
        Stephanie Hofer
 4      (Resumed)
 5          (by Mr. Reith)         359, 445, 451
            (by Ms. Minchoff)          440, 450
 6
 7
 8                    E X H I B I T S
 9
        No.                            Page
10
            12......................360
11          13......................397
            14......................399
12          15......................399
            16......................406
13          17......................407
            18......................408
14          19......................409
            20......................411
15          21......................413
            22......................414
16          23......................421
            24......................425
17          25......................446
            26......................451
18
19
20
21
22
23
24
25
```



BIENENSTOCK
COURT REPORTING & VIDEO
248-644-8888

STEPHANIE HOFER
October 13, 2006

```
 1              P R O C E E D I N G S
 2              VIDEOGRAPHER:  Good afternoon.  We
 3   are now on the record.  This is the
 4   videotaped deposition of Stephanie Hofer
 5   being taken October 13, 2006.  The time is
 6   1:10 p.m.  We are located at Morrison
 7   Mahoney, 250 Summer Street, Boston, Mass.
 8   This deposition is being taken on behalf of
 9   the defendant in the matter of Hofer versus
10   The Gap, Case No. 05-40170 FDS, U.S. District
11   Court of Massachusetts.  My name is Ralph
12   Scopa, videotape operator.
13              Will the court reporter swear in the
14   witness and the attorneys briefly identify
15   themselves for the record, please.
16              MS. MINCHOFF:  Attorney India
17   Minchoff for Stephanie Hofer.
18              MS. LASNA:  Meredith Lasner for The
19   Gap, Inc.
20              MR. REITH:  Thomas Reith on behalf
21   of Expedia, Inc.
22              STEPHANIE HOFER, Resumed
23         A witness called for examination
24   by counsel for the Defendant, The Gap, Inc.,
25   having been first duly sworn, was examined
```



STEPHANIE HOFER
October 13, 2006

```
 1         and testified as follows:
 2                    EXAMINATION, Continued
 3         BY MR. REITH:
 4    Q.   Ms. Hofer, I introduced myself again, Thomas
 5         Reith.  We've met before.  We started my
 6         examination of you on your second day of
 7         deposition going back a little while now, if
 8         you recall.
 9    A.   Yes, I do.
10    Q.   And just to go over the groundrules again
11         so we can get back up to speed, today I'm
12         going to be asking you some questions and,
13         unfortunately, because I've gone second in
14         questioning, things may seem a little bit
15         broken up, but I'll do my best to keep things
16         in a logical flow so we stay with each other,
17         okay?
18    A.   Yes.
19    Q.   Another reminder, that you and I need speak
20         in terms of verbal responses and to allow
21         each other to finish my question and then
22         allow you to finish your answer, okay?
23    A.   Okay.
24              MR. REITH:  Can you mark that as 12.
25
```



STEPHANIE HOFER
October 13, 2006

```
 1   Q.   Turning your attention to Paragraph 11 on
 2        Page 3, do you see where it says, "stairway
 3        was very dimly lit and did not contain
 4        guardrails"?
 5   A.   Yes.
 6   Q.   How dimly lit was the staircase?
 7   A.   I can't recall.
 8   Q.   Could you see the stairs going up to the
 9        lobby?
10   A.   Yes.
11   Q.   Could you see the lobby door?
12   A.   Yes.
13   Q.   Could you see the turtle pond?
14   A.   I knew it was there.
15   Q.   How did you know it was there?
16   A.   When we arrived, it was light out.
17   Q.   Aside from when you arrived, do you recall
18        seeing it on your way up the stairs to the
19        lobby that evening?
20   A.   Yes.
21   Q.   And when you turned to go back down the
22        stairs, could you see the staircase on the
23        way down?
24             MS. MINCHOFF:  Objection.
25   A.   Yes.
```



BIENENSTOCK
COURT REPORTING & VIDEO
248-644-8888