**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**DOCKET NO:  05-40170 FDS**

| | |
|---|---|
| STEPHANIE HOFER and | ) |
| DOUGLAS HOFER, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GAP, INC., EXPEDIA, INC., and | ) |
| TURTLE BEACH TOWERS, | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO**
**FILE PLAINTIFFS' OPPOSITION TO DEFENDANT, EXPEDIA, INC.'S,**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby move this Honorable Court for an extension of time to file Plaintiffs' Opposition to Defendant, Expedia, Inc.'s Motion for Summary Judgment.  In support hereof, Plaintiff states that both the Gap, Inc. and Expedia, Inc. have moved for Summary Judgment, on March 15 and March 16, 2007, respectively and Plaintiffs require additional time in order to prepare their Opposition.  In addition, Plaintiffs' counsel states that she is a solo practitioner who has had a number of prior depositions and court appearances scheduled for the time allocated to file a response.

Wherefore, Plaintiffs request that this Honorable Court grant Plaintiffs an additional fourteen (14) days to file an Opposition to Expedia, Inc.'s Motion for Summary Judgment.

Plaintiffs,
By their attorney,

/s/ India L. Minchoff, Esq.         .
India L. Minchoff, Esq. (652456)
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125
617/740-7340 telephone
617/740-7310 facsimile

**CERTIFICATE OF SERVICE**

I, India L. Minchoff, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 27, 2007.

/s/ India L. Minchoff, Esq.