## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STEPHANIE HOFER and
DOUGLAS HOFER,

        Plaintiffs,

vs.                              Case No. 4:05-cv-40170

THE GAP, INC., EXPEDIA, INC.
and TURTLE BEACH TOWERS,

        Defendants.
_____/

### DEFENDANT THE GAP, INC.'S
### RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT THE GAP, INC.'S
### MOTION FOR SUMMARY JUDGMENT

    While Local Rule 7.1(A)(2) requires that contact be made with the opposing party to seek concurrence on the subject matter of motions, and while the parties were actually present for a deposition in Boston, Massachusetts on Monday, February 26, 2007, during which no mention was made of a request for an extension by Plaintiff's counsel, Defendant GAP has no opposition and would concur in the request filed by Plaintiff's counsel in their Motion for Extension of Time.

                              Respectfully submitted,

                              **SULLIVAN, WARD,**
                               **ASHER & PATTON, P.C.**

                By:   /s/Scott D. Feringa
                       SCOTT D. FERINGA (P28977)
                       Attorney for Defendant The GAP, Inc.
                       1000 Maccabees Center
                       25800 Northwestern Highway
                       Southfield, MI  48075-1000
                       (248) 746-0700

Dated:  February 27, 2007
W0509571

**PROOF OF SERVICE**

      I hereby certify that on the 27th day of February, 2007, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.

      /s/ Scott D. Feringa

      Sullivan, Ward, Asher & Patton, P.C.
      1000 Maccabees Center
      25800 Northwestern Highway
      Southfield, MI 48037-0222
      Phone: 248-746-0700
      Primary E-mail: sferinga@swappc.com
      P28977