UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
STEPHANIE HOFER and                ) C.A. No. 05-cv-40170-FDS
DOUGLAS HOFER,                     )
                                   )
    Plaintiffs,                    )
                                   )
vs.                                )
                                   )
THE GAP, INC., EXPEDIA, INC.       )
and TURTLE BEACH TOWERS,           )
                                   )
    Defendants.                    )
_____)

**DEFENDANT, EXPEDIA, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT EXPEDIA, INC.'S MOTION FOR SUMMARY JUDGMENT**

The Defendant Expedia, Inc. has no objection to the Motion for Extension of Time filed by the plaintiffs' counsel seeking an additional fourteen (14) days to respond to Defendant Expedia, Inc.'s Motion for Summary Judgment.

                              Respectfully submitted,
                              By the defendant
                              EXPEDIA, INC.,
                              By its attorneys,

                              **/s/ Rodney E. Gould**
                              _____
                              Rodney E. Gould (BBO#205420)
                              Email: rgould@rhglaw.com
                              RUBIN, HAY & GOULD, P.C.
                              205 Newbury Street
                              P.O. Box 786
                              Framingham, MA  01701-0202
                              Tel: (508) 875-5222
                              Fax: (508) 879-6803

DATED: February 27, 2007

## **CERTIFICATE OF SERVICE**

    I, Rodney E. Gould, hereby certify that this document, filed through the ECF system, will be served electronically upon the registered participants identified on the Notice of Electronic Filing (NEF) and will be served upon non-registered participants, as indicated on the NEF, by paper copy sent via first-class mail, postage prepaid.


DATED:  February 27, 2007        **/s/ Rodney E. Gould**
                                                                           _____
                                                                           Rodney E. Gould