# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**DOCKET NO: 05-40170 FDS**

| | |
|---|---|
| STEPHANIE HOFER and | ) |
| DOUGLAS HOFER, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GAP, INC., EXPEDIA, INC., and | ) |
| TURTLE BEACH TOWERS, | ) |
|     Defendants. | ) |

**AFFIDAVIT OF STEPHEN J. KUZMA**

I, Stephen J. Kuzma, hereby state the following based on my personal knowledge:

1. I am co-counsel to the Plaintiffs in the above-referenced matter.

2. I accompanied Ms. Faylin Miller to her office following the conclusion of her deposition on August 21, 2006 in order to secure copies of the inspection reports sent to her by Expedia as well as the communications Ms. Miller referenced in her deposition.

3. Ms. Miller stated that she did not have the requested files readily available since they were organized by year and all prior years were located off site. However, Ms. Miller did state that she would forthwith furnish the inspection reports she received from Expedia as well as the compliance lists she forwarded to Expedia to me at my Boston office.

4. The documents were never forwarded.

5. Attorney Thomas Reith, counsel for Expedia, entered Ms. Miller's office as I was exiting. Attorney Reith remained in Ms. Miller's office for approximately five minutes.

Signed under the pains and penalties of perjury this 12th day of March, 2007.

                                          /s/ Stephen J. Kuzma
                                            Stephen J. Kuzma