# Exhibit 2

Page 1

FAYLIN MILLER
August 21, 2006

```
 1              IN THE DISTRICT COURT OF THE UNITED STATES
 2                  FOR THE DISTRICT OF MASSACHUSETTS
 3
 4      STEPHANIE HOFER and DOUGLAS HOFER,
 5                     Plaintiffs,
 6         vs.                              Case No. 05-40170
 7      THE GAP, INC., EXPEDIA, INC.,
 8      and TURTLE BEACH TOWERS,
 9                     Defendants.
10      _____
11
12
13           The Videotaped Deposition of FAYLIN MILLER,
14           Taken at Turtle Beach Towers, Main Street,
15           Ocho Rios, St. Ann, Jamaica, W.I.,
16           Commencing at 10:02 a.m.,
17           Monday, August 21, 2006,
18           Before Rebecca J. Callow, CSR-5228, RPR.
19
20
21
22
23
24
25
```


BIENENSTOCK
COURT REPORTING & VIDEO
248-644-8888

FAYLIN MILLER
August 21, 2006

```
 1   A.   I'm Faylin, F-a-y-l-i-n.  Miller, M-i-l-l-e-r.
 2   Q.   Mrs. Miller, we were introduced before we started this
 3        deposition.  My name is Scott Feringa.  I'm going to
 4        be asking you some questions today.  The ladies here
 5        will be taking down everything that we say.
 6   A.   Sure.
 7   Q.   Additionally, it's a fairly artificial way of talking,
 8        because two of us can't talk at the same time.  That
 9        way, if we talk at the same time, our court reporter
10        will not be able to take us down both together.  So if
11        you can wait until I'm finished and I'll wait until
12        you're finished, that will be translated well on our
13        record then, please.
14   A.   Okay.
15   Q.   Additionally, Mrs. Miller, if you have any questions
16        about what I have asked you, if I'm unclear in any
17        way, please tell me and I'll be more than happy to
18        rephrase the question.  All right, ma'am?
19   A.   Sure.
20   Q.   Mrs. Miller, we're at the Turtle Beach Towers in Ocho
21        Rios, Jamaica.  Is that correct?
22   A.   Yes, we are.
23   Q.   And, Mrs. Miller, what is your position here?
24   A.   I'm general manager for the apartments.
25   Q.   And how long have you been general manager for the
```



FAYLIN MILLER
August 21, 2006

```
 1         apartments, Mrs. Miller?
 2   A.    28 years.
 3   Q.    Mrs. Miller, what do your job duties entail?  What to
 4         you do as general manager for the apartments?
 5   A.    Well, I oversee staff members of 32.  I oversee -- I'm
 6         the manager for each apartment.  There is a pool,
 7         rented pool.  I actually manage the front desk, manage
 8         the operations of the rooms, Turtle Beach rooms, for
 9         rentals.
10   Q.    All right.  You are here voluntarily to give testimony
11         with respect to a case, a matter that occurred at
12         Turtle Beach Towers on March 18 and 19, 2004.  Is that
13         correct?
14   A.    Yes.
15   Q.    And you and I have spoken on the phone?
16   A.    Yes, we have.
17   Q.    We've arranged this through your good offices by
18         e-mail with you.  Correct?
19   A.    Yes.
20   Q.    Have you spoken with anyone else about this case?
21   A.    No.
22   Q.    Have you spoken with Ms. Minchoff or Mr. Kuzma?
23   A.    No.  Who sent me the e-mail?  You sent me the e-mail.
24   Q.    I did.
25   A.    Yeah.
```

