Hofer et al v. Old Navy Inc. et al
Case 4:05-cv-40170-FDS   Document 79   Filed 03/14/2007   Page 1 of 2
Doc. 79

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE HOFER and DOUGLAS HOFER, <br><br> Plaintiffs, <br><br> v. <br><br> GAP, INC., EXPEDIA, INC., and TURTLE BEACH TOWERS, <br><br> Defendants. | Civil Action No. 05-40170-FDS |

### ORDER ON PLAINTIFFS' EMERGENCY MOTION TO REOPEN DISCOVERY

**SAYLOR, J.**

Plaintiffs Stephanie Hofer and Douglas Hofer have filed a "Emergency Motion to Reopen Discovery for the Limited Purposes of Reexamining Faylin Miller, Suspend the Period for Plaintiffs to File an Opposition to Expedia's Motion for Summary Judgment Pending Ms. Miller's Reexamination, Strike Ms. Miller's Affidavit from the Summary Judgment Record, and Assess Costs Against Expedia." Defendant Expedia, Inc., has moved for summary judgment, and plaintiffs' opposition is presently due on March 16, 2007. In essence, plaintiffs complain that Faylin Miller, the General Manager of the Turtle Beach Towers resort in Jamaica, was deposed on August 21, 2006, and gave testimony favorable to plaintiffs, and that counsel for Expedia subsequently obtained an affidavit from Ms. Miller, which it submitted in support of its motion for summary judgment, and which is alleged to contradict her deposition testimony in material respects.

To the extent that plaintiffs' motion is a motion to strike, the Court cannot evaluate the

issue on the present record; defendants have not yet filed an opposition to the motion (and, indeed, plaintiffs did not submit a copy of the affidavit).

To the extent that plaintiff seeks to reopen discovery in order to respond effectively to the motion for summary judgment, the Court will treat it as a motion under Rule 56(f). Based on its review of the record, the Court will continue the date by which plaintiffs' opposition to Expedia's motion for summary judgment shall be due to April 16, 2007. The Court will further order that discovery shall be reopened for the limited purpose of permitting plaintiffs an opportunity to conduct a further deposition of Faylin Miller. Any examination of Ms. Miller shall be non-cumulative and shall address only those issues reasonably presented by the submission of the affidavit.

To the extent that plaintiffs seek to assess costs against Expedia, Inc., the motion is denied without prejudice to its re-filing once the requested discovery has concluded.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  March 14, 2007