# EXHIBIT 3

Dockets.Justia.com

Itinerary 19109078145

## Ocho Rios, Jamaica

 Expedia.com

Back to itinerary page

Proof of citizenship is required for international travel. When children are traveling, additional documentation may also be necessary. It is your responsibility to meet entry requirements for the countries you are traveling to and connecting through. To learn more, or to purchase a passport or visa, visit the Express Visa Service Web site.

**Vacation package:** Boston to Jamaica-Ocho Rios

back to top

Expedia.com itinerary number: 19109078145
Expedia.com booking ID (flight): ML7720 (1)
Expedia.com booking ID (hotel): 16073392
Airline ticket number(s): E0377545077613-614
US Airways confirmation code: JSEGNC

Main contact: Carrie LaBelle
E-mail: carrielabelle@aol.com
Home phone: (860) 779-7881
Work phone: (860) 774-4128

### Cost and traveler summary

| | | |
|---|---|---|
| Carrie LaBelle | Adult | |
| Stephanie Hofer | Adult | $1,049.00 |
| | Hotel taxes, Flight taxes/fees | $168.02 |
| | Total amount charged to credit card (American Express) | $1,217.02 |

(Note: The flight portion of your vacation package is charged directly by the airline. This will result in you receiving two separate credit card charges, but the total charges on your credit card will be equal to the vacation package price: $1,217.02.)

### Flight summary

Please confirm your flight at least 24 hours prior to scheduled departure (72 hours prior for flights to Hawaii and international destinations). You may check your flight status online, or contact the airline directly.

**Thu 18-Mar-04**

Boston (BOS)
Depart 7:30 am
Terminal B

to Philadelphia (PHL)
Arrive 8:59 am
Terminal B

280 mile(s) (451 km)
Duration: 1hr 29mn

US AIRWAYS
Flight: 481

Economy/Coach Class (Seat assignments upon check-in), Airbus A321, 80% on time

Philadelphia (PHL)
Depart 10:30 am
Terminal A

to Montego Bay (MBJ)
Arrive 2:09 pm

1485 mile(s) (2390 km)
Duration: 3hr 39mn

US AIRWAYS
Flight: 1463

Economy/Coach Class (Seat assignments upon check-in), Airbus A320

Total miles: 1765 mile(s) (2840 km)

Total duration: 5hr 8mn (6hr 39mn with connections)

**Sun 21-Mar-04**

Montego Bay (MBJ)
Depart 4:30 pm

to Boston (BOS)
Arrive 8:25 pm
Terminal B

1697 mile(s) (2731 km)
Duration: 3hr 55mn

US AIRWAYS
Flight: 222

Economy/Coach Class (Seat assignments upon check-in), Airbus A319

Total miles: 1697 mile(s) (2731 km)

Total duration: 3hr 55mn

Tip: Flight terminals may change. Please confirm the terminal with the airline before leaving for the airport.

http://www.expedia.com/pub/agent.dll?qscr=onen&jjid=01090781&...

Itinerary 19109078145

## Hotel summary
**Thu 18-Mar-04 (3 nights)**
**Turtle Beach Towers**
Main Street
Ocho Rios
Jamaica

Check in: Thu 18-Mar-04
Check out: Sun 21-Mar-04

Reservation questions: +1 (800) EXPEDIA
For other information contact the hotel: Tel: 1 (876) 974-2801   Fax: 1 (876) 953-9765

Hotel class: ☆☆☆   More lodging info
Room description: Studio

Contact:
Carrie LaBelle       2 adults / seniors

Unless specified otherwise, rates are quoted in US dollars.

The price you selected DOES NOT include any applicable service fees, charges for optional incidentals (such as minibar snacks or telephone calls) or regulatory surcharges. The lodging facility will assess these fees, charges and surcharges upon check-out.

## Attractions & services summary
IMPORTANT: Be sure to bring all vouchers with you on your trip. We cannot guarantee access to your purchased attractions and services without your voucher(s). View and print all vouchers.

| Description | Date | Quantity |
|---|---|---|
| Return Ground Transportation to Ocho Rios hotels Details | Thu 18-Mar-04 – Sun 21-Mar-04 | 2 Travelers |

## Vacation package rules and restrictions

**Type of your package:**
Your package includes published airfare. The rules and regulations that apply to your airfare vary depending on the airline and the fare purchased. See the fare rules as well as the airline's own rules and regulations that apply to your airfare.
Please also read important information governing Airline Liability Limitations.

Your credit card will be charged in the amount indicated at the time of booking.

**Cancellations & refunds:**
- Vacation packages can be cancelled, however, you will have to pay an Expedia cancellation penalty. The amount of the cancellation penalty depends on when you cancel your package. Please refer to the Detailed Rules and Regulations for cancellation penalty details.
- Expedia offers Cancellation Penalty Waivers for many vacation destinations. If you purchased a Cancellation Penalty Waiver, Expedia will waive your cancellation penalties should you decide to cancel your trip. This waiver excludes airline change fees, charter airfare, and nonrefundable published airfares which are reusable. Purchasers of the waiver can read its complete details under the Attractions & services summary.

**Changes:**
- All travelers must travel on the same itinerary.
- Changes to vacation packages incur the following penalties:
  - If you change your vacation package, you will have to pay an Expedia revision fee. You will also have to pay for any increase in price resulting from a change to your package. Please refer to the Detailed Rules and Regulations for revision fee and price increase details.

http://www.expedia.com/pub/agent.dll?oscr=open&jid=91090781&...