# EXHIBIT 4

# SULLIVAN, WARD, ASHER & PATTON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW



1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

Scott D. Feringa
sferinga@swappc.com
(248) 746-2727

February 13, 2006

India Minchoff
Russo & Minchoff
123 Boston Street
Boston, MA 02125

RE: HOFER, STEPHANIE/DOUGLAS V. THE GAP, INC., ET AL
OUR FILE NO. PAG-121179

Dear Ms. Minchoff:

Pursuant to your e-mail grant of authority authorizing us to access Ms. Hofer's Old Navy credit card information from October 2003 through March 2004, I have obtained the enclosed 14 pages of credit card information from my client. I have marked each page "confidential" and am providing you this unredacted copy for your review. It is my obligation, I believe, to disclose this information to all counsel as part of Gap's Rule 26 Disclosure. However, I have redacted the account number and credit card number from those documents, so as to protect the credit information of Ms. Hofer.

Copies of the unredacted documents will not be released nor forwarded to any party without the specific written authorization from either Ms. Hofer or yourself on Ms. Hofer's behalf.

I do thank you for your attention to the foregoing.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

Scott D. Feringa

SDF/df
Enclosure
W0451607



Feb. 9. 2006 4:02PM   No. 2580  P. 3

[2]

**PAYMENT DUE BY 5:00 PM ON THE DUE DATE.**
Purchases, returns, and payments made just prior to billing date may not appear on next month's statement. Unless promotions call for special terms, additional finance charges can be avoided if we receive the new balance by 5 p.m. on the due date. If you send us a check or other item as payment for all or any portion of this billing statement, and that check or item is returned to be as unpaid for insufficient or uncollected funds, you agree that we may obtain payment for the check or item by initiating an ACH (electronic) debit to your account in the amount of the check or item. Your check or item will not be returned to you by us or the bank.

**INQUIRIES:**
Send inquiries (not payments) including your account number to:
PO BOX 100090 ROSWELL, GA 30076
NOTICE: See reverse side for important Billing Rights and other information.

**CUSTOMER SERVICE:**
For account information call toll free:
1-877-222-6555

Telephoning about billing errors will not preserve your rights to dispute billing errors.

**MAIL PAYMENTS TO:**
Old Navy/MCCBG
PO BOX 530093
ATLANTA, GA 30353-0093

**CONFIDENTIAL**

1944 0000 870   1   7 25 032024   Page 1 of 2   3143 1474 0070 00AB6544

CONFIDENTIAL

| How Your FINANCE CHARGE Was Calculated | Balance Subject To Finance Charge | Daily (D) Periodic Rate | CORRESPONDING ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | $05.93 | .04953%(D) | 18.30% | $1.00 | 2D |
| EFFECTIVE ANNUAL PERCENTAGE RATE | | 18.705% | | Total Periodic FINANCE CHARGE $1.00 | |

THANK YOU FOR YOUR PATRONAGE! PLEASE NOTE THAT IF YOU FAIL TO PAY AT LEAST THE TOTAL AMOUNT OF THE MINIMUM PAYMENT DUE BY THE PAYMENT DUE DATE, A LATE FEE MAY BE ASSESSED.

RECEIVED TIME  FEB. 9.  7:04PM          PRINT TIME  FEB. 9.  7:06PM

( )

b. 9. 2006 4:03PM								No. 2580   P. 5
									(2)

**CONFIDENTIAL**

541 0000 SVD    I    7 25 031024    Page 2 of 2    P243 3474 H070 01235544



). 9. 2006 4:03PM ─────────────────────No. 2580   P. 7

[2]

**PAYMENT DUE BY 5:00 PM ON THE DUE DATE.**
Purchases, returns, and payments made just prior to billing date may not appear on next month's statement. Unless promotions call for special terms, additional finance charges can be avoided if we receive the new balance by 5 p.m. on the due date. If you send us a check or other item as payment for all or any portion of this billing statement, and that check or item is returned to us as unpaid for insufficient or uncollected funds, you agree that we may obtain payment for the check or item by initiating an ACH (electronic) debit to your account in the amount of the check or item. Your check or item will not be returned to you by us or the bank.

| INQUIRIES: | CUSTOMER SERVICE: | MAIL PAYMENTS TO: |
|---|---|---|
| Send inquiries (not payments) including your account number to: | For account information call toll free: 1-877-222-6868 | Old Navy / MCCBG PO BOX 530993 ATLANTA, GA 30353-0993 |
| PO BOX 103000 ROSWELL, GA 30076 | | |
| NOTICE: See reverse side for important billing rights and other information. | Telephoning about billing errors will not preserve your rights to dispute billing errors. | |

CONFIDENTIAL

6544  0049  STD    1    7 35  021125         Page 1 of 1       9141  1474  3070  01338344



Feb. 9. 2006 4:03PM                                                                No. 2580   P. 9

**PAYMENT DUE BY 5:00 PM ON THE DUE DATE.**
Purchases, returns, and payments made just prior to billing date may not appear on next month's statement. Unless promotions call for special terms, additional finance charges can be avoided if we receive the new balance by 5 p.m. on the due date. If you send us a check or other item as payment for all or any portion of this billing statement, and that check or item is returned to us as unpaid for insufficient or uncollected funds, you agree that we may obtain payment for the check or item by initiating an ACH (electronic) debit to your account in the amount of the check or item. Your check or item will not be returned to you by us or the bank.

| INQUIRIES: | CUSTOMER SERVICE: | MAIL PAYMENTS TO: |
|---|---|---|
| Send inquiries (not payments) including your account number to: | For account information call toll free: | Old Navy/MCCBG |
| PO BOX 105080 ROSWELL, GA 30076 | 1-877/222-6868 | PO BOX 530963 |
| NOTICE: See reverse side for important Billing Rights and other information. | Telephoning about billing errors will not preserve your rights to dispute billing errors. | ATLANTA, GA 30353-0993 |

**CONFIDENTIAL**

6144  0000  5ED     1    7  25   021236          Page 1 of 1      9143  1474  N970  00296544



Feb. 9. 2006 4:03PM                                                                     No. 2580   P. 11

**PAYMENT DUE BY 5:00 PM ON THE DUE DATE.**
Purchases, returns, and payments made just prior to billing date may not appear on next month's statement. Unless promotions call for special terms, additional finance charges can be avoided if we receive the new balance by 5 p.m. on the due date. If you send us a check or other item as payment for all or any portion of this billing statement, and that check or item is returned to us as unpaid for insufficient or uncollected funds, you agree that we may obtain payment for the check or item by initiating an ACH (electronic) debit to your account in the amount of the check or item. Your check or item will not be returned to you by us or the bank.

**INQUIRIES:**
Send inquiries (not payments) including your account number to:
PO BOX 105990 ROSWELL, GA 30076

**NOTICE:** See reverse side for important billing rights and other information.

**CUSTOMER SERVICE:**
For account information call toll free:
1-877-222-6868

Telephoning about billing errors will not preserve your rights to dispute billing errors.

**MAIL PAYMENTS TO:**
Old Navy/MCCBG
PO BOX 530093
ATLANTA, GA 30353-0093

**CONFIDENTIAL**

6544  4000  570     3    7  25  040325         D Page 1 of 2          9141  1474  3070  023365544

Feb. 9. 2006 4:03PM    No. 2580    P. 12

CONFIDENTIAL



Feb. 9. 2006  4:04PM                                                                                     No. 2580   P. 14

**PAYMENT DUE BY 5:00 PM ON THE DUE DATE.**
Purchases, returns, and payments made just prior to billing date may not appear on next month's statement. Unless promotions call for special terms, additional finance charges can be avoided if we receive the new balance by 5 p.m. on the due date. If you send us a check or other item as payment for all or any portion of this billing statement, and that check or item is returned to us as unpaid for insufficient or uncollected funds, you agree that we may obtain payment for the check or item by initiating an ACH (electronic) debit to your account in the amount of the check or item. Your check or item will not be returned to you by us or the bank.

| INQUIRIES: | CUSTOMER SERVICE: | MAIL PAYMENTS TO: |
|---|---|---|
| Send inquiries (not payments) including your account number to: | For account information call toll free: 1-877-222-6868 | Old Navy / MCCBG PO BOX 530993 ATLANTA, GA 30353-0993 |
| PO BOX 105050 ROSWELL, GA 30076 | | |
| NOTICE: See reverse side for important Billing Rights and other information. | Telephoning about billing errors will not preserve your rights to dispute billing errors. | |

**CONFIDENTIAL**

5344  6400  370       1      4  15  440325       Page 1 of 1          #143  1474  N070  01236544

CONFIDENTIAL

YOUR ACCOUNT IS PAST DUE. PLEASE REMIT THE
PAST DUE AMOUNT TO US PROMPTLY.

LATE PAYMENT MAY RESULT IN SUSPENSION OF YOUR
CHARGING PRIVILEGES.

HAPPY VALENTINES DAY TO OUR SPECIAL OLD NAVY ACCOUNTHOLDERS!
YOU'RE SURE TO TREASURE OUR FAMOUS VALENTINE'S DAY TEES FOR
WOMEN AND GIRLS, NOW AVAILABLE AT OLD NAVY STORES EVERYWHERE
AT JUST $6 EACH. WHO SAYS MONEY CAN'T BUY YOU LOVE?

## LAW OFFICES OF RUSSO & MINCHOFF

123 Boston Street 1st Floor
B( )N, MA 02125

PHONE 617.740.7340

INDIA L. MINCHOFF
ATTORNEY, AT LAW

INDIA@RUSSOMINCHOFFLAW.COM
WWW.RUSSOMINCHOFFLAW.COM

FAX 617.740.7310

*By Facsimile and First Class Mail*

March 8, 2007

Scott D. Feringa, Esq.
Sullivan, Ward, Asher & Patton, P.C.
1000 MacCabees Center
25800 Northwestern Highway
Southfield, Michigan 48075

RE: **Hofer, et al v. Gap, et. al, C.A. 05-40170**

Dear Attorney Feringa,

Please be advised that on February 13, 2006, you provided this office with copies of Stephanie Hofer's Old Navy credit card statements. In your letter accompanying the credit card statements you stated that you obtained from your client statements from October 2003 through March 2004. However, the statements you forwarded to our office consisted of the transaction records beginning on September 25, 2003, and ending on February 25, 2004. Specifically missing were the records from March, 2004.

Kindly forward, forthwith, the Old Navy credit card statement for March, 2004. Thank you.

Very truly yours,

India L. Minchoff

cc: Counsel of Record