# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
DOCKET NO: 05-40170 FDS

STEPHANIE HOFER and )
DOUGLAS HOFER, )
    Plaintiffs, )
)
v. )
)
GAP, INC., EXPEDIA, INC., and )
TURTLE BEACH TOWERS, )
    Defendants. )

### AFFIDAVIT OF LAUREN M. DREW

I, Lauren M. Drew, hereby state the following upon my personal knowledge and observations.

1. I am Stephanie Hofer's mother. I provided over a hundred pages of deposition testimony pursuant to a subpoena served by the Defendants' counsel.

2. My daughter showed to me the subject flip-flops prior to leaving on her trip to Jamaica.

3. At that time, I observed that the subject flip-flops were inside an Old Navy store bag and were connected by an Old Navy store hanger.

4. I have observed the exemplar flip-flops and can state that they are a fair and accurate representation of what the subject flip-flops looked like.

5. Although at my deposition I stated that I had seen the subject flip-flops, I was not asked any questions regarding my observations of the flip-flops by Attorney Meredith M. Lasna, counsel for the Gap, Inc., or by Attorney Thomas Reith, counsel for Expedia, Inc. I was also not asked any questions regarding the exemplars.

Signed under the pains and penalties of perjury this ___ day of March, 2007.

_____
Lauren M. Drew