# EXHIBIT 9

Dockets.Justia.com

**Massachusetts General Hospital**
HOFER, STEPHANIE  Unit #: 4169857   Age: 31y   DOB: 7/18/1972   Location:
Date of admission:

Discharge Order for 3/30/04

Principal Diagnosis: s/p fall into turtle pond with left lower extremity laceration with tears to tendons and the deep and superfical peroneal nerves, laceration of the DP artery, laceration of the left second toe
Operations and Procedures: 3/20/04 Exploration of the left leg wound with suture repair of the tibialis anterior tendon, left extensor hallucis longus tendon and left extensor digitorium communis tendon; primary repair of left superficial peroneal nerve; repair of left sceond toe laceration
Date/time Discharge Summary dictated: 3/3/0/04

Discharge Meds:
DOCUSATE SODIUM (COLACE) 100 MG PO BID  PRN:<R>  Last Dose Given:03/30/04 02:00 PM;
Prescription: Yes
DOCUSATE SODIUM (COLACE) 100MG TABLET
1 Tablet(s) PO BID PRN constipation
Dispense: 30 Tablet(s)
Refills: 0
-------------------------------------------------------------------
METRONIDAZOLE (FLAGYL) 500 MG PO TID   Last Dose Given:03/30/04 02:00 PM;
Prescription: Yes
METRONIDAZOLE (FLAGYL) 500MG TABLET
1 Tablet(s) PO TID
Dispense: 45 Tablet(s)
Refills: 0
Directions: End date 4/14/04
-------------------------------------------------------------------
LEVOFLOXACIN (LEVAQUIN) 500 MG PO QD   Last Dose Given:03/30/04 08:00 AM;
Prescription: Yes
LEVOFLOXACIN (LEVAQUIN) 500MG TABLET
1 Tablet(s) PO QD
Dispense: 15 Tablet(s)
Refills: 0
Directions: End date 4/14/04
-------------------------------------------------------------------
HYDROMORPHONE HCL (DILAUDID) 2-6 MG PO Q2-3H  PRN:<R>
Prescription: Yes
HYDROMORPHONE HCL (DILAUDID) 2MG TABLET
1-3 Tablet(s) PO Q2-3H PRN pain
Dispense: 90 Tablet(s)
Refills: 0
-------------------------------------------------------------------
TRIMETHOPRIM /SULFAMETHOXAZOLE DOUBLE STRENGTH (BACTRIM DS) 1 TAB PO BID   Last Dose Given:03/30/04 08:00 AM;
Prescription: Yes
TRIMETHOPRIM /SULFAMETHOXAZOLE DOUBLE STRENGTH (BACTRIM DS)
1 TAB PO BID
Dispense: 30 Tablet(s)
Refills: 0
Directions: End date 4/14/04
-------------------------------------------------------------------
GABAPENTIN (NEURONTIN) 800 MG PO TID   Last Dose Given:03/30/04 02:00 PM;
Prescription: Yes

Order# 25666209 Printed By: Sukki Cherian
Print time: 4/7/2004 12:20:57 PM 12:20:57 PM

Page 1

**NOT FOR MEDICAL RECORD**