# EXHIBIT 3

Subj: **Fwd: Expedia.com Vacation package Purchased - 19109078145**
Date: 3/15/2004 6:10:12 PM Eastern Daylight Time
From: CarrieLaBelle
To: DSH 93

here we go............http://www.expedia.com/pub/agent.dll?qscr=open&itid=91090781&updt=1   or check out the email forwarded to you.......looks good to me!

Forwarded Message:
Subj: **Expedia.com Vacation package Purchased - 19109078145**
Date: 3/15/2004 5:58:50 PM Eastern Daylight Time
From: travel@expedia.com
To: carrielabelle@aol.com
*Sent from the Internet (Details)*

Thank you for booking your reservation with Expedia.com.

You can view your itinerary online at http://www.expedia.com/pub/agent.dll?qscr=open&itid=91090781&updt=1

---

VACATION PACKAGE SUMMARY

---

E-Ticket purchase has been confirmed by the airline. No tickets will be mailed.
Airline check-in locations require a government-issued photo ID and may request
proof of current date travel (such as a printed copy of this Itinerary or a
printed receipt) to issue a boarding pass. Airport security checkpoints may
require you to display both your boarding pass and photo ID before proceeding
to the gate, so we recommend that you obtain your boarding pass before
proceeding to the security checkpoint.

Your hotel reservation is confirmed.
Your attractions & services reservation is confirmed.
***You must print your Expedia.com voucher(s) to take advantage of any attractions or services you have purchased.
To print your vouchers, go to your itinerary in the My Trips folder.

Expedia.com itinerary name: Ocho Rios, Jamaica
Expedia.com itinerary number: 19109078145
Expedia.com booking ID (flight): ML772O
Expedia.com booking ID (hotel): 16073392

Travelers: Carrie LaBelle, Stephanie Hofer

---

FLIGHT SUMMARY

---

Please confirm your flight at least 24 hours prior to scheduled
departure (72 hours prior for flights to Hawaii and international destinations).
You may check your flight status online at http://www.expedia.com/pub/agent.dll?qscr=flin
or contact your airline directly at http://www.expedia.com/daily/service/airlines.asp.

Saturday, April 10, 2004 America Online: DSH 93

Round Trip

Flight: from Boston, MA (BOS-Logan Intl.) to Montego Bay, Jamaica (MBJ-Sangster Intl.)
Depart: 18-Mar-04 at 7:30 AM
Arrive: 18-Mar-04 at 2:09 PM

Depart: Boston (BOS), 18-Mar-04 at 7:30 AM Terminal B
Arrive: Philadelphia (Philadelphia Intl.), 18-Mar-04 at 8:59 AM Terminal B
Flight: US Airways 481
Aircraft: Airbus A321
Meal Service: n/a
Duration: 1hr 29mn
Distance: 280 mile(s) (451 km)
Economy/Coach Class

Depart: Philadelphia (Philadelphia Intl.), 18-Mar-04 at 10:30 AM Terminal A
Arrive: Montego Bay (MBJ), 18-Mar-04 at 2:09 PM
Flight: US Airways 1463
Aircraft: Airbus A320
Meal Service: n/a
Duration: 3hr 39mn
Distance: 1485 mile(s) (2390 km)
Economy/Coach Class

Flight: from Montego Bay, Jamaica (MBJ-Sangster Intl.) to Boston, MA (BOS-Logan Intl.)
Depart: 21-Mar-04 at 4:30 PM
Arrive: 21-Mar-04 at 8:25 PM

Depart: Montego Bay (MBJ), 21-Mar-04 at 4:30 PM
Arrive: Boston (BOS), 21-Mar-04 at 8:25 PM Terminal B
Flight: US Airways 222
Aircraft: Airbus A319
Meal Service: n/a
Duration: 3hr 55mn
Distance: 1697 mile(s) (2731 km)
Economy/Coach Class

HOTEL SUMMARY

Turtle Beach Towers

Address:   Main Street
           Ocho Rios
           Jamaica
Telephone: 1 (876) 974-2801
Fax: 1 (876) 953-9766

Check-in: Thu 18-Mar-04
Check-out: Sun 21-Mar-04

Room description: Studio

The price you selected DOES NOT include any applicable service fees,
charges for optional incidentals (such as minibar snacks or telephone calls)
or regulatory surcharges. The lodging facility will assess these fees,
charges and surcharges upon check-out.

ATTRACTIONS & SERVICES SUMMARY

Saturday, April 10, 2004 America Online: DSH 93

Return Ground Transportation to Ocho Rios hotels    Thu 18-Mar-04    -- Sun 21-Mar-04 2 Travelers

VIEW and PRINT your vouchers: http://www.expedia.com/pub/agent.dll?qscr=tsss&cmnd=0&itid=91090781
The Attractions & Services you've purchased require Expedia.com vouchers. In order to use these
attractions & services, you MUST print your Expedia.com vouchers and bring them with you on your trip.

COST SUMMARY

Base price: $1,049.00
Hotel taxes, Flight taxes/fees: $168.02
Total charge: $1,217.02

Note: The flight portion of your package is charged directly by the airline.
    This will result in you receiving two separate credit card charges,
    but the total charges on your credit card will be equal to the package price: $1,217.02.

TIP: Flight terminals may change. Please confirm the terminal with the airline
before leaving for the airport.

2 adults

ADDITIONAL INFORMATION ABOUT YOUR VACATION PACKAGE

Please read important information governing Airline Liability Limitations:
http://www.expedia.com/pub/agent.dll?qscr=hgen&hfnm=warsaw.htx

Your package includes published airfare. The rules and regulations that apply to your airfare vary depending on
the airline and the fare purchased. See the fare rules as well as the airline's own rules and regulations that apply
to your airfare.
Consult the fare rules at
http://www.expedia.com/pub/agent.dll?qscr=cmdr&itid=91090781&ecid=28&flag=i
for fees and restrictions

Your credit card will be charged in the amount indicated at the time of booking.  Cancellations & refunds:
-Vacation packages can be cancelled, however, you will have to pay an Expedia cancellation penalty.  The
amount of the cancellation penalty depends on when you cancel your package. Please refer to the Detailed
Rules and Regulations for cancellation penalty details.
-Expedia offers Cancellation Penalty Waivers for many vacation destinations. If you purchased a Cancellation
Penalty Waiver, Expedia will waive your cancellation penalties should you decide to cancel your trip. This waiver
excludes airline change fees, charter airfare, and nonrefundable published airfares which are reusable.
Purchasers of the waiver can read its complete details under the Attractions & services summary.  Changes:
-All travelers must travel on the same itinerary.
-Changes to vacation packages incur the following penalties:
-If you change your vacation package, you will have to pay an Expedia revision fee. You will also have to pay for
any increase in price resulting from a change to your package. Please refer to the Detailed Rules and
Regulations for revision fee and price increase details.
-Some airline tickets cannot be changed.  Some published fare tickets may be eligible for use by the original ticket
holder on the same airline at a later date, subject to certain restrictions.  Please refer to the Detailed Rules and
Regulations for these restrictions.
-Rental cars, sightseeing tours, and other attractions and services cannot be transferred from the person for
whom they were originally purchased to any other person.
-Changes are subject to availability and the restrictions of the airlines, hotels, rental car agencies, and attraction
and service providers.
-To make any changes to your vacation package itinerary, call 1 (800) EXPEDIA [1 (800) 397-3342] or 1 (404)
728-8787. To determine the cost of your changes, please refer to the Detailed Rules and Regulations.
http://www.expedia.com/pub/agent.dll?qscr=cmdr&itid=91090781&ecid=28&flag=i

Saturday, April 10, 2004 America Online: DSH 93

INTERNATIONAL TRAVEL

Proof of citizenship is required for international travel.
Most countries require a valid passport, though some require only
a birth certificate and photo ID. Some countries also require visas.
When children are traveling, additional documentation may also be necessary.
It is your responsibility to meet entry requirements for the countries you are
traveling to and connecting through.

To learn more, or to purchase a
passport or visa, visit the Express Visa Service Web site:
http://www.expedia.com/pubspec/scripts/evs.asp

CUSTOMER SUPPORT

If you have questions about your reservation, fill out our itinerary assistance form.
We'll respond within 24 hours:
http://www.expedia.com/pub/agent.dll?qscr=itin&itid=91090781

ITINERARY NUMBER: 19109078145
For immediate assistance, call our customer support center at 1-800-EXPEDIA or 1-404-728-8787.

Thank you for choosing Expedia.com
Don't Just Travel. Travel Right.

Use the American Express Card online, and you won't be held responsible for any unauthorized charges. Period.
No fine print, no deductible, just ironclad protection, so you can shop with confidence.

Saturday, April 10, 2004 America Online: DSH 93