# EXHIBIT 4

Dockets.Justia.com

The Expedia Promise: Shop with confidence. Book your trip with confidence. Go with co...    Page 1 of 2



## Shop with confidence

Expedia is committed to giving you the information and tools you need to confidently build best possible trip.

You can depend on our information. Expedia travel specialists visit thousands of hotels across the globe to ensure our descriptions are accurate and up-to-date.
Our tools help you make smart choices.

- Use the Hotel Rate and Flight Fare Calendars to see how much you can save by shifting your trip a few days, weeks, or months.
- Browse through our 360° Virtual Tours and Traveler Opinions to find out exactly what your hotel will be like before you check in.
- Sign up for Fare Alert and RSS to get automatic updates sent to your desktop or your personalized home page—so you'll never miss a deal!
- Sign up to receive Expedia e-mails personalized with your favorite routes.

We guarantee our Travel Specialists are available 24 hours a day, seven days a week. Just call 1-800-EXPEDIA for help planning or booking your travel.

## Book your trip with confidence

Expedia is committed to helping you find the right trip at the best price—and we provide th guarantee to back it up. We also complete all transactions securely to ensure your person: information is treated properly.

Should you need to cancel your airline reservation within 24 hours of booking, just call our customer service department at 1-800-EXPEDIA (1-404-728-8787 outside the continental U.S.), and we will cancel your reservation without charging you a penalty or cancellation fee. [Please note that the Expedia booking fee is not refundable.] Cancellations may still be subject to airline fees and applicable policies. More information on airline reservation cancellations.

Expedia offers an industry-leading Best Price Guarantee so you know you're

http://www.expedia.com/daily/highlights/Expedia-Promise/default.asp    4/13/2007

The Expedia Promise. Shop with confidence. Book your trip with confidence. Go with co... Page 2 of 2

always getting the best deal available.

With the ThankYou[SM] rewards program, you'll earn points on all kinds of trips, no matter how you pay. The points you earn are in addition to any points the airline or hotel may award you, so they add up fast. You can redeem points for valuable merchandise or travel—with no blackout dates! (See details.)

We also offer a hassle-free Hurricane Promise, so you can book your trip knowing that we'll be here to help if you need us.

We protect your information and your privacy with industry-standard encryption technology and e-commerce best practices, as well as a customer-friendly Credit Card Policy and Privacy Policy. Expedia also makes it easy for you to manage your e-mail preferences through the My Account page, so you decide what you want to receive.

## Click with confidence

You can count on us to provide support throughout your trip. Whether you have questions about your itinerary, have a change in travel plans, or need help resolving a problem with t trip you booked, we're here to help 24 hours a day, seven days a week. Our job is to satisf you!

We guarantee that the travel you booked with Expedia will meet the descriptions on our site and in your itinerary (as confirmed on our site within 24 hours of travel), or we will work with our partners on your behalf to find a solution.

We'll take responsibility—at no additional cost to you—if we make a mistake booking your travel.

If you need to change your travel plans at any time, just call us at 1-800-EXPEDIA (1-404-728-8787 outside the continental U.S.), and we'll work with our partners to find the best available solution.

---

Expedia Information: about Expedia.com | press room | investor relations | Expedia.com terms of use | privacy policy | become an affiliate | adverti
Expedia Links: home | flights | hotels | cars | cruises | activities | earn ThankYou Points | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2007 Expedia, Inc. All rights reserved.

Plus sign (+) means taxes and fees are additional.

Expedia's Top Hotel Destinations:

| | | | | |
|---|---|---|---|---|
| Disneyland - Anaheim hotels | Dallas hotels | Indianapolis hotels | Montreal hotels | Palm Springs hotels |
| Atlanta hotels | Denver hotels | Las Vegas hotels | Nashville hotels | Paris hotels |
| Boston hotels | Detroit hotels | London hotels | New Orleans hotels | Philadelphia hotels |
| Cancun hotels | Hawaii hotels | Los Angeles hotels | New York City hotels | Phoenix hotels |
| Chicago hotels | Honolulu hotels | Miami hotels | Niagara Falls hotels | San Antonio hotels |
| Columbus hotels | Houston hotels | Minneapolis hotels | Orlando hotels - Walt Disney World | San Diego hotels |

International sites: Australia | Canada | Denmark | France | Germany | Italy | Japan | Netherlands | Norway | Sweden | i

http://www.expedia.com/daily/highlights/Expedia-Promise/default.asp        4/13/2007