# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No.: 05-40170 FDS

Stephanie Hofer and Douglas Hofer, )
    Plaintiffs, )
)
v. )
)
The Gap Inc., Expedia, Inc., and )
Turtle Beach Towers, )
    Defendants. )

### STEPHANIE HOFER'S SECOND SUPPLEMENTAL ANSWERS TO DEFENDANT, EXPEDIA, INC.'S, FIRST REQUESTS FOR ADMISSIONS

Now comes, Plaintiff, Stephanie Hofer, and hereby provides her second supplements her answers to Expedia's First Request for Admissions numbers 7, 9, 11 and 12 as follows:

**REQUEST TO ADMIT NO.7:**
The Agreement is displayed on Expedia.com.

**RESPONSE**
Stephanie is without sufficient knowledge to answer.

**SUPPLEMENTAL RESPONSE**
**Objection.**
Stephanie Hofer objects to this request to admit as it fails to identify as timeframe and is therefore ambiguous.

Without waiving said objection, Stephanie states that she is without sufficient personal knowledge to admit or deny this allegation because Stephanie did not see the "Agreement" displayed on the expedia.com website in 2004 and Stephanie has had not reviewed the expedia.com website recently to determine whether the "Agreement" produced by Expedia in connection with this lawsuit is the exact, line for line, page for page, Agreement which expedia.com currently displays on its website.

**REQUEST TO ADMIT NO.9:**
Carrie read the "Liability Disclaimer" section of the Agreement before reserving the Trip.

**RESPONSE**
Stephanie is without sufficient knowledge to answer as she cannot answer for someone else.

**SUPPLEMENTAL RESPONSE**
Stephanie is without personal knowledge to admit or deny but does state that Carrie testified at her deposition under oath that she did not recall seeing the "Liability Disclaimer" section of the Agreement before reserving the Trip.

**REQUEST TO ADMIT NO. 11:**
Carrie clicked "I Agree" after reading the Agreement on Expedia.com, but before reserving the Trip.

**RESPONSE**
Stephanie is without sufficient knowledge to answer.

**SUPPLEMENTAL RESPONSE**
Stephanie is without personal knowledge to admit or deny this allegation but does state that Carrie testified at her deposition under oath that she did not recall seeing the Agreement on Expedia.com and therefore did not recall clicking "I Agree" after reading the Agreement but before reserving the Trip.

**REQUEST TO ADMIT NO. 12:**
Any actions of Carrie in connection with the booking of the Trip via Expedia.com were with the permission and authority of Stephanie.

**RESPONSE**
**OBJECTION**
Plaintiff objects to this admission in that the term "any" is overly broad. Plaintiff cannot possibly state whether "any" action taken by Carrie was with her permission and authority without knowing the identification or description of the alleged action.

**SUPPLEMEMNTAL RESPONSE**
**OBJECTION**
Plaintiff objects to this admission in that the term "any" is overly broad. Plaintiff cannot possibly state whether "any" action taken by Carrie was with her permission and authority without knowing the identification or description of the alleged action.

Without waiving said objection, Plaintiff responds as follow: Plaintiff is unable to admit or deny the allegation as there may be many actions undertaken by Carrie to which Plaintiff did provide Carrie permission, however, Plaintiff did provide Carrie permission to book her on the trip via Expedia.com.

Signed under the pains and penalties of perjury this 2nd day of October, 2006.

_____
Stephanie Hofer

Objections by,

/s/ India L. Minchoff
India L. Minchoff, Esq. (652456)
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125
617/740-7340 telephone
617/740-7310 facsimile