# EXHIBIT 7



Welcome - Already a member? Sign in          My Itineraries   My Account   Customer Support

## Lodging details

OPTIONS

- Return to previous

Click a topic below to quickly find the help you want.

- Viewing lodging information
- Using the maps
- Hotel class
- Customer support

### Viewing lodging information

When you click an accommodation name or **Hotel details** on the Search results page, we will display information specific to that accommodation. Some listings are more detailed than others, but basic information is available on all accommodations. Most listings include:

- Description of the accommodation
- Street Address
- Local street map
- Link to check availability

Some listings may also include photographs, phone numbers, price range, amenities, check-in and check-out times, and forms of payment accepted by the accommodation.

### Using the maps

This accommodation description may include a map at the bottom of the page.

Navigating the map
To move the map a short distance at a time, click any of the triangle-shaped buttons in the **Map Mover** control to the right of the map. To return to your original map view, click the square button in the center of the **Map Mover**.

Use the **Zoom Level** to adjust the detail of the map. To zoom out, click the magnifying glass button that contains the minus (-) sign. Or, click any horizontal bar above the red bar. The shorter the bar you click, the broader your view. To zoom in, click the magnifying glass button that contains the plus (+) sign. Or, click any horizontal bar below the red bar. The longer the bar you click, the more detailed your view.

To change the size of the map, select small, medium, or large from the drop-down box underneath the map.

### Hotel class (star ratings)

We take an objective approach in rating hotels. For any particular hotel, we consider a wide array of factors, including ratings from independent ratings systems, media recognition, and post-trip surveys of our customers. All these points of data (at least three and as many as 12 for each hotel) are plugged into a weighted formula, which calculates our star rating. These calculated ratings are then reviewed to help ensure they reflect any current developments or changes occurring since the compilation of

the rating.

In cases where the available data is insufficient to meet our standards, we make an effort to perform additional research, including further review of media and additional visits to the property. We may also consult members of our editorial team for factual information regarding a hotel.

Because we take great pride in the objective nature of our ratings system, we neither take business considerations into account when computing any given rating, nor do we use ratings as a negotiating strategy with suppliers.

**HOTEL CLASS**

A hotel's star rating is an indicator of the general quality of a particular hotel, and is wholly dependent on the data available to us. The descriptions below indicate what you should be able to expect from a hotel in each of the star classes. These descriptions provide general data, based on the many sources of information that go into our star rating. Circumstances such as ongoing renovations, overbooking, and specific guest needs can affect the quality of your stay. (Be sure to let the hotel know any special requests or requirements you have at check-in.) Star ratings do not necessarily reflect all the amenities or services that might be available at a hotel, and some amenities and features may not be available in every room or at every property with a particular star rating. The features and amenities described here are often not available at vacation rentals, condos, inns, bed-and-breakfasts, and other specialty lodging.

**Economy:** ☆
A one-star establishment is expected to offer clean, no-frills accommodations with minimal on-site facilities for the budget traveler for whom cost is the primary concern. Guestrooms generally are small, functionally decorated, and may not have a private bathroom, in-room telephone, or amenities. On-site dining is usually not available. Public access and guest reception may not be available at all hours.

**Value:** ☆☆
These limited-service establishments are expected to offer clean, basic accommodations. These properties may offer some business services but generally lack meeting rooms, baggage assistance, and full fitness and recreation facilities. On-site dining is usually limited to coffee or Continental breakfast service. Guestrooms generally offer private bathroom, telephone, TV, and limited amenities.

**Quality:** ☆☆☆
Three-star establishments place a greater emphasis on style, comfort, and personalized service. They generally feature on-site dining room service, a pool and/or fitness center, a gift shop, and may provide baggage assistance. Conference rooms for meetings and extended services for business travelers are usually offered. Guestrooms offer more extensive amenities and more careful attention to decor and comfort.

**Superior:** ☆☆☆☆
These upscale establishments usually offer a fine-dining restaurant, lounge, and room service with extended hours. Service features usually include baggage assistance, concierge service, and valet parking. A conference center with up-to-date technology and full business services are usually offered. Public spaces and guestrooms are thoughtfully designed and constructed with high-quality materials. Guestrooms generally offer stylish furnishings, high-quality bedding and bath products, and a wide array of amenities.

**Exceptional:** ☆☆☆☆☆

The finest hotels in the world. Five-star lodging is characterized by luxury appointments, superlative service, and the highest standards of comfort. Five-star hotels offer originality in architecture and interior design, high-grade materials in construction and décor, and such special touches as fresh flowers and plants in abundance. These properties also maintain a high staff-to-guest ratio, gourmet dining, and 24-hour room service.

Guestrooms offer ample space, the finest furnishings and decor, premium bedding, and luxury bath products. Room amenities generally include high-speed Internet access and CD and/or DVD players. Five-star resorts may offer additional recreation facilities such as tennis courts and golf-course access. On-site spa services, a top-notch fitness center, and a pool are generally available, as well.

**Not rated:**
These hotels have not yet been rated.

**Half-star ratings**
We have adopted the half-star as a unit of measurement in our five-star scale. The great variety of property types, the wide array of amenities, and the range of property-class characteristics around the world require a classification system of greater precision, which the half-star provides.

## Customer support

With Expedia.com, you're guaranteed customer service 24 hours a day, seven days a week. You can use our feedback form to send us e-mail for help at any time. We always put our toll-free telephone number at the top of your itinerary. You can also find our number on the Customer Support page. If you have any questions or concerns about your itinerary, our service representatives will be ready to assist you.

 Return to previous

about Expedia.com | press room | investor relations | Expedia, Inc. terms of use | privacy policy | become an affiliate | advertising | home | flights | hotels | cars | cruises | earn ThankYou Points | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2007 Expedia, Inc. All rights reserved.
Photos: Getty Images, Corbis

Plus sign (+) means taxes and fees are additional.

International sites:   United Kingdom | Canada | Germany | France | Italy | Netherlands | Australia | Japan | Sweden | Norway | Denma

Partner sites:   Vacation Deprivation | Citysearch | Evite | Hotels.com | HSN | Ticketmaster | ReserveAmerica | Hotwire | Lendi
RealEstate.com | Gifts.com | Entertainment.com | Match.com | TripAdvisor | CondoSaver.com | ClassicVacations.com | Improvement