# EXHIBIT 10

```
                                                              Page 1
 1          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
 2
                        Docket No. 05-40170 FDS
 3
 4   STEPHANIE HOFER and
     DOUGLAS HOFER
 5        Plaintiffs

 6        vs.

 7   THE GAP INC., EXPEDIA, INC.,
     and TURTLE BEACH TOWERS,
 8        Defendants
     _____/
 9
                        Fort Lauderdale, Florida
10                      October 17, 2006
                        11:00 o'clock a.m.
11
12   APPEARANCES:
13   THE LAW OFFICES OF RUSSO & MINCHOFF, P.A.
     BY:  INDIA L. MINCHOFF, Esquire
14   BY:  STEVEN KUZMAN, Esquire
     Appearing on behalf of the Plaintiffs.
15
16   THE LAW OFFICES OF BURNS & LEVENISON, P.A.
     BY:  LAWRENCE GREEN, Esquire
17   Appearing on behalf of the Defendant, Expedia.
18
     THE LAW OFFICES OF SULLIVAN, WARD et al, P.D.
19   BY:  DAVID LAFARGA, Esquire
     Appearing on behalf of the Defendant, The Gap
20
     ALSO PRESENT:
21   LAURA VEGLIA, Company representative for Expedia.
22            - - - - - - -
23             DEPOSITION
24                OF
25           NASHARA FRAZIER
```

(954) 763-3307              HAHN REPORTING              FAX (954) 763-3308

Page 4

1  MR. KUZMAN: Mr. Green, if you would
2  please identify the particular paragraph
3  that she'll be testifying about in our
4  Schedule A attachment notice of taking
5  deposition.
6  MR. GREEN: Yes, certainly.
7  Mrs. Frazier is being produced in response
8  to area Number 5. Area Number 5 is asking
9  about all inspections performed by Expedia
10 of hotels or resorts listed.
11 We objected. We said that there was
12 one visit that took place to Turtle Beach
13 Towers by Expedia. Mrs. Frazier was the
14 one who did that visit.
15 And she's testifying about any other
16 questions that you have with respect to
17 Expedia as to procedures with response to
18 visits done under Mrs. Veglia's testimony.
19 Thank you.
20 MR. KUZMAN: Can you just help me out
21 with the spelling of Mrs. Veglia's last
22 name?
23 MR. GREEN: V-E-G-L-I-A, and the
24 first name is Laura.
25 MR. KUZMAN: G is silent.

Page 20

```
1       A.    No, it's not fair to say.
2       Q.    Have you ever been deposed before?
3       A.    No.
4       Q.    When was the last time you visited
5   the database which had the financial information
6   on it regarding the number of bookings that Turtle
7   Beach Towers made through Expedia?
8       A.    Um, I visited the database
9   approximately last week, but not to review Turtle
10  Beaches information.
11      Q.    Why is it that you went to Turtle
12  Beach Towers specifically in May 2004?
13            MR. GREEN:  Object to the question.
14        Her visit wasn't to Turtle Beach Tower
15        specifically.  So I object to the form of
16        the question.
17  BY MR. KUZMAN:
18      Q.    All right.  In May 2004, is it fair
19  to say that you visited Turtle Beach Towers?
20      A.    Yes.
21      Q.    What was the purpose of that visit?
22      A.    Um, just to make myself familiar with
23  the property.
24      Q.    What do you mean by that?
25      A.    Location.  Um, for example, from the
```

```
                                                              Page 25
 1    to a female?
 2         A.    Yes.
 3         Q.    Did you look around?
 4         A.    As far as --
 5         Q.    Did you walk the physical property at
 6    Turtle Beach Towers in May of 2004?
 7         A.    Some portions of the property.
 8         Q.    What portions did you walk around on?
 9         A.    Ah, from what I can recall, I visited
10    one room and then I saw the pool area and that was
11    all.
12         Q.    Did you visit the commissary?
13         A.    Not that I can recall.
14         Q.    Commissary is right next to the pool.
15    Do you recall looking at the commissary at all?
16         A.    I don't recall.
17         Q.    Did you use any restroom facilities
18    while you were there?
19         A.    I don't recall.
20         Q.    Do you recall visiting the lobby area
21    of Turtle Beach Towers?
22         A.    I don't recall.
23         Q.    Did you visit the beach area of
24    Turtle Beach Towers?
25         A.    It's not on the beach.
```