# EXHIBIT 11

```
Mar 15 2004 16:58:36 EST Expedia Inc          MSG# 61757385-005-1       Page 001 Of 001
```

#10E

**Turtle Beach Towers**
Ocho Rios, JAM
**Reservation information**                  Expedia, Inc.   wwte
Attn: Daine Thomas

Report Date: 03/15/2004 13:58                            Return Fax: 1 (702) 939-2697
RESERVATION DISPUTES: Contact your Market Manager Immediately and FAX to: 1 (702) 939-2545.

Travel arrangements provided by Expedia
For Customer Care please call 702-939-2657

Reservation ID: 16073392        Guest: Carrie Lynn LaBelle      Booked on: 03/15/2004 13:58
Room Type Code: Studio
Room Type Name: Studio

| Check-In | Check-Out | Adults | Kids/Ages | Room Nights | Hotel Conf |
|---|---|---|---|---|---|
| 03/18/2004 | 03/21/2004 | 2 | 0 | 3 | |

Special Request
2 twin

Daily Net Rate - Package - 75.00 USD
Thu 03/18    Fri 03/19    Sat 03/20
Rate Code: RoomOnly

Extra Person: 0.00 USD
Taxes: 0.00 USD
Extra Charges: 0.00 USD
Total: 225.00 USD

DO NOT DISCLOSE CONTRACTED RATES TO GUESTS.
Please enter confirmation #s at http://extranet.expedia.com

*Req Twin Beds*
*o/ Use*
*Expedia Inc*
*Studio*

*360-4972*


EXHIBIT
LaBelle
8
7/21/06