# EXHIBIT 13



Welcome - Already a member? Sign in        My Itineraries   My Account   Customer Support

Start search over

Back to search results

**Turtle Beach Towers**
☆☆ Hotel class

**Continue to Booking**
(Rates from $88.00)

- Overview
- Photos
- Location
  - Map
  - Points of Interest
- Hotel Features
  - Hotel description
  - Amenities & more
- Traveler Opinions
  - Ratings
  - Reviews
- Rooms & Rates
  - Room description
  - Room rates



More photos

- Located in beautiful Ocho Rios, this beachfront hotel is steps away from recreation and relaxation, Caribbean style.
- Guest accommodations include private balconies, air conditioning, CD players, and kitchenettes with full-size refrigerators.
- Guests have access to an outdoor swimming pool and an on-site restaurant and bar.

See this hotel on a map
See hotel information
See room information

Email this hotel to a friend

**Traveler ratings summary**

| Overall satisfaction | 75% of travelers (3 of 4) recommend this hotel | | | |
|---|---|---|---|---|
| | Hotel service | Hotel condition | Room cleanliness | Room comfort |
| 2.7 | 2.7 | 2.0 | 3.0 | 3.5 |
| Scores are based on a 1 (poor) to 5 (excellent) rating system. | | | | |

See most recent traveler reviews

about Expedia.com | press room | Investor relations | Expedia, Inc. terms of use | privacy policy | become an affiliate | advertising | jobs
home | flights | hotels | cars | cruises | earn ThankYou Points | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2007 Expedia, Inc. All rights reserved.
Photos: Getty Images, Corbis

Plus sign (+) means taxes and fees are additional.

International sites:   United Kingdom | Canada | Germany | France | Italy | Netherlands | Australia | Japan | Sweden | Norway | Denmark