# EXHIBIT 15

Dockets.Justia.com

























































































































