# EXHIBIT 16

Dockets.Justia.com

DENROY SCARLETT
August 21, 2006

Page 1

```
 1              IN THE DISTRICT COURT OF THE UNITED STATES
 2                   FOR THE DISTRICT OF MASSACHUSETTS
 3
 4    STEPHANIE HOFER and DOUGLAS HOFER,
 5                    Plaintiffs,
 6       vs.                            Case No. 05-40170
 7    THE GAP, INC., EXPEDIA, INC.,
 8    and TURTLE BEACH TOWERS,
 9                    Defendants.
10    _____
11
12
13       The Videotaped Deposition of DENROY SCARLETT,
14       Taken at Turtle Beach Towers, Main Street,
15       Ocho Rios, St. Ann, Jamaica, W.I.,
16       Commencing at 11:46 a.m.,
17       Monday, August 21, 2006,
18       Before Rebecca J. Callow, CSR-5228, RPR.
19
20
21
22
23
24
25
```



```
                                                          Page 27
DENROY SCARLETT
August 21, 2006

 1   Q.   All right.  Okay, sir.  And it is fair to say that you
 2        didn't see how this accident happened.
 3   A.   Yes, sir there that's fair to say.
 4   Q.   You did not?
 5   A.   No.
 6   Q.   Okay.
 7   A.   Because I was in the office, so I couldn't see.
 8   Q.   And when you say were in the office, is that an office
 9        that's behind the reception desk?
10   A.   Yes, sir.
11   Q.   Is it fair to say that you have music piped in into
12        the lobby area?
13             MR. REITH:  Objection.
14   A.   I would have music, but it wouldn't be music that I
15        couldn't hear what's going on outside, it would be
16        very low.
17   BY MR. KUZMA:
18   Q.   Okay.  And is because it was at night?
19   A.   Yeah.
20   Q.   After the accident occurred -- I just want to be clear
21        about this, sir.  You were able to communicate with
22        Ms. Hofer?
23   A.   Yes, sir.
24   Q.   She was responsive to your questions?
25   A.   Yes, sir.
```



DENROY SCARLETT  
August 21, 2006  
Page 28

```
 1  Q.  It was clear to you that she was badly injured at that
 2      time?
 3  A.  She was.
 4  Q.  Is it clear to you that she was badly injured?
 5  A.  Yes, sir, she was.
 6  Q.  And did you see the cut on her leg?
 7  A.  Yes, sir, I did.
 8  Q.  Was it fair to say that it was a deep cut that you
 9      saw?
10  A.  It was a really bad cut.
11  Q.  Was there blood all over the turtle pond?
12  A.  Yes, sir.  There was blood all over the turtle pond.
13  Q.  Did it turn the turtle pond water red?
14  A.  It did.  It did.  It did.
15  Q.  When you saw at least one of the flip-flops, was it
16      floating on top of the water?
17  A.  I can't recall remembering seeing a flip-flop, sir.
18      I'm trying to remember if there was a flip-flop in the
19      pond or whatnot.  I didn't see a flip-flop afterwards,
20      so I'm trying to remember.
21  Q.  Okay.  I believe you said -- you already testified
22      that you did see at least one flip-flop in the turtle
23      pond.  Right?  You did say that earlier?
24  A.  No.  I don't remember saying that.
25  Q.  You don't remember saying that?
```



BIENENSTOCK
COURT REPORTING & VIDEO
248-644-8888