# EXHIBIT 17

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: June 13, 2006
Claim Number: 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HA

000881 MCSM77 N3 2.450

STEPHANIE A HOFER
193 HILL STREET
LEOMINSTER, MA 01453-3970

You are entitled to monthly disability benefits beginning September 2004.

**The Date You Became Disabled**

We found that you became disabled under our rules on March 18, 2004.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is September 2004.

**What We Will Pay And When**

- You will receive $17,742.00 around June 19, 2006.

- This is the money you are due for September 2004 through May 2006.

- Your next payment of $873.00, which is for June 2006, will be received on or about the third Wednesday of July 2006.

- After that you will receive $873.00 on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058
Return Envelope
Form CMS-2690

C                               See Next Page