# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### DOCKET NO: 05-40170 FDS

|  |  |
|---|---|
| STEPHANIE HOFER and DOUGLAS HOFER, <br>     Plaintiffs, <br><br> v. <br><br> GAP, INC., EXPEDIA, INC., and TURTLE BEACH TOWERS, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANT'S, EXPEDIA, INC.'S, MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THE PAGE LIMITS SET FORTH IN LR 7.1 (B)(4)

The Plaintiffs respectfully request that his Honorable Court permit them to file a Memorandum of Law in Opposition to Defendant, Expedia, Inc.'s Motion for Summary Judgment in excess of the 20-page limit set forth in Local Rule 7.l (B)(4). As grounds hereof, Plaintiffs state as follows:

1. Concurrently with this motion, Plaintiffs have electronically filed and served their Opposition to Expedia, Inc.'s Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(c).

2. Plaintiffs' Opposition is 32 pages in length.

3. Plaintiffs respectfully submit that additional pages were required to properly present their Opposition to Defendant, Expedia, Inc.'s, Motion for Summary Judgment which was of similar length.

4. In addition, as did Expedia, Plaintiffs filed its Statement of Material Facts pursuant to Local Rule 56.1 as a separate document (but which is meant to be incorporated into their Opposition for Summary Judgment). Plaintiffs also filed their Response to Expedia's Statement of Material Facts as separate document.

WHEREFORE, the Plaintiffs respectfully request leave to file their thirty two pages in Opposition to Defendant Expedia, Inc.'s Motion for Summary Judgment.

        Plaintiffs,
By their attorney,


/s/ India L. Minchoff, Esq.
India L. Minchoff, Esq. (652456)
Law Offices of Russo & Minchoff
123 Boston Street, 1st Floor
Boston, MA 02125
617/740-7340 telephone
617/740-7310 facsimile


**<u>CERTIFICATE OF SERVICE</u>**

    I, India L. Minchoff, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2007.

        /s/ India L. Minchoff, Esq.