# STEPHEN J. KUZMA
LAW OFFICE

75 FEDERAL STREET 17th Floor

BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 338-3020
FACSIMILE (617) 426-2102

November 15, 2007

United States District Court
for the District of Massachusetts
595 Main Street
Worcester, MA 01608-2076

Re: Hofer, Stephanie/Douglas v. The Gap, Inc., et al.
    Civil Action No.: 05-40170-FDS

Dear Sir or Madam:

Would you kindly schedule a pretrial conference in the above referenced matter? The following are dates that both parties are presently available:

12/6, 12/7, 12/10, 12/11, 12/12, 12/13, 12/14, 12/18, 12/19, 1/7, 1/8

Very truly yours,

Stephen J. Kuzma

SJK/dc
cc: Attorney India Minchoff
    Scott D. Feringa, Esquire