# EXHIBIT A

DOUGLAS HOFER                                                    Page 1
July 11, 2006

```
 1          IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3                 C.A. No. 05-40170 FDS
 4    *  *  *  *  *  *  *  *  *  *  *  *  *  *
 5    STEPHANIE HOFER and DOUGLAS HOFER,          *
 6                Plaintiffs                      *
 7    v.                                          *
 8    THE GAP, INC., EXPEDIA, INC. and            *
 9    TURTLE BEACH TOWERS,                        *
10                Defendants                      *
11    *  *  *  *  *  *  *  *  *  *  *  *  *  *
12                      VOLUME I
13                    PAGES 1-144
14
15         VIDEOTAPED DEPOSITION OF DOUGLAS
16    HOFER, a witness called on behalf of the
17    Defendant The Gap, Inc., pursuant to the
18    Federal Rules of Civil Procedure, before
19    Jessica L. Williamson, Registered Merit
20    Reporter, Certified Realtime Reporter and
21    Notary Public in and for the Commonwealth of
22    Massachusetts, at the Offices of Morrison,
23    Mahoney, LLP, 250 Summer Street, Boston,
24    Massachusetts, on Tuesday, July 11, 2006,
25    commencing at 10:04 a.m.
```



```
 1            involved?
 2    A.      No.
 3    Q.      Was there any such information volunteered
 4            by Ms. LaBelle?
 5    A.      I don't recall.
 6    Q.      Were there any discussions with Ms. LaBelle
 7            about the fact that your wife had actually
 8            been inside of the turtle pond earlier that
 9            day?
10    A.      No.
11    Q.      Did Ms. LaBelle share with you what Ms.
12            Hofer and she did upon arrival to Jamaica
13            from the time they hit the airport to the
14            time of the incident?
15    A.      I believe that she said it was a long ride
16            to the resort, and I believe they went and
17            grabbed dinner.
18    Q.      Did she say anything else?
19    A.      No.
20    Q.      Did you ask Ms. LaBelle whether the two of
21            them had been drinking --
22    A.      No.
23    Q.      -- alcoholic beverages?
24    A.      No.
25    Q.      Yesterday we asked Mrs. Hofer -- I asked
```



```
 1        Mrs. Hofer this question, and I'm going to
 2        ask you whether you agree with her response:
 3        I said "Mrs. Hofer, looking at the
 4        experience that you've been through with
 5        your injury, your rehabilitation, the pain
 6        issues that you have, do you think that the
 7        injury and your response to it have brought
 8        you closer to your husband?"  Her response
 9        was "Yes."
10        Do you agree with that?
11   A.   I would say we're definitely close, yes.
12   Q.   And do you agree with your wife that in a
13        strange way this incident has strengthened
14        your marriage?
15             MS. MINCHOFF:  Objection.  You can
16        answer.
17   A.   I would say we have a stronger bond, but at
18        the same time it has put a strain on our
19        marriage that we can no longer do things
20        that we used to do.
21   Q.   And how has it put a strain on your
22        marriage, then?
23   A.   It's just -- it limits us to the things we
24        used to do together.
25   Q.   And how has that put a strain on your
```



```
 1            marriage?
 2    A.      It's just stressful that you can't do things
 3            you used to like to do.
 4    Q.      All right.  And in what ways has this stress
 5            manifested itself in your marriage, then?
 6    A.      It's just a stress you have to deal with,
 7            realizing you can't do those things you
 8            enjoy doing.
 9    Q.      That's not my question.  How has -- in what
10            way has this stress manifested itself in
11            your marriage?  How has it affected your
12            marriage?
13    A.      It's changed it.  We've had to deal with
14            things differently than we did in the past.
15    Q.      How has it changed it?
16    A.      That we can't do things we enjoy doing.
17    Q.      What things?
18    A.      We used to take walks together.  We used to
19            walk our dogs.  She can no longer do that.
20            She used to play softball, and I played
21            softball, so we played softball together.
22    Q.      How has that put a strain on your marriage?
23    A.      We don't do it together anymore.
24    Q.      I recognize that you don't participate in
25            those activities together anymore.  The
```



1    question is, how has that put a strain on
2    your marriage so that it's affected your
3    relationship with your wife?
4            MS. MINCHOFF: Objection. I think
5    he's answered the question.
6            MR. REITH: He hasn't.
7            MS. MINCHOFF: I think he's
8    answering it, but it's just an objection.
9  A. It's an added stress that she can no longer
10   do things she used to do. So it's
11   emotionally straining on her as well as
12   myself because now I'm doing things that I
13   didn't have to take care of before.
14 Q. What things are you doing now that you
15   didn't have to take care of before that is
16   causing you added stress?
17 A. I have to now go do groceries, take care of
18   laundry. I have to walk the dogs myself,
19   just things that we used to enjoy together.
20 Q. Before this incident you didn't go to the
21   grocery store?
22 A. Occasionally, yes.
23 Q. But now you do it full time?
24 A. Yeah. Yes.
25 Q. And before this incident you didn't do



```
 1   Q.   Okay.  Just directing your attention, then,
 2        down to the first page, do you see where it
 3        says, "As a result of Stephanie's multiple
 4        injuries, plaintiff, Douglas Hofer
 5        ('Douglas') has suffered the loss of
 6        companionship of his wife, Stephanie"?
 7   A.   Yeah.
 8   Q.   What do you mean by "has suffered the loss
 9        of companionship"?
10   A.   Doing those things that we used to do
11        together that we no longer are able to do.
12   Q.   Okay.  And those encompass the walks
13        together, the walking the dogs, the playing
14        of softball --
15   A.   Yeah.
16   Q.   -- the skiing -- just let me finish the
17        list -- the spending time together, the
18        Christmas shopping, the doing of the
19        groceries, the laundry?
20   A.   Yes.
21   Q.   Okay.  Anything else?
22   A.   Yes.
23   Q.   What else?
24   A.   Just our sexual life has changed.
25   Q.   All right.  Let's talk about that for a
```



```
 1            while.  How has your sexual life changed?
 2    A.      It's decreased.
 3    Q.      How so?
 4    A.      It's decreased.
 5    Q.      Well, let's go back to March 17th, 2004,
 6            that time period, okay?
 7    A.      Yeah.
 8    Q.      I first want to get a sense of what you mean
 9            by "sexual life."  What do you mean by
10            "sexual life"?
11    A.      Sexual intercourse, just intimate relations
12            with my wife.
13    Q.      Okay.  Aside from sexual intercourse, what
14            else do you mean?
15    A.      Intimate things that you do with your
16            spouse.
17    Q.      Okay.  You understand why I'm asking this,
18            sir, right?  You've raised a claim
19            specifically for loss of consortium in this
20            case?
21    A.      Correct.
22    Q.      And you're attempting to assert -- there's a
23            monetary damage asserted with that, correct?
24    A.      Correct.
25    Q.      All right.  That's why I have to ask these
```



1        personal questions, all right?

2   A.   Yeah.

3   Q.   Let's go back again to March 17th, 2004.
4        During that time period, how many times per
5        week did you and your wife have sexual
6        intercourse?

7            MS. MINCHOFF: Objection. Just so
8        I'm clear, what time period? The year
9        before?

10           MR. REITH: Generally.

11           MS. MINCHOFF: Six months?

12  Q.   We'll talk generally prior to the incident,
13       okay, which allegedly occurred on March
14       18th, 2004. How many times per week did you
15       and your wife engage in sexual intercourse?

16  A.   I would say --

17           MS. MINCHOFF: Objection.

18           MR. REITH: What's the objection?

19           MS. MINCHOFF: I think it's too
20       wide of a time frame.

21           MR. REITH: Okay.

22  BY MR. REITH:

23  Q.   Let's talk about the week before your wife
24       went away on vacation. Do you recall if you
25       had sex that week? And when I say "sex," I

```
 1          mean sexual intercourse.
 2    A.    I don't recall specifically.
 3    Q.    Okay.
 4              MS. MINCHOFF:  And just so that
 5          you're clear, I don't mind the general
 6          question.  I just think that we need to
 7          break it down into -- they've been married
 8          for a while, and when you ask an open-ended
 9          question throughout their marriage --
10              MR. REITH:  That's fine.
11    Q.    Then we can talk -- can we talk in terms of
12          an average month, okay?  An average month
13          prior to your wife's injury, how many times
14          would you and your wife have sexual
15          intercourse?
16    A.    I would say between a half dozen and a dozen
17          times a month.
18    Q.    And aside from the sexual intercourse in a
19          given month, on average how much -- how many
20          times would you and your wife engage in
21          sexually intimate activity, using your
22          terminology?
23    A.    Probably, I don't know, a half dozen.
24    Q.    Okay.  And let's talk about immediately
25          after your wife's injury, okay, the first
```

